**APPENDIX FOR PLAINTIFF'S ORIGINAL COMPLAINT**

*The Naughtys LLC v. DOES 1-580*

EXHIBIT 1 – Defendant Data Available to Plaintiff...............................................................2-51

EXHIBIT 2 – Declaration of Cynthia Dee Reichert...............................................................52-55

EXHIBIT 3 – Evidence of Defendants' Infringement and Shipping Information...............56-1989

EXHIBIT 4 – The Naughtys Copyright Registration Certificates
      and Assignment Document........................................................................1990-1995