IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC | § § § § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. 4:21-cv-00492-O |
| DOES 1-580 | § § § |
| Defendants. | § § |

## ORDER

Before the Court is Plaintiff's Request for Clerk to Issue Summons (ECF No. 14), filed April 27, 2021. Plaintiff has yet to name an identifiable defendant with specificity, out of the 580 spreadsheet entries that represent counterfeit sales. Plaintiff is **DIRECTED** to file a brief with the Court with legal authority for Plaintiff's position that a clerk may issue summons to website URLs based on an infringing sales spreadsheet filed with the Court. *See* Exhibit 1, ECF No. 14-1. Plaintiff is further ordered to explain to the Court how Plaintiff intends to identify the third-party marketplaces that Plaintiff has listed in Exhibit 1. The TRO in this case is set to expire on May 1, 2021. Therefore, Plaintiff's brief must be filed no later than **April 29, 2021.**

**SO ORDERED** on this **27th day of April, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE