UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC,<br><br>Plaintiff,<br><br>v.<br><br>Kuerqi<br><br>Defendant. | Civil Action No : 21-cv-492 |

## Motion To file documents via emergency E-mail

Defendant Kuerqi hereby request the court to grant that Defendant could file documents via emergency e-mail. Objectively, Defendant can't meet Eligibility Requirements for registering an ECF account, The reasons are as follows :

1.Defendant is a Chinese seller living in China, Defendant can't make a appearance in the civil case.

2. Due to the distance, Defendant can't filed any documents in paper in the civil case.

3. Due to the control of the government, the domestic network of China was unable to link to the website of the North Texas district court.

DATED: April 29,2021

Respectfully submitted,

吴连运(Wu Lian Yun)

owner of store Kuerqi

2438379631@qq.com

**pro se litigant**