IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **THE NAUGHTYS LLC,**<br><br>   Plaintiff,<br><br>v.<br><br>**DOES 1-580,**<br><br>   Defendants. | Civil Action No. 4:21-cv-00492-O |

## NOTICE OF APPEARANCE OF TIMOTHY T. WANG

Notice is hereby given that the undersigned attorney, Timothy T. Wang, enters his appearance in this matter for Defendants leihuyoumechenger (Doe No. 453), twentyfoursevenzing(Doe No. 497), midoudou966 (Doe No. 458), crystaltreq (Doe No. 405), topwardrobe2014 (Doe No. 494), xubo1234567 (Doe No. 534), zhanghuihui8968 (Doe No. 543), Shanghai Yiyuan Materia Co. Ltd (Doe No. 529), laptopallfor87 (Doe No. 452), kiwi4fruit0 (Doe No. 445), thatkey (Doe No. 491), excellbuying (Doe No. 415), qb.studio (Doe No. 467), rearrange518 (Doe No. 470), yhxclx2010 (Doe No. 513), shanghai.vzu (Doe No. 480), supermarket8882016 (Doe No. 485), shibaynu (Doe No. 483), fastdealblast (Doe No. 418), dongmakjhg (Doe No. 409), gracefulvara (Doe No. 425), kunjiadaren (Doe No. 449), abala.coco (Doe No. 387), nau34ghty (Doe No. 461), balaco.2u (Doe No. 392), modecathy (Doe No. 459), shanghai.box (Doe No. 479), whis3persing5 (Doe No. 504), lilybeibei (Doe No. 455), dr3ag8on (Doe No. 410), oneshot77-7 (Doe No. 464), 1st.ing (Doe No. 384), wannaaone11 (Doe No. 500), waldpcraik6868 (Doe No. 499), lzhlds2010_6 (Doe No. 457), tiger.vzu (Doe No. 493), tdcq888 (Doe No. 487), barrylyle (Doe No. 393), 5073283 (Doe No. 383), jilikejien (Doe No. 440), fashion group (Doe No. 524), eovk9015mv (Doe No. 571), zhuhong2374 (Doe No. 547), Denlezhi Skirts

(Doe No. 579), zengshop2020 (Doe No. 517), Shanghai North Import & Export Co., Ltd (Doe No. 530), xuannyin (Doe No. 508), newmcx2016-8 (Doe No. 462), ladysun889 (Doe No. 450), chenrenz (Doe No. 400), thsix1666 (Doe No. 492), heyuanken (Doe No. 519), wangdaoyuenkl (Doe No. 577), yangshuiyashi (Doe No. 578), rianbox (Doe No. 473), usewith (Doe No. 498), shenghuocon (Doe No. 482), qiaonews_14 (Doe No. 468), and teanaf (Doe No. 488), for the purpose of receiving notices and orders from the Court.

DATED May 20, 2021.

Respectfully submitted,

By: /s/ Timothy T. Wang
Timothy T. Wang
Texas Bar No. 24067927

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4603
Fax: (972) 314-0900
E-mail: twang@nilawfirm.com

**ATTORNEY FOR DEFENDANTS LEIHUYOUMECHENGER, TWENTYFOURSEVENZING, MIDOUDOU966, CRYSTALTREQ, TOPWARDROBE2014, XUBO1234567, ZHANGHUIHUI8968, SHANGHAI YIYUAN MATERIA CO. LTD, LAPTOPALLFOR87, KIWI4FRUIT0, THATKEY, EXCELLBUYING, QB.STUDIO, REARRANGE518, YHXCLX2010, SHANGHAI.VZU, SUPERMARKET88820 16, SHIBAYNU, FASTDEALBLAST, DONGMAKJHG, GRACEFULVARA, KUNJIADAREN, ABALA.COCO, NAU34GHTY,**

**BALACO.2U, MODECATHY, SHANGHAI.BOX, WHIS3PERSING5, LILYBEIBEI, DR3AG8ON, ONESHOT77-7, 1ST.ING, WANNAAONE11, WALDPCRAIK6868, LZHLDS2010_6, TIGER.VZU, TDCQ888, BARRYLYLE, 5073283, JILIKEJIEN, FASHION GROUP, EOVK9015MV, ZHUHONG2374, DENLEZHI SKIRTS, ZENGSHOP2020, SHANGHAI NORTH IMPORT & EXPORT CO., LTD, XUANNYIN, NEWMCX2016-8, LADYSUN889, CHENRENZ, THSIX1666, HEYUANKEN, WANGDAOYUENKL, YANGSHUIYASHI, RIANBOX, USEWITH, SHENGHUOCON, QIAONEWS_14, AND TEANAF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang