**EXHIBIT B**





### Elf on The Shelf Decor - Amazon.com
https://www.amazon.com › Elf-Shelf-Decor

Jan 1, 2005 — Scout Elf Express Delivers: Letters to **Santa** and Scout Elves at Play ... **Naughty** or Nice Middle Finger Elf | **Christmas Decorations** | Elf on ...

### drunk santas.. - Pinterest
https://www.pinterest.com › starladwalker › drunk-santas

Nov 15, 2006 — Bad **Santa** Humor: **Santa** shows his **ornaments**! **Santa** Pictures, **Naughty Santa**, **Christmas**. **Santa PicturesNaughty** Santa**Christmas** Pictures**Christmas** ...

### Sexy elf | Etsy
https://www.etsy.com › market › sexy_elf

Jun 12, 2006 — ... **Christmas** Penis **Ornament** white elephant gift exchange naked **santa** Adult humor gift sexy secret **santa** funny holiday gift **naughty** elf. NightmaresClaydreams.

### Santa's Rules for kids internet safety | The North Pole Times
https://www.northpoletimes.com › Santas-Rules

Case 4:21-cv-00492-O   Document 65-2   Filed 05/20/21    Page 3 of 4    PageID 8548

Feb 1, 2001 — Important internet safety rules for kids from **Santa**. ... What's really neat is, following these rules gets you extra Nice points on the **Naughty** & Nice List! ... [NEW Christopher Radko SPOOKY LA CALAVERA **Christmas Ornament** 1020276 </Title].

https://www.christmassantashop.com › naughtyornicets...

### Naughty or Nice Christmas T-shirts and Gifts

Nov 20, 2006 — **Naughty** or Nice T-shirts and **Christmas Naughty** wear gifts. Holiday t-shirts featuring **naughty** and nice designs. **Christmas** tshirts and funny holiday tshirts and ...

http://www.paperchristmasguys.com › glass-christmas-o...

### VINTAGE AND FUTURE COLLECTIBLE GLASS CHRISTMAS ...

May 1, 2007 — A BEAUTIFUL ASSORTMENT OF GLASS **CHRISTMAS** TREE **ORNAMENTS** TO ... GERMAN GLASS **NAUGHTY** NAKED **SANTA CHRISTMAS ORNAMENT**.

https://www.crystalclassics.com › cmas › ornaments

### Christmas Ornaments 2021 - Waterford, Swarovski, Orrefors ...

May 13, 2008 — Waterford Crystal 2021 Baby First **Christmas** Dated **Ornament**, Baby Boot · New. Item # 1059671. $70.00 ... Lenox 2021 **Naughty** or Nice **Ornament** · Sale. Item # ...

http://www.suziesfrostyfriends.com › glass_ornaments

### Handpainted and Personalized Christmas Ornaments by ...

Jan 22, 2008 — Handpainted and Personalized **Christmas Ornaments** by Suzie's Frosty Friends. ... Our glass **ornaments** are unique and one-of-a-kind and each **ornament** is handpainted on a 2 5/8" frosted **Christmas ornament**. Start a family ... who is **naughty**

https://www.hipchristmas.com › lists › horny

### Horny Holidays: The Ten Sexiest Christmas Records - Hip ...

Aug 14, 2003 — A frank and lively discussion of the naughtiest, sexiest **Christmas** records ever ... had **dirty Christmas** records nearly as long as we've had **Christmas** records, ... "**Christmas** Balls" back in 1936 they weren't talking about **decorations**, and it's ...

https://www.angelfire.com › holiday2 › nonanigifs

### Non Animated Christmas Gifs - Angelfire

Mar 31, 2002 — gold bells · "Merry **Christmas**" in red & green · tree with bird, in snow ... **ornaments** and holly · **Santa's** workshop ... "Be **Naughty**" **Santa** · Jesus, Mary and Joseph.

Ad · http://www.amazon.com/ ▾

### Naughty Santa Ornament - Free 2-day Shipping w/ Prime

Compare Prices on **Naughty santa ornament** in Home Decor.
★★★★½ Rating for amazon.com: 4.5 - On-time delivery: 94%+

Amazon Home · Explore Amazon Smart Home · Shop Furniture · Shop with Points

Ad · https://www.etsy.com/ ▾

### Be Naughty Save Santa The Trip Wooden Christmas Ornament

Shop **Ornaments** & Accents Today. Decorate And Furnish Your Cozy Home. Fill Your Home With Custom And Personalized Pieces. Talented Creators. Personalized Gifts. DIY Headquarters. Free Shipping Available. One-of-a-Kind Community. Everyday Supplies.

Bestsellers · Free Shipping Orders $35+ · Gift Guides · The Prabal Gurung Collab

Ad · https://www.zazzle.com/ ▾

### Naughty Santa Claus Christmas Ornaments | Zazzle

Family Memory or Festive Decor; Discover the Perfect **Ornament** With Amazing Designs. Pick From a Collection Of Personalized **Ornaments** Available In Different Shapes & Styles. 100% Satisfaction Promise. Affordable Customization. Unique Designs. Easy Personalize.
★★★★½ Rating for zazzle.com: 4.7 - 995 reviews - On-time delivery: 96%+

Party Supplies · Home Décor · Sports & Games · Drinkware

Google

1 2 3 4 5 6 7 8 9 10    Next

● **75093, Plano, TX** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms