UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE NAUGHTYS LLC

    Plaintiff,

v.

DOES 1-580

    Defendants

Civil Action No. 4:21-CV-00492-O

**APPENDIX FOR PLAINTIFF'S REPLY
IN SUPPORT OF PRELIMINARY INJUNCTION**

EXHIBIT 1 – Email Thread Between Charles A. Wallace and "Jesun"......................................2-3

EXHIBIT 2 – Screenshots of Webpages Erroneously Relied-Upon by Responding
                Defendants in Their Response................................................................................4-9

EXHIBIT 3 – Declaration of Charles A. Wallace in Support of Plaintiff's Reply in
                Support of Preliminary Injunction..........................................................................10