EXHIBIT 2

annualornaments.com/products/december-diamonds-merman-ornament-santa-daddy-ii?currency=USD&variant=32542669307982&utm_medium=cpc&utm_source=google&utm_campaign=Google%20Shopping&gcli...



**Lladro**     **Swarovski**     **Nao by Lladro**     **Shop Brands**     **Shop Themes**     **Shop Years**

**NO SALES TAX** On Orders Shipped Outside Florida



# December Diamonds Merman Ornament - Santa Daddy II

55-55008

$34.95

## Gift Wrapping

○ YES $3.99

● NO

GIFT MESSAGE (FREE)

**ADD TO CART**

 

These are not your average mermen ornaments! Carrying a sack of gifts over one shoulder and a festive drink in the other hand, this December Diamonds Santa Daddy II Merman Ornament is just what you need on your tree.  Details include: holly tattoo on his shoulder and a blingy Santa belt and glittery tail.

- 7"H

Sign Up & Save!



view-source:https://www.annualornaments.com/products/december-diamonds-merman-ornament-santa-daddy-ii?currency=USD&variant=32542669307982&utm_medium=cpc&utm_source=google&utm_campaign=...

```
699    BOLD.products = BOLD.products || {};
700    BOLD.variant_lookup = BOLD.variant_lookup || {};
701    if (window.BOLD && !BOLD.common) {
702        BOLD.common = BOLD.common || {};
703        BOLD.common.Shopify = BOLD.common.Shopify || {};
704        window.BOLD.common.Shopify.products = window.BOLD.common.Shopify.products || {};
705        window.BOLD.common.Shopify.variants = window.BOLD.common.Shopify.variants || {};
706        window.BOLD.common.Shopify.handles = window.BOLD.common.Shopify.handles || {};
707        window.BOLD.common.Shopify.saveProduct = function (handle, product) {
708            if (typeof handle === 'string' && typeof window.BOLD.common.Shopify.products[handle] === 'undefined') {
709                if (typeof product === 'number') {
710                    window.BOLD.common.Shopify.handles[product] = handle;
711                    product = { id: product };
712                }
713                window.BOLD.common.Shopify.products[handle] = product;
714            }
715        };
716        window.BOLD.common.Shopify.saveVariant = function (variant_id, variant) {
717            if (typeof variant_id === 'number' && typeof window.BOLD.common.Shopify.variants[variant_id] === 'undefined') {
718                window.BOLD.common.Shopify.variants[variant_id] = variant;
719            }
720        };
721    }

723    for (var boldIndex = 0; boldIndex < boldVariantIds.length; boldIndex = boldIndex + 1) {
724      BOLD.variant_lookup[boldVariantIds[boldIndex]] = boldProductHandle;
725    }

727    BOLD.products[boldProductHandle] ={
728 "id":4806966968398,
729 "title":"December Diamonds Merman Ornament - Santa Daddy II","handle":"december-diamonds-merman-ornament-santa-daddy-ii",
730 "description":"\u003cp\u003eThese are not your average mermen ornaments! Carrying a sack of gifts over one shoulder and a festive drink in the other hand, this December Diamonds Santa Daddy II Merman Ornament is just what you need on you
731 "published_at":"2020-08-19T19:45:34",
732 "created_at":"2020-08-13T11:41:22",
733 "vendor":"December Diamonds",
734 "type":"Christmas Ornaments",
735 "tags":[],
736 "price":3495,
737 "price_min":3495,
738 "price_max":3495,
739 "price_varies":false,
740 "compare_at_price":null,
741 "compare_at_price_min":0,
742 "compare_at_price_max":0,
743 "compare_at_price_varies":false,
744 "all_variant_ids":[32542669307982],
745 "variants":[{"id":32542669307982,"title":"Default Title","option1":"Default Title","option2":null,"option3":null,"sku":"55-55008","requires_shipping":true,"taxable":true,"featured_image":null,"available":true,"name":"December Diamonds Me
746 "available":null,"images":["\/\/cdn.shopify.com\/s\/files\/1\/0101\/7973\/9726\/products\/December-Diamonds-Santa-Daddy.jpg?v=1597857951"],"featured_image":"\/\/cdn.shopify.com\/s\/files\/1\/0101\/7973\/9726\/products\/December-Diamonds-S
747 "options":["Title"],
748 "url":"\/products\/december-diamonds-merman-ornament-santa-daddy-ii"};var boldCSPMetafields = {};
749        var boldTempProduct ={"id":4806966968398,"title":"December Diamonds Merman Ornament - Santa Daddy II","handle":"december-diamonds-merman-ornament-santa-daddy-ii","description":"\u003cp\u003eThese are not your average mermen ornament
750        var bold_rp =[{}];
751        if(boldTempProduct){
752            window.BOLD.common.Shopify.saveProduct(boldTempProduct.handle, boldTempProduct.id);
753            for (var boldIndex = 0; boldTempProduct && boldIndex < boldTempProduct.variants.length; boldIndex = boldIndex + 1){
754                var rp_group_id = bold_rp[boldIndex].rp_group_id ? '' + bold_rp[boldIndex].rp_group_id : '';
755                window.BOLD.common.Shopify.saveVariant(
756                    boldTempProduct.variants[boldIndex].id,
757                    {
758                        product_id: boldTempProduct.id,
759                        product_handle: boldTempProduct.handle,
760                        price: boldTempProduct.variants[boldIndex].price,
761                        group_id: rp_group_id,
762                        csp_metafield: boldCSPMetafields[boldTempProduct.variants[boldIndex].id]
763                    }
764                );
```

5

DUE TO USPS DELAYS, PLEASE EXPECT ORDERS TO BE PROCESSED AND SHIPPED WITHIN 5-10 BUSINESS DAYS.

inkedshop.com/products/crooked-christmas-ornament-bad-santa?variant=20918245490765&gclid=Cj0KCQjwna2FBhDPARIsACAEc_WW14VuLRmS7jV-J6_mSnxvV4369cZLIxZ6KXG-QFo_MEOhZlFS8iAaAgE1EALw_w...

LOGIN    WISHLIST    0



NEW   WOMEN'S   MEN'S   ACCESSORIES   HOME GOODS   MAGAZINES   BRANDS   CLEARANCE   SMOKE SHOP   TATTOOS

Search



ISHP-HOL932

# BAD SANTA HOLIDAY ORNAMENT

## $11.95

Pay in full or in 4 interest-free installments for orders between $50 and $1000 with **shop** **Pay** **Learn more**

QTY

| — | 1 | + |

ADD TO CART

♡ ADD TO WISHLIST

Bad Santa Ornament. This funny looking ornament, is the ideal holiday decor for your Christmas Tree. It can make a terrific gift, stocking stuffer idea for grownups. " 'Tis The Season To Be Naughty"

- Material: 100% Resin

- Packaging: card

- Size: Avg. 2.5" W x 4"H

view-source:https://www.inkedshop.com/products/crooked-christmas-ornament-bad-santa?variant=20918245490765&gclid=Cj0KCQjwna2FBhDPARIsACAEc_WW14VuLRmS7jV-J6_mSnxvV4369cZLlxZ6KXG-QFo_M...   ☆   Update

```
H\u003c\/li\u003e\n\u003c\/ul\u003e&quot;,,&quot;published_at&quot;:&quot;2018-12-04T13:58:55-05:00&quot;,,&quot;created_at&quot;:&quot;2018-12-04T13:45:26-05:00&quot;,,&quot;vendor&quot;:&quot;Skulls \u0026 Things&quot;,,&quot;type&quot;:&quot;Novel

lue="20918245490765" /> <div class="purchase-details"> <div class="purchase-details__quantity product-quantity-box"> <label for="quantity">Qty</label> <span class="ss-icon product-minus js-change-quantity" data-func="minus"><span class="icon-minu

/div> <div class="share-btn pinterest"><!--Pinterest--> <a target="_blank" data-pin-do="skipLink" class="icon-pinterest-share" title="Share this on Pinterest" href="https://pinterest.com/pin/create/button/?url=https://www.inkedshop.com/products/cr

--Products are dynamically inserted--></div> <div class="gallery-cell thumbnail rv-box-element rv-box-5 rv-element"> <!--Products are dynamically inserted--></div> <div class="gallery-cell thumbnail rv-box-element rv-box-6 rv-element"> <!--Produc
```



# TOPHATTER

ALL   PREMIUM   ELECTRONICS   FASHION & BEAUTY   HOME & HOBBIES   JEWELRY



### Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa

👁 View     🛒 Buy Now for $1

---



**BUY FOR $1**
+ $9 SHIPPING

GONE IN 00:24

⭐ 5.0 (5)



**BID $3**
+ FREE SHIPPING

GOING ONCE

SHEILA IS WINNING

2 BIDS                    ⭐ 4.7 (3)



**BID $17**
+ FREE SHIPPING

ACCEPTING BIDS

K   KATRINA IS WINNING

1 BID                     ⭐ 4.0 (2K+)



**BID $3**
+ FREE SHIPPING

ACCEPTING BIDS

A   AMY IS WINNING

3 BIDS

---









ABOUT   CAREERS   CONTACT US   PARTNERS   PRIVACY   TERMS   COPYRIGHT POLICY   SELL

8

view-source:https://tophatter.c ✕

view-source:https://tophatter.com/?lot_id=184619109&browse=open&utm_region=usa&ad_network=google&ad_sub_campaign_id=pla&ad_campaign_id=NESmartShoppingHomeGarden&source=google&medium=pla&...

null,&quot;bidding_ended_at&quot;::null,&quot;created_at&quot;:&quot;2020-12-08T11:01:11-08:00&quot;,&quot;updated_at&quot;:&quot;2021-05-01T16:40:10-07:00&quot;,&quot;buyer_id&quot;:null,&quot;hammer_price&quot;::&quot;0.0&quot;,&quot;percentage_f