IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **THE NAUGHTYS LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00492-O |
| | § | |
| **DOES 1-580** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Plaintiff's Motion for Preliminary Injunction (ECF No. 20), filed April 29, 2021; Defendants'[1] Response (ECF No. 65), filed May 20, 2021; and Plaintiff's Reply (ECF No. 67), filed May 26, 2021. The Court sets this matter for a hearing on **Monday, June 7, 2021, at 9:00am** in the Eldon B. Mahon Courthouse, 501 W. 10th Street, 2nd floor courtroom, Fort Worth, Texas.

Counsel for the parties (and any pro se party) are **ORDERED** to attend. Counsel for

---

[1] Defendants who responded to the Plaintiff's Motion for Preliminary Injunction are the following: leihuyoumechenger (Doe No. 453); twentyfoursevenzing(Doe No. 497); midoudou966 (Doe No. 458); crystaltreq (Doe No. 405); topwardrobe2014 (Doe No. 494); xubo1234567 (Doe No. 534), zhanghuihui8968 (Doe No. 543); Shanghai Yiyuan Materia Co. Ltd (Doe No. 529); laptopallfor87 (Doe No. 452); kiwi4fruit0 (Doe No. 445); thatkey (Doe No. 491); excellbuying (Doe No. 415); qb.studio (Doe No. 467); rearrange518 (Doe No. 470); yhxclx2010 (Doe No. 513); shanghai.vzu (Doe No. 480); supermarket8882016 (Doe No. 485); shibaynu (Doe No. 483); fastdealblast (Doe No. 418); dongmakjhg (Doe No. 409); gracefulvara (Doe No. 425); kunjiadaren (Doe No. 449); abala.coco (Doe No. 387); nau34ghty (Doe No. 461); balaco.2u (Doe No. 392); modecathy (Doe No. 459); shanghai.box (Doe No. 479); whis3persing5 (Doe No. 504); lilybeibei (Doe No. 455); dr3ag8on (Doe No. 410); oneshot77-7 (Doe No. 464); 1st.ing (Doe No. 384); wannaaone11 (Doe No. 500); waldpcraik6868 (Doe No. 499); lzhlds2010_6 (Doe No. 457); tiger.vzu (Doe No. 493); tdcq888 (Doe No. 487); barrylyle (Doe No. 393); 5073283 (Doe No. 383); jilikejien (Doe No. 440); fashion group (Doe No. 524); eovk9015mv (Doe No. 571); zhuhong2374 (Doe No. 547); Denlezhi Skirts (Doe No. 579; zengshop2020 (Doe No. 517); Shanghai North Import & Export Co., Ltd (Doe No. 530); xuannyin (Doe No. 508); newmcx2016-8 (Doe No. 462); ladysun889 (Doe No. 450); chenrenz (Doe No. 400); thsix1666 (Doe No. 492);  heyuanken (Doe No. 519); wangdaoyuenkl (Doe No. 577); yangshuiyashi (Doe No. 578); rianbox (Doe No. 473); usewith (Doe No. 498); shenghuocon (Doe No. 482); qiaonews_14 (Doe No. 468); and teanaf (Doe No. 488).

2

Plaintiff is **ORDERED** to provide notice to the Defendants in this case, even those who have not yet appeared, so that each of the 580 defendants may have an opportunity to present objections.

**SO ORDERED** on this **26th day of May, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

2