IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **THE NAUGHTYS LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00492-O |
| | § | |
| DOES 1-580 | § | |
| | § | |
| Defendants. | § | |

## ORDER

Due to a jury trial on the Court's docket, the Court sets this matter for a hearing on **Monday, June 7, 2021, at 8:00am** in the Eldon B. Mahon Courthouse, 501 W. 10th Street, **5th floor courtroom**, Fort Worth, Texas.

Counsel for both parties are **ORDERED** to attend. Counsel for Plaintiff is **ORDERED** to provide notice to all the Defendants in this case, even those who have not yet appeared, so that each of the 580 defendants may have an opportunity to present objections. Counsel is further advised to be prepared to answer questions and discuss all issues currently pending before the Court.

**SO ORDERED** on this **2nd day of June, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1