UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-580<br><br>    Defendants | Civil Action No. 4:21-CV-00492-O |

## APPENDIX TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS

EXHIBIT 1 – The Naughtys Defendant Contact Sheet............................................................2-79

EXHIBIT 2 – Declaration of Charles A. Wallace....................................................................80-81

EXHIBIT 3 – *Viahart LLC v. DOES 1-73* Order Granting
            Alternate Service of Process................................................................................82-90

EXHIBIT 4 – *BVE Brands LLC v. DOES 1-82* Order............................................................91-111

EXHIBIT 5 – Email Communications and Settlement Spreadsheet....................................112-114