UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-580<br><br>    Defendants | Civil Action No. 4:21-CV-00492-O |

**PLAINTIFF'S RESPONSE TO THE
<u>SHAN DEFENDANTS' MOTION FOR EXTENSION OF TIME</u>**

Pursuant to the Court's Order issued on June 24, 2021 (Dkt. 102), The Naughtys LLC ("Plaintiff") files the following brief in opposition to the Shan Defendants' Motion for Extension of Time (the "Motion for Extension," Dkt. 101).

In its Order on Preliminary Injunction (the "Order"), the Court required Plaintiff to file a brief supporting personal jurisdiction by June 18, 2021. Dkt. 81. Plaintiff complied with the Order. Dkt. 93. The Court required Defendants to respond by June 23, 2021. Dkt. 81. Many of the Defendants, including four pro se Defendants, complied with the Order. Dkts. 99, 100. Plaintiff must now file its reply by June 28, 2021 (Dkt. 81), and must serve each of the 580 Defendants by July 2, 2021 (Dkt. 23).

The Shan Defendants failed to file their response by the Court's deadline and now request an additional two weeks (until July 7, 2021) to comply with the Order. Dkt. 101, PageID 11851. "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, *before the original time or its extension expires*[.]" Fed. R. Civ. P. 6(b)(1)(A) (emphasis added). The Court

should not, and cannot, grant the Motion for Extension pursuant to Fed. R. Civ. P. 6(b)(1)(A), as the Motion for Extension was filed on June 24, 2021—after the June 23, 2021 response deadline had already passed. The Shan Defendants, therefore, argue that the Court should extend the deadline because five days is not enough time to file the response requested, because the Shan Defendants are "not local," and because Plaintiff's brief included a large appendix of evidence. Dkt. 101, PageID 11850. The Court should not grant the Motion for Extension pursuant to Fed. R. Civ. P. 6(b)(1)(B) either, as the Shan Defendants failed to show that their failure to file a response by the Order deadline was due to "excusable neglect." *See* Fed. R. Civ. P. 6(b)(1)(B) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . (B) on motion made after the time has expired if the party failed to act because of excusable neglect"). The Shan Defendants rely only on a purported difficulty in complying with the Court's order, yet as discussed above, many Defendants (including four pro se Defendants) complied with the Order's deadline.

Plaintiff therefore opposes the Shan Defendants' Motion for Extension because (1) the Shan Defendants had adequate time to comply with the Court's Order; (2) the Shan Defendants failed to file their Motion for Extension by the June 23, 2021 deadline pursuant to Fed. R. Civ. P. 6(b)(1)(A); (3) the Shan Defendants failed to show that their failure to comply with the Order was due to "excusable neglect" pursuant to Fed. R. Civ. P. 6(b)(1)(B); (4) the Motion for Extension will serve to only further delay proceedings—damaging both Plaintiff and the non-moving Defendants; and (5) the Motion for Extension will prevent Plaintiff from timely complying with the Court's orders for Plaintiff to file its reply by June 28, 2021 (Dkt. 81) and to serve the Defendants by July 2, 2021 (Dkt. 23).

Alternatively, if the Court decides to grant the Shan Defendants' Motion for Extension,

Plaintiff respectfully requests that the Court extend Plaintiff's above-mentioned June 28, 2021 and July 2, 2021 deadlines by four weeks each, which will afford Plaintiff adequate time to fully and properly (1) reply and (2) serve the Defendants as ordered by the Court after ruling on Plaintiff's Motion for Alternative Service of Process (Dkt. 97).

Dated: June 24, 2021

Respectfully submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel.   972.850.6864
Fax   972.920.3290
jhcreedon@creedonpllc.com
cwallace@creedonpllc.com

ATTORNEYS FOR PLAINTIFF
THE NAUGHTYS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace