**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O'Connor |
| DOES 1-580, | ) | |
| | ) | |
| Defendants. | ) | |

**Defendants' Memorandum of Law in Support of
Defendants' Motion to Dissolve Preliminary Injunction and Lift Asset Restraint**

**APPENDIX**

– **Declaration of Yali Niu**

– **Declaration of Wu Rong**

– **Declaration of Huizhang Wang**

– **Declaration of Luo Ningbo**

– **Declaration of Wu Shuqi**

– **Declaration of Xie Tong**

– **Declaration of Xie Huichang**

– **Declaration of Yanfang Zeng**

– **Declaration of Zhao Dan**

– **Declaration of Zhou Shixiong**

– **Declaration of Tan Long**

– **Declaration of Jiang Weijun**

– **Declaration of Donge Jia**

– **Declaration of Fan Yang**

– **Declaration of Xiaofend Cheng**

– **Declaration of Xiaochao Liu**

– **Declaration of Yingli Li**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

THE NAUGHTYS LLC )
)
Plaintiff, )
)
) Case No. 4:21-cv-00492
v. )
) Judge Reed C. O'Connor
)
DOES 1-580 )
)
)
Defendants. )

## Declaration of Yali Niu

I, Yali Niu, of the City of Luoyang, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon stores: Clearance&100%quality, NyaKLI, Fhci-HR, who-canside □ 90% Discount Fast Delivery□, GJK-SION, douk-Quite, much MUCHYOU □ 90% Discount Cyber Monday□Direct, Vdaye, and OFMWBN (the "Stores").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before June 10, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Stores.

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 51

1

items of the accused products for $462.44, and the last sale occurred on April 10, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in June 25, 2018 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Luoyang, China.

<u>Yali Niu</u>
Yali Niu

# Exhibit A





















amazon seller central
Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands
NyaKLI | United States
English
Search
Messages | Help | Settings
Listing Tools: All Inventory Suppressed and Inactive Products (3870) Listing Quality Dashboard NEW Manage Pricing Brand Health (0)
FBA Inventory Tools: FBA Inventory Inventory Dashboard Shipping Queue
Manage Inventory Learn more Take the tour
Add a Variation Add a product Preferences: 12 columns hidden NEW
Action on 0 selected
B08PCJX7X2
Search
0 product(s)
Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU
Additional filters
Status Image SKU Condition Product Name ASIN Date Created Status Changed Date Available Estimated fee per unit sold Price + Shipping Lowest Price + Shipping Save all
You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.
50 results per page
Help Program Policies English
© 1999-2021, Amazon.com, Inc. or its affiliates
FEEDBACK

amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands NyaKLI | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Suppressed and Inactive Products (3870) | Listing Quality Dashboard NEW | Manage Pricing | Brand Health (0)

**FBA Inventory Tools:** FBA Inventory | Inventory Dashboard | Shipping Queue

# Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 12 columns hidden NEW

Action on 0 selected | B08PCJ2N2F | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU Additional filters

| | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br>Status Changed Date | Available | Estimated fee per unit sold | Price<br>+ Shipping | Lowest Price<br>+ Shipping | Save all |
|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

50 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands NyaKLI | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Suppressed and Inactive Products (3870) | Listing Quality Dashboard NEW | Manage Pricing | Brand Health (0)

**FBA Inventory Tools:** FBA Inventory | Inventory Dashboard | Shipping Queue

## Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 12 columns hidden NEW

Action on 0 selected | naughty santa | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU Additional filters

| | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br>Status Changed Date | Available | Estimated fee per unit sold | Price<br>+ Shipping | Lowest Price<br>+ Shipping | Save all |
|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

50 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands Fhci-HR | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Listing Quality Dashboard NEW | Manage Pricing | Brand Health (0)

**FBA Inventory Tools:** FBA Inventory | Inventory Dashboard | Shipping Queue

# Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 9 columns hidden NEW

Action on 0 selected | naughty santa | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU Additional filters

| | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands Fhci-HR | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Listing Quality Dashboard NEW | Manage Pricing | Brand Health (0)

**FBA Inventory Tools:** FBA Inventory | Inventory Dashboard | Shipping Queue

# Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 9 columns hidden NEW

Action on 0 selected | B08MQBGY3Y × | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU Additional filters

| Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands Fhci-HR | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Listing Quality Dashboard NEW | Manage Pricing | Brand Health (0)

**FBA Inventory Tools:** FBA Inventory | Inventory Dashboard | Shipping Queue

# Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 9 columns hidden NEW

Action on 0 selected | B08MQ3P66Y | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU Additional filters

| | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

| | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services Brands Fhci-HR | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Listing Quality Dashboard NEW | Manage Pricing | Brand Health (0)

**FBA Inventory Tools:** FBA Inventory | Inventory Dashboard | Shipping Queue

# Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 9 columns hidden NEW

Action on 0 selected | B08MQJQ6WD | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Fulfilled By: All Amazon Merchant Search: Title/Keyword SKU ASIN UPC, EAN FNSKU Additional filters

| Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

We're building a better Seller Central. Experience it for yourself.     Use new navigation



**Manage Inventory**  Learn more   Take the tour

| ✔ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date<br>Created<br><br>Status<br>Changed<br>Date | Available | Estimated<br>fee per<br>unit sold | Price<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Buy Box<br>Price<br>+ Shipping | Buy Box<br>Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English                                    © 1999-2021, Amazon.com, Inc. or its affiliates

We're building a better Seller Central. Experience it for yourself.    [ Use new navigation ]



Vdaye | United States    English ▼    Search    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory     Suppressed and Inactive Products (24900)     Listing Quality Dashboard NEW     Manage Pricing
Price Alerts (97)

**FBA Inventory Tools:**   FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory   Learn more   Take the tour

[ Add a Variation ]   [ Add a product ]   [ Preferences: 10 columns hidden ]   NEW

[ Action on 0 selected ]    [ Naughty Santa ] [ Search ]    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed    Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ○ ASIN ● UPC, EAN ○ FNSKU    [ Additional filters ]

| ✔ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date<br>Created<br><br>Status<br>Changed<br>Date | Available | Estimated<br>fee per<br>unit sold | Price<br>+<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Buy Box<br>Price<br>+ Shipping | Buy Box<br>Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

[ 250 results per page ]

Help    Program Policies    English ▼        © 1999-2021, Amazon.com, Inc. or its affiliates





amazon seller central Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services B2B douk-Quite | United States English Search Messages | Help | Settings

**Listing Tools:** All Inventory | Listing Quality Dashboard NEW | Manage Pricing

**FBA Inventory Tools:** Inventory Dashboard

## Manage Inventory

Learn more Take the tour

Add a Variation | Add a product | Preferences: 4 columns hidden NEW

Action on 0 selected | naughty santa | Search | 0 product(s)

Filters: Status: All Active Inactive Incomplete Listing Removed Search: Title/Keyword SKU ASIN UPC, EAN Additional filters

| Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Business Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help Program Policies English

© 1999-2021, Amazon.com, Inc. or its affiliates

amazon seller central | Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services | B2B

douk-Quite | United States | English | Search | Messages | Help | Settings

**Listing Tools:** All Inventory | Listing Quality Dashboard NEW | Manage Pricing

**FBA Inventory Tools:** Inventory Dashboard

# Manage Inventory

Learn more | Take the tour

Add a Variation | Add a product | Preferences: 4 columns hidden NEW

Action on 0 selected | B08N1FJYYL | Search | 0 product(s)

Filters: Status: All, Active, Inactive, Incomplete, Listing Removed | Search: Title/Keyword, SKU, ASIN, UPC, EAN | Additional filters

| Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br>Status Changed Date | Available | Estimated fee per unit sold | Price<br>+ Shipping | Business Price<br>+ Shipping | Lowest Price<br>+ Shipping | Sales Rank | Buy Box Price<br>+ Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help | Program Policies | English

© 1999-2021, Amazon.com, Inc. or its affiliates

We're building a better Seller Central. Experience it for yourself.    Use new navigation

much MUCHYOU | United States     English ▼     Search          Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**   All Inventory     Suppressed and Inactive Products (54)     Listing Quality Dashboard NEW     Listing Enhancements (2)     Manage Pricing

**FBA Inventory Tools:**   FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation    Add a product    Preferences: 10 columns hidden   NEW

Action on 0 selected    Naughty Santa    Search    0 product(s)

Filters:

Status: ◉ All  ◯ Active  ◯ Inactive  ◯ Incomplete  ◯ Listing Removed    Fulfilled By: ◉ All  ◯ Amazon  ◯ Merchant

Search: ◯ Title/Keyword  ◯ SKU  ◯ ASIN  ◉ UPC, EAN  ◯ FNSKU    Additional filters

| ☐ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

50 results per page

Help    Program Policies    English ▼                    © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

We're building a better Seller Central. Experience it for yourself.    | Use new navigation |

| much MUCHYOU | United States |    English ▼    Search    |    Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**    All Inventory    Suppressed and Inactive Products (54)    Listing Quality Dashboard NEW    Listing Enhancements (2)
Manage Pricing

**FBA Inventory Tools:**    FBA Inventory    Inventory Dashboard    Shipping Queue

# Manage Inventory    Learn more    Take the tour    | Add a Variation |  | Add a product |  | Preferences: 10 columns hidden | NEW

| Action on 0 selected |    | B08N69CPQQ |  | Search |    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed        Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ○ ASIN ● UPC, EAN ○ FNSKU        | Additional filters |

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

| 50 results per page |

Help    Program Policies    English ▼                                        © 1999-2021, Amazon.com, Inc. or its affiliates

| FEEDBACK |









Exhibit B







amazon seller central | Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services | Brands | NyaKLI | United States | English | Search | Messages | Help | Settings

# Manage Orders

Learn more | Video tutorials

Product name | naughty santa | Search

Go back to order list

**4 orders** Custom Date Range

Ship-by date (ascending) | Results per page: 50 | Set Table Preferences | Refresh

From: 2/1/20 To: 6/30/21 Date Range: Custom Date Range

Action on 0 selected: Buy shipping | Print packing slip | Confirm shipment

| Order date | Order details | Image | Product name | Customer option | Order Status | Action |
|---|---|---|---|---|---|---|
| **6 months ago** 12/5/2020 9:24 PM PST | 112-8193229-9430621 Buyer name: Lisa Fulfillment method: Seller Sales channel: Amazon.com |  | Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa Naughty Santa Claus Christmas Ornament Stocking Cap Santa Ornament Naked Sant ASIN: **B08PCJX7X2** SKU: NyaKL1201WHA201031082 Quantity: **1** Item subtotal: $9.99 | **Standard** Ship by date: Dec 7, 2020 to Dec 8, 2020 Deliver by date: Dec 14, 2020 to Dec 18, 2020 | Shipped | Edit shipment Print packing slip Refund Order More information |
| **6 months ago** 12/8/2020 5:23 PM PST | 114-5486801-6551461 Buyer name: Jennifer Fulfillment method: Seller Sales channel: Amazon.com |  | Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa Naughty Santa Claus Christmas Ornament Stocking Cap Santa Ornament Naked Sant ASIN: **B08PCJX7X2** SKU: NyaKL1201WHA201031082 Quantity: **1** Item subtotal: $9.99 | **Standard** Ship by date: Dec 9, 2020 to Dec 10, 2020 Deliver by date: Dec 16, 2020 to Dec 22, 2020 | Shipped | Edit shipment Print packing slip Refund Order More information |
| **6 months ago** 12/15/2020 11:45 AM PST | 114-5310716-7383412 Buyer name: Crystal Fulfillment method: Seller Sales channel: Amazon.com |  | Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa Naughty Santa Claus Christmas Ornament Stocking Cap Santa Ornament Naked Sant ASIN: **B08PCJ2N2F** SKU: NyaKL1201WHA201102083 Quantity: **1** Item subtotal: $9.99 | **Standard** Ship by date: Dec 16, 2020 to Dec 17, 2020 Deliver by date: Dec 23, 2020 to Dec 30, 2020 | Shipped | Edit shipment Print packing slip Refund Order More information |
| **3 months ago** 2/24/2021 6:24 PM PST | 113-5765307-3002642 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com |  | Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa Naughty Santa Claus Christmas Ornament Stocking Cap Santa Ornament Naked Sant ASIN: **B08PCJX7X2** SKU: NyaKL1201WHA201031082 Quantity: **1** Item subtotal: $9.99 | **Standard** Ship by date: Feb 25, 2021 to Feb 26, 2021 Deliver by date: Mar 4, 2021 to Mar 10, 2021 | Shipped | Edit shipment Print packing slip Refund Order More information |

← Previous 1 Next →

Showing orders 1 - 4 of 4 total orders.

Results per page: 50

Help | Program Policies | English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ×

We're building a better Seller Central. Experience it for yourself.    Use new navigation

Vdaye | United States ▾    English ▾    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders   Learn more | Video tutorials                    ASIN    B08NVMVJ7V

> Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in Archived order report

Go back to order list    Ship-by date (ascending)    Results per page: 15    Set Tab

**5 orders**  Custom Date Range    From:  1/1/19    To:  6/11/21    Date Ra

Action on 0 selected:    Buy shipping    Print packing slip    Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ 7 months ago<br>11/21/2020<br>7:19 PM PST | **112-0259679-8641063**<br>Buyer name:<br>reyna<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Vdaye Santa Claus Christmas Tree Decoration Pendant 2020 Naughty Santa Christmas Decorations Creative Doll Gifts for Party (Santa Claus A)<br>ASIN: B08NVMVJ7V<br>SKU: 2020WJH111918A<br>Quantity: 1<br>Item subtotal: US$49.90 | **Standard**<br>Ship by date: Nov 23, 2020 to Nov 24, 2020<br>Deliver by date: Dec 14, 2020 to Jan 6, 2021 | Shipped |
| ☐ 7 months ago<br>11/22/2020<br>4:48 AM PST | **113-5810409-8731430**<br>Buyer name:<br>julie<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Vdaye Santa Claus Christmas Tree Decoration Pendant 2020 Naughty Santa Christmas Decorations Creative Doll Gifts for Party (Santa Claus A)<br>ASIN: B08NVMVJ7V<br>SKU: 2020WJH111918A<br>Quantity: 1<br>Item subtotal: US$49.90 | **Standard**<br>Ship by date: Nov 23, 2020 to Nov 24, 2020<br>Deliver by date: Dec 14, 2020 to Jan 6, 2021 | Shipped |
| ☐ 7 months ago<br>11/22/2020<br>9:58 AM PST | **113-6853458-9166646**<br>Buyer name:<br>joel<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Vdaye Santa Claus Christmas Tree Decoration Pendant 2020 Naughty Santa Christmas Decorations Creative Doll Gifts for Party (Santa Claus A)<br>ASIN: B08NVMVJ7V<br>SKU: 2020WJH111918A<br>Quantity: 1<br>Item subtotal: US$49.90 | **Standard**<br>Ship by date: Nov 23, 2020 to Nov 24, 2020<br>Deliver by date: Dec 14, 2020 to Jan 6, 2021 | Shipped |
| ☐ 6 months ago<br>11/26/2020<br>3:53 PM PST | **112-5923523-6646606**<br>Buyer name:<br>Angie<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Vdaye Santa Claus Christmas Tree Decoration Pendant 2020 Naughty Santa Christmas Decorations Creative Doll Gifts for Party (Santa Claus A)<br>ASIN: B08NVMVJ7V<br>SKU: 2020WJH111918A<br>Quantity: 1<br>Item subtotal: US$49.90 | **Standard**<br>Ship by date: Nov 27, 2020 to Nov 30, 2020<br>Deliver by date: Dec 17, 2020 to Jan 11, 2021 | Shipped |
| ☐ 3 months ago<br>2/24/2021<br>7:15 PM PST | **113-6485810-4807459**<br>Buyer name:<br>John<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Vdaye Santa Claus Christmas Tree Decoration Pendant 2020 Naughty Santa Christmas Decorations Creative Doll Gifts for Party (Santa Claus A)<br>ASIN: B08NVMVJ7V<br>SKU: 2020WJH111918A<br>Quantity: 1<br>Item subtotal: US$4.99 | **Standard**<br>Ship by date: Feb 25, 2021 to Feb 26, 2021<br>Deliver by date: Mar 17, 2021 to Apr 7, 2021 | Shipped |

← Previous    1    Next →

Showing orders 1 - 5 of 5 total orders.

Help    Program Policies    English ▾                    © 1999-2021, Am

FEEDBACK



We're building a better Seller Central. Experience it for yourself. | Use new navigation |

much MUCHYOU | United States | English ▾ | Search

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

# Manage Orders   Learn more | Video tutorials

ASIN | B08N69CPQQ

> Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

| Go back to order list |

**4 orders** Custom Date Range

Order date (descending) | 100 | Set Tab

From: 5/5/18   To: 6/11/21

Action on 0 selected: | Buy shipping | Print packing slip | Confirm shipment |

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **3 months ago** 2/24/2021 10:49 PM PST | 114-6601655-0889826 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | Muchy Christmas Decor Ornaments Naughty Naked Santa Christmas Tree Hanging Decoration Pendant Stocking Cap Santa Ornament Naked Santa (A, 1 pcs) ASIN: B08N69CPQQ SKU: MuchyWHA201031081A Quantity: 1 Item subtotal: $9.99 | **Standard** Ship by date: Mar 11, 2021 to Mar 17, 2021 Deliver by date: Mar 18, 2021 to Mar 29, 2021 | Shipped |
| ☐ **7 months ago** 11/20/2020 3:17 AM PST | 111-7830330-7344222 Buyer name: Michelle Fulfillment method: Seller Sales channel: Amazon.com | | Muchy Christmas Decor Ornaments Naughty Naked Santa Christmas Tree Hanging Decoration Pendant Stocking Cap Santa Ornament Naked Santa (A, 1 pcs) ASIN: B08N69CPQQ SKU: MuchyWHA201031081A Quantity: 1 Item subtotal: $9.99 | **Standard** Ship by date: Nov 23, 2020 to Nov 24, 2020 Deliver by date: Dec 14, 2020 to Jan 6, 2021 | Shipped |
| ☐ **7 months ago** 11/18/2020 4:50 PM PST | 111-7570696-4468258 Buyer name: Alice Fulfillment method: Seller Sales channel: Amazon.com | | Muchy Christmas Decor Ornaments Naughty Naked Santa Christmas Tree Hanging Decoration Pendant Stocking Cap Santa Ornament Naked Santa (A, 1 pcs) ASIN: B08N69CPQQ SKU: MuchyWHA201031081A Quantity: 1 Item subtotal: $9.99 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Dec 10, 2020 to Jan 4, 2021 | Shipped |
| ☐ **7 months ago** 11/17/2020 9:37 PM PST | 111-8834900-6177861 Buyer name: juanita Fulfillment method: Seller Sales channel: Amazon.com | | Muchy Christmas Decor Ornaments Naughty Naked Santa Christmas Tree Hanging Decoration Pendant Stocking Cap Santa Ornament Naked Santa (A, 1 pcs) ASIN: B08N69CPQQ SKU: MuchyWHA201031081A Quantity: 4 Item subtotal: $9.99 | **Standard** Ship by date: Nov 18, 2020 to Nov 19, 2020 Deliver by date: Dec 9, 2020 to Dec 31, 2020 | Shipped |

← Previous | 1 | Next →

Showing orders 1 - 4 of 4 total orders.

Help   Program Policies   English ▾      © 1999-2021, Am

FEEDBACK





amazon seller central | Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services | B2B | Brands | sdruytkuy | United States | English | Search | Messages | Help | Settings

# Manage Orders

Learn more Video tutorials

Product name | naughty | Search

Go back to order list **15 orders** Last 365 days

Last 365 days | Status (descending) | 15 | Set Table Preferences | Refresh

Action on 0 selected: Buy shipping | Print packing slip | Confirm shipment

| Order date | Order details | Image | Product name | Customer option | Order Status | Action |
|---|---|---|---|---|---|---|
| 3 months ago<br>2/24/2021 | Buyer name | | OLOPE Christmas Decorations Ornaments 2020 Christmas Pendant Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity: 1<br>Item subtotal: $7.98 | **Expedited**<br>Ship by date: Feb 25, 2021 to Feb 26, 2021<br>Deliver by date: Feb 26, 2021 to Mar 2, 2021 | | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | | | SKU: WHA201107082B_WWQ1107AM<br>Quantity Shipped: 2 | **Standard** | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| | | | OLOPE Christmas Decorations Ornaments 2020 Christmas Pendant Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201107082A_WWQ1107AM<br>Quantity Shipped: 1 | | | |
| 7 months ago | Kelly<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | OLOPE Christmas Decorations Ornaments 2020 Christmas Pendant Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201107082A_WWQ1107AM<br>Quantity: 1 | **Standard**<br>Ship by date: Nov 16, 2020 to Nov 17, 2020 | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | Buyer name<br>Kelly | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201031081B_WWQ1107AM<br>Quantity: 2<br>Item subtotal: $39.90 | **Standard**<br>Ship by date: Nov 16, 2020 to Nov 17, 2020 | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | Buyer name<br>Kelly | | Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity: 1 | **Standard** | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | Buyer name | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201031081B_WWQ1107AM<br>Quantity: 1<br>Item subtotal: $39.90 | **Standard**<br>Ship by date: Nov 15, 2020 to Nov 16, 2020 | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | Buyer name | | Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity: 1 | **Standard** | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | Buyer name | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201031081B_WWQ1107AM<br>Quantity: 1<br>Item subtotal: $39.90 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020 | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | Buyer name | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201031081B_WWQ1107AM<br>Quantity: 1 | **Standard**<br>Ship by date: Nov 10, 2020 to Nov 12, 2020 | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | | | Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity Shipped: 1<br>Item subtotal: $39.90 | **Standard** | Shipped<br>Refund applied (2) | Edit shipment<br>Print packing slip<br>Refund Order |
| | | | OLOPE Christmas Decorations Ornaments 2020 Christmas Pendant Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201107082B_WWQ1107AM<br>Quantity Shipped: 1 | | | |
| 7 months ago<br>11/8/2020 | Buyer name<br>Kayla | | Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity Shipped: 1<br>Item subtotal: $39.90 | **Standard** | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| | | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201031081B_WWQ1107AM<br>Quantity Shipped: 1 | | | |
| 7 months ago | John | | Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity: 1 | **Standard** | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>SKU: WHA201031081B_WWQ1107AM<br>Quantity Shipped: 1 | **Standard**<br>Ship by date: Nov 9, 2020 to Nov 10, 2020 | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| | | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap<br>Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity Shipped: 1<br>Item subtotal: $39.90 | | | |
| 7 months ago | | | Naked Santa Chri<br>ASIN: B08MY258XQ<br>SKU: WHA201031081A_WWQ1107AM<br>Quantity: 1 | **Standard** | Shipped | Edit shipment<br>Print packing slip<br>Refund Order |
| 7 months ago | | | Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap | | Canceled | |
| | | | OLOPE Christmas Decorations Ornaments 2020 Christmas Pendant Personalized Creative Christmas Decorations, Naughty Santa Stocking Cap | | | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE NAUGHTYS LLC )
)
)
Plaintiff, )
)
) Case No. 4:21-cv-00492
v. )
) Judge Reed C. O'Connor
)
DOES 1-580 )
)
)
Defendants. )

## Declaration of Wu Rong

I, Wu Rong, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon stores: Debouor and S5E5X (the "Stores").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on April 14, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Stores.

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 35 items of the accused products for $375.88, and the last sale occurred on February 25, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the

1

restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in November 24, 2017 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

WU Rong
Wu Rong

# Exhibit A

Debouor | United States     English ▼     Search     Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (333)      Listing Quality Dashboard  NEW      Manage Pricing      Price Alerts (1)

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Shipping Queue

# Manage Inventory  Learn more    Take the tour

Add a Variation     Add a product     Preferences: 10 columns hidden  NEW

Action on 0 selected     naughty santa     Search     0 product(s)

Filters:

Status: ◉ All  ◯ Active  ◯ Inactive  ◯ Incomplete  ◯ Listing Removed      Fulfilled By: ◉ All  ◯ Amazon  ◯ Merchant

Search: ◉ Title/Keyword  ◯ SKU  ◯ ASIN  ◯ UPC, EAN  ◯ FNSKU      Additional filters

| ☑ Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Business Price + Shipping | Lowest Price + Shipping | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English ▼                                          © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

S5E5X | United States    *Search*                                                                    EN

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (982)      Listing Quality Dashboard  NEW      Manage Pricing

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Shipping Queue

# Manage Inventory  Learn more   Take the tour

Add a Variation    Add a product    Preferences: 9 columns hidden   NEW

| Action on 0 selected | naughty santa | Search | 0 product(s) |

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed      Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ● Title/Keyword  ○ SKU  ○ ASIN  ○ UPC, EAN  ○ FNSKU      Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | UPC/EAN | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English ▾                                              © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

# Exhibit B

| Debouor | United States | English ▼ | Search |

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

# Manage Orders   Learn more | Video tutorials

| Product name | naughty santa |

Go back to order list

| Status (descending) | Results per page: 100 | Set Tab |

**29 orders** Custom Date Range

| From: | 6/8/20 | To: | 6/10/21 | Date Ra |

| Action on 0 selected: | Buy shipping | Print packing slip | Confirm shipment |

| | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | 3 months ago<br>2/24/2021<br>6:33 PM PST | 113-4015745-6229013<br>Buyer name:<br>John<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: 1<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Feb 25, 2021 to Feb 26, 2021<br>Deliver by date: Mar 4, 2021 to Mar 10, 2021 | Shipped |
| ☐ | 4 months ago<br>2/17/2021<br>5:38 AM PST | 114-5585898-2515468<br>Buyer name:<br>catherine<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: 1<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Feb 18, 2021 to Feb 19, 2021<br>Deliver by date: Feb 25, 2021 to Mar 3, 2021 | Shipped |
| ☐ | 6 months ago<br>12/22/2020<br>11:32 AM PST | 111-4995388-4219435<br>Buyer name:<br>Mohammad<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: 1<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 23, 2020 to Dec 24, 2020<br>Deliver by date: Dec 31, 2020 to Jan 7, 2021 | Shipped |
| ☐ | 6 months ago<br>12/14/2020<br>6:02 PM PST | 113-3242269-0518641<br>Buyer name:<br>samantha<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: 1<br>Item subtotal: $10.99 | **Expedited**<br>Ship by date: Dec 15, 2020 to Dec 16, 2020<br>Deliver by date: Dec 18, 2020 to Dec 23, 2020 | Shipped |
| ☐ | 6 months ago<br>12/13/2020<br>9:59 PM PST | 114-2945385-6365048<br>Buyer name:<br>Justine<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MW4M41K<br>SKU: CWJ1106WHA201102082A<br>Quantity: 1<br>Item subtotal: $6.89 | **Standard**<br>Ship by date: Dec 14, 2020 to Dec 15, 2020<br>Deliver by date: Dec 21, 2020 to Dec 28, 2020 | Shipped<br>**Refund applied (1)** |
| ☐ | 6 months ago<br>12/13/2020<br>3:14 PM PST | 112-5213601-3666641<br>Buyer name:<br>amy<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: 1<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 14, 2020 to Dec 15, 2020<br>Deliver by date: Dec 21, 2020 to Dec 28, 2020 | Shipped |

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **6 months ago**<br>12/12/2020<br>9:19 AM PST | Buyer name:<br>Chris<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | **112-7445521-3593823**<br>2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 14, 2020 to Dec 15, 2020<br>Deliver by date: Dec 21, 2020 to Dec 28, 2020 | Shipped |
| ☐ **6 months ago**<br>12/11/2020<br>11:41 PM PST | Buyer name:<br>Margaret<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | **114-9584472-7985852**<br>2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 14, 2020 to Dec 15, 2020<br>Deliver by date: Dec 21, 2020 to Dec 28, 2020 | Shipped |
| ☐ **6 months ago**<br>12/7/2020<br>5:47 PM PST | Buyer name:<br>melisse<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | **113-2505915-3685010**<br>2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 8, 2020 to Dec 9, 2020<br>Deliver by date: Dec 15, 2020 to Dec 21, 2020 | Shipped |
| ☐ **6 months ago**<br>12/7/2020<br>4:18 PM PST | Buyer name:<br>Sharon<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | **113-5183459-0593030**<br>2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Quantity Shipped: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 8, 2020 to Dec 9, 2020<br>Deliver by date: Dec 15, 2020 to Dec 21, 2020 | Shipped |
| | |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYDQ72**<br>SKU: CWJ1106WHA201102083<br>Quantity Shipped: **1**<br>Item subtotal: $10.99 | | |
| ☐ **6 months ago**<br>11/30/2020<br>2:16 PM PST | Buyer name:<br>Peter<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | **112-7763272-3992261**<br>2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Dec 1, 2020 to Dec 2, 2020<br>Deliver by date: Dec 21, 2020 to Jan 13, 2021 | Shipped |
| ☐ **6 months ago**<br>11/25/2020<br>11:25 PM PST | Buyer name:<br>robert<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | **112-4253973-7421011**<br>2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Nov 27, 2020 to Nov 30, 2020<br>Deliver by date: Dec 17, 2020 to Jan 11, 2021 | Shipped |

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **7 months ago**<br>11/20/2020<br>12:26 PM PST | 113-8739188-4889830<br>Buyer name:<br>Robin<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYDQ72<br>SKU: CWJ1106WHA201102083<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Nov 23, 2020 to Nov 24, 2020<br>Deliver by date: Dec 14, 2020 to Jan 6, 2021 | Shipped |
| **7 months ago**<br>11/20/2020<br>8:04 AM PST | 111-0388329-8266618<br>Buyer name:<br>Christina<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYDQ72<br>SKU: CWJ1106WHA201102083<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Nov 23, 2020 to Nov 24, 2020<br>Deliver by date: Dec 14, 2020 to Jan 6, 2021 | Shipped |
| **7 months ago**<br>11/19/2020<br>3:10 PM PST | 113-9026339-6738626<br>Buyer name:<br>Lisa<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYDQ72<br>SKU: CWJ1106WHA201102083<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Nov 20, 2020 to Nov 23, 2020<br>Deliver by date: Dec 11, 2020 to Jan 5, 2021 | Shipped |
| **7 months ago**<br>11/17/2020<br>8:49 AM PST | 113-5106848-3566664<br>Buyer name:<br>Ashley<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Nov 18, 2020 to Nov 19, 2020<br>Deliver by date: Dec 9, 2020 to Dec 31, 2020 | Shipped |
| **7 months ago**<br>11/15/2020<br>5:47 AM PST | 114-6904813-4197034<br>Buyer name:<br>Brian<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $9.99 | **Standard**<br>Ship by date: Nov 16, 2020 to Nov 17, 2020<br>Deliver by date: Dec 7, 2020 to Dec 29, 2020 | Shipped |
| **7 months ago**<br>11/14/2020<br>4:50 PM PST | 112-7243052-3669826<br>Buyer name:<br>Megan<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $9.99 | **Standard**<br>Ship by date: Nov 16, 2020 to Nov 17, 2020<br>Deliver by date: Dec 7, 2020 to Dec 29, 2020 | Shipped |
| **7 months ago**<br>11/9/2020<br>2:45 PM PST | 114-9232721-1863432<br>Buyer name:<br>Robert<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $9.99 | **Standard**<br>Ship by date: Nov 10, 2020 to Nov 12, 2020<br>Deliver by date: Dec 2, 2020 to Dec 23, 2020 | Shipped |

FEEDBACK

| Order date | Product details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **7 months ago**<br>11/9/2020<br>12:05 PM PST | **113-2910035-2555439**<br>Buyer name:<br>Schuyler<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYDQ72<br>SKU: CWJ1106WHA201102083<br>Quantity: **1**<br>Item subtotal: $10.99 | **Standard**<br>Ship by date: Nov 10, 2020 to Nov 12, 2020<br>Deliver by date: Dec 2, 2020 to Dec 23, 2020 | Shipped<br><span style="color:orange">Refund applied (1)</span> |
| **7 months ago**<br>11/9/2020<br>10:38 AM PST | **114-0456327-2337824**<br>Buyer name:<br>james<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVQYS4X<br>SKU: CWJ1106WHA201031081A<br>Quantity: **1**<br>Item subtotal: $6.99 | **Standard**<br>Ship by date: Nov 10, 2020 to Nov 12, 2020<br>Deliver by date: Dec 2, 2020 to Dec 23, 2020 | Shipped |
| **7 months ago**<br>11/9/2020<br>6:41 AM PST | **112-0393173-3473015**<br>Buyer name:<br>David<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $9.99 | **Standard**<br>Ship by date: Nov 10, 2020 to Nov 12, 2020<br>Deliver by date: Dec 2, 2020 to Dec 23, 2020 | Shipped |
| **7 months ago**<br>11/8/2020<br>11:47 PM PST | **113-4087217-1507423**<br>Buyer name:<br>Ashley<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVS3DBS<br>SKU: CWJ1106WHA201031081B<br>Quantity: **1**<br>Item subtotal: $6.99 | **Standard**<br>Ship by date: Nov 9, 2020 to Nov 10, 2020<br>Deliver by date: Dec 1, 2020 to Dec 22, 2020 | Shipped |
| **7 months ago**<br>11/8/2020<br>7:50 PM PST | **113-0758962-9931425**<br>Buyer name:<br>Anna<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Quantity: **1**<br>Item subtotal: $9.99 | **Standard**<br>Ship by date: Nov 9, 2020 to Nov 10, 2020<br>Deliver by date: Dec 1, 2020 to Dec 22, 2020 | Shipped |
| **7 months ago**<br>11/6/2020<br>9:37 PM PST | **114-8352937-3782624**<br>Buyer name:<br>Rebecca<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging<br>ASIN: B08MVYDQ72<br>SKU: CWJ1106WHA201102083<br>Quantity: **1**<br>Item subtotal: $9.99 | **Standard**<br>Ship by date: Nov 9, 2020 to Nov 10, 2020<br>Deliver by date: Dec 1, 2020 to Dec 22, 2020 | Shipped<br><span style="color:orange">Refund applied (1)</span> |
| **6 months ago**<br>12/12/2020<br>7:42 AM PST | **112-6099524-5297827**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging Decoration Gifts for Family Friend (C(2 PC))<br>ASIN: B08MVYTZWQ<br>SKU: cwj1106WHA201031082<br>Item subtotal: $10.99 | | Canceled |

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **6 months ago**<br>12/5/2020<br>9:09 PM PST | **112-0647042-9724242**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging Decoration Gifts for Family Friend (C(2 PC))<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Item subtotal: $10.99 | | Canceled |
| **6 months ago**<br>12/3/2020<br>1:32 PM PST | **111-4655196-5386666**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging Decoration Gifts for Family Friend (C(2 PC))<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Item subtotal: $10.99 | | Canceled |
| **7 months ago**<br>11/13/2020<br>9:41 PM PST | **111-7176162-2949032**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,Xmas Tree Decoration,Stylish Pendant,for Indoor Home Desk Decor Hanging Decoration Gifts for Family Friend (C(2 PC))<br>ASIN: **B08MVYTZWQ**<br>SKU: cwj1106WHA201031082<br>Item subtotal: $9.99 | | Canceled |

← Previous    | 1 |    Next →

Showing orders 1 - 29 of 29 total orders.

Help    Program Policies    [English ▼]                                    © 1999-2021, Am

FEEDBACK

## Manage Orders   *Learn more* | *Video tutorials*

| | Product name | naughty santa |
|---|---|---|

> Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

| Go back to order list | | Status (descending) | Results per page: 50 | Set Tab |
|---|---|---|---|---|

**14 orders**  Custom Date Range

From: **11/24/17**  To: **6/10/21**  Date Ra

Action on 0 selected:  | Buy shipping | Print packing slip | Confirm shipment |

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **3 months ago**<br>2/24/2021<br>8:09 PM PST | **113-7311310-3533002**<br>Buyer name:<br>**John**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | **S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus - Funny Naked Santa - 2x0.5in (A)**<br>ASIN: B08MPP7YT2<br>SKU: QZQWHA201031081A<br>Quantity: **1**<br>Item subtotal: US$3.98 | **Standard**<br>Ship by date: Mar 1, 2021 to Mar 2, 2021<br>Deliver by date: Mar 19, 2021 to Apr 9, 2021 | Shipped |
| ☐ **4 months ago**<br>1/25/2021<br>5:17 PM PST | **702-8515642-3808242**<br>Buyer name:<br>**Kim**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B)**<br>ASIN: B08MPPBVD4<br>SKU: QZQWHA201102082B<br>Quantity: **1**<br>Item subtotal: CA$0.99 | **Standard**<br>Ship by date: Jan 26, 2021 to Jan 27, 2021<br>Deliver by date: Feb 16, 2021 to Mar 9, 2021 | Shipped |
| ☐ **5 months ago**<br>1/7/2021<br>4:54 AM PST | **702-9723011-6529025**<br>Buyer name:<br>**Ilene**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B)**<br>ASIN: B08MPPBVD4<br>SKU: QZQWHA201102082B<br>Quantity: **1**<br>Item subtotal: CA$0.01 | **Standard**<br>Ship by date: Jan 8, 2021 to Jan 11, 2021<br>Deliver by date: Jan 28, 2021 to Feb 19, 2021 | Shipped |
| ☐ **5 months ago**<br>12/30/2020<br>5:59 PM PST | **702-2394583-1169032**<br>Buyer name:<br>**versramonil**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B)**<br>ASIN: B08MPPBVD4<br>SKU: QZQWHA201102082B<br>Quantity: **1**<br>Item subtotal: CA$0.01 | **Standard**<br>Ship by date: Dec 31, 2020 to Jan 4, 2021<br>Deliver by date: Jan 21, 2021 to Feb 11, 2021 | Shipped |
| ☐ **5 months ago**<br>12/26/2020<br>7:29 AM PST | **701-7354989-8225815**<br>Buyer name:<br>**scott**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B)**<br>ASIN: B08MPPBVD4<br>SKU: QZQWHA201102082B<br>Quantity: **1**<br>Item subtotal: CA$0.01 | **Standard**<br>Ship by date: Dec 28, 2020 to Dec 29, 2020<br>Deliver by date: Jan 18, 2021 to Feb 8, 2021 | Shipped |
| ☐ **6 months ago**<br>12/19/2020<br>10:02 PM PST | **702-3949446-2385801**<br>Buyer name:<br>**ashleigh**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B)**<br>ASIN: B08MPPBVD4<br>SKU: QZQWHA201102082B<br>Quantity: **1**<br>Item subtotal: CA$0.01 | **Standard**<br>Ship by date: Dec 21, 2020 to Dec 22, 2020<br>Deliver by date: Jan 12, 2021 to Feb 2, 2021 | Shipped |

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **6 months ago** 12/16/2020 1:51 PM PST | Buyer name: **Fran** Fulfillment method: Seller Sales channel: Amazon.com | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (A) ASIN: **B08MPWBBLB** SKU: QZQWHA201102082A Quantity: **1** Item subtotal: US$0.01 | **Standard** Ship by date: Dec 17, 2020 to Dec 18, 2020 Deliver by date: Jan 8, 2021 to Feb 1, 2021 | Shipped |
| **6 months ago** 12/14/2020 11:33 AM PST | Buyer name: **kristinpgreen** Fulfillment method: Seller Sales channel: Amazon.ca | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (A) ASIN: **B08MPWBBLB** SKU: QZQWHA201102082A Quantity Shipped: **1** Item subtotal: CA$0.01 | **Standard** Ship by date: Dec 15, 2020 to Dec 16, 2020 Deliver by date: Jan 6, 2021 to Jan 27, 2021 | Shipped |
| | | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B) ASIN: **B08MPPBVD4** SKU: QZQWHA201102082B Quantity Shipped: **1** Item subtotal: CA$0.01 | | |
| **6 months ago** 12/13/2020 12:11 PM PST | Buyer name: **maryjane** Fulfillment method: Seller Sales channel: Amazon.com | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus - Funny Naked Santa - 2x0.5in (C) ASIN: **B08MQ9VV2R** SKU: QZQWHA201031082 Quantity: **1** Item subtotal: US$7.98 | **Standard** Ship by date: Dec 16, 2020 to Dec 17, 2020 Deliver by date: Jan 7, 2021 to Jan 29, 2021 | Shipped |
| **6 months ago** 12/10/2020 7:27 PM PST | Buyer name: **riste** Fulfillment method: Seller Sales channel: Amazon.com | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B) ASIN: **B08MPPBVD4** SKU: QZQWHA201102082B Quantity Shipped: **1** Item subtotal: US$0.01 | **Standard** Ship by date: Dec 11, 2020 to Dec 14, 2020 Deliver by date: Jan 4, 2021 to Jan 26, 2021 | Shipped **Refund applied (2)** |
| | | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (A) ASIN: **B08MPWBBLB** SKU: QZQWHA201102082A Quantity Shipped: **1** Item subtotal: US$0.01 | | |
| **6 months ago** 12/9/2020 8:00 AM PST | Buyer name: **Cristina** Fulfillment method: Seller Sales channel: Amazon.ca | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (A) ASIN: **B08MPWBBLB** SKU: QZQWHA201102082A Quantity Shipped: **1** Item subtotal: CA$0.01 | **Standard** Ship by date: Dec 10, 2020 to Dec 11, 2020 Deliver by date: Dec 31, 2020 to Jan 22, 2021 | Shipped |
| | | | S5E5X 2020 Christmas Ornament - Naughty Santa Claus and Mrs. Claus Wearing a Face Mask - Funny Naked_Santa - 2x0.5in (B) ASIN: **B08MPPBVD4** SKU: QZQWHA201102082B Quantity Shipped: **1** Item subtotal: CA$0.01 | | |

FEEDBACK

| | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | **6 months ago**<br>12/7/2020<br>1:27 PM PST | **702-7229068-4866621**<br>Buyer name:<br>**Jacinthe**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament -**<br>**Naughty Santa Claus and Mrs. Claus**<br>**Wearing a Face Mask - Funny**<br>**Naked_Santa - 2x0.5in (B)**<br>ASIN: **B08MPPBVD4**<br>SKU: QZQWHA201102082B<br>Quantity: **1**<br>Item subtotal: CA$0.01 | **Standard**<br>Ship by date: Dec 8, 2020 to Dec 9, 2020<br>Deliver by date: Dec 29, 2020 to Jan 20, 2021 | Shipped |
| ☐ | **6 months ago**<br>12/4/2020<br>7:49 PM PST | **114-3174096-6959454**<br>Buyer name:<br>**Jeremy**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | **S5E5X 2020 Christmas Ornament -**<br>**Naughty Santa Claus and Mrs. Claus -**<br>**Funny Naked Santa - 2x0.5in (C)**<br>ASIN: **B08MQ9VV2R**<br>SKU: QZQWHA201031082<br>Quantity: **1**<br>Item subtotal: US$7.98 | **Standard**<br>Ship by date: Dec 9, 2020 to Dec 10, 2020<br>Deliver by date: Dec 30, 2020 to Jan 22, 2021 | Shipped |
| ☐ | **6 months ago**<br>12/12/2020<br>8:47 AM PST | **701-5946470-9980267**<br>Fulfillment method: Seller<br>Sales channel: Amazon.ca | | **S5E5X 2020 Christmas Ornament -**<br>**Naughty Santa Claus and Mrs. Claus**<br>**Wearing a Face Mask - Funny**<br>**Naked_Santa - 2x0.5in (B)**<br>ASIN: **B08MPPBVD4**<br>SKU: QZQWHA201102082B<br>Item subtotal: CA$0.01 | | Canceled |

← Previous    | 1 |    Next →

Showing orders 1 - 14 of 14 total orders.

Help    Program Policies    [English ▾]                                    © 1999-2021, Am

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

THE NAUGHTYS LLC                    )
                                    )
                  Plaintiff,        )
                                    )
                                    )   Case No. 4:21-cv-00492
                  v.                )
                                    )   Judge Reed C. O'Connor
                                    )
DOES 1-580                          )
                                    )
                                    )
                  Defendants.       )

## Declaration of Huizhang Wang

I, Huizhang Wang, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any
   criminal offense involving moral turpitude, and I am fully competent to testify to the
   matters stated herein. I have personal knowledge of every statement made in this
   Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon store: CO CO-US,
   a.k.a. relax CO CO (the "Store").

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was
   permanently removed from the Store on February 1, 2021. Attached in **Exhibit A** is
   evidence that the accused product and the relevant listing are no longer available in the
   Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 51
   items of the accused products for $805.8, and the last sale occurred on February 1, 2021.
   Attached in **Exhibit B** is a complete sale record of the accused product.

1

6. The asset restraining order has prevented me from withdrawing any funds from the restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened on June 16, 2020, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Huizhang Wang
Huizhang Wang

2

Exhibit A

relax CO CO | United States         English ▾          Search

Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (1)      Listing Quality Dashboard NEW      Manage Pricing

**FBA Inventory Tools:**      Inventory Dashboard

# Manage Inventory   Learn more   Take the tour

Add a Variation    Add a product    Preferences: 6 columns hidden   NEW

Action on 0 selected        B08MQ5ZVTG        Search        0 product(s)

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed          Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN

Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies      English ▾                                   © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

relax CO CO | United States   English ▼   Search | Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (1)      Listing Quality Dashboard NEW      Manage Pricing

**FBA Inventory Tools:**      Inventory Dashboard

# Manage Inventory   Learn more   Take the tour

Add a Variation   Add a product   Preferences: 6 columns hidden   NEW

Action on 0 selected      B08MPRVRB2   Search      0 product(s)

Filters:
Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed      Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN

Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help   Program Policies   English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

relax CO CO | United States    English ▾    Search | Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (1)      Listing Quality Dashboard  NEW      Manage Pricing

**FBA Inventory Tools:**   Inventory Dashboard

# Manage Inventory   Learn more   Take the tour

Add a Variation    Add a product    Preferences: 6 columns hidden   NEW

| Action on 0 selected | B08MQ5ZVTG | Search | 0 product(s) |

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed          Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN

Additional filters

| ☑ | Status | Image | SKU / Condition | Product Name / ASIN | Date Created / Status Changed Date | Available | Estimated fee per unit sold | Price / Shipping | Lowest Price + Shipping | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English ▾                                    © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

relax CO CO | United States    English ▾    | Search

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (1)      Listing Quality Dashboard NEW      Manage Pricing

**FBA Inventory Tools:**   Inventory Dashboard

# Manage Inventory   Learn more   Take the tour

Add a Variation     Add a product     Preferences: 6 columns hidden   NEW

Action on 0 selected    | B08MPXH9F9    Search    0 product(s)

**Filters:**

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed        Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN

Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help   Program Policies   English ▾                                              © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

# Exhibit B

relax CO CO | United States    English ▾    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

# Manage Orders    Learn more | Video tutorials

ASIN    B08MQM6ZQ6

Go back to order list    **2 orders**   Custom Date Range

Ship-by date (ascending)    Results per page: 100    Set Tab

From:   11/1/20    To:   6/30/21

Action on 0 selected:    Buy shipping    Print packing slip    Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **7 months ago** 11/8/2020 12:31 PM PST | 112-2441923-7751440 Buyer name: robert Fulfillment method: Seller Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MQM6ZQ6** SKU: BSJ202030A Quantity: **1** Item subtotal: US$7.99 | **Standard** Ship by date: Nov 13, 2020 to Nov 16, 2020 Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped |
| ☐ **7 months ago** 11/14/2020 7:00 PM PST | 114-8344183-5328218 Buyer name: Virginia Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPXH9F9** SKU: BSJ202033B Quantity Shipped: **1** Item subtotal: US$9.99 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped **Refund applied (3)** |
| | | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MQ5ZVTG** SKU: BSJ202033A Quantity Shipped: **1** Item subtotal: US$9.99 | | |
| | | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MQM6ZQ6** SKU: BSJ202030A Quantity Shipped: **1** Item subtotal: US$7.99 | | |

← Previous    1    Next →

Showing orders 1 - 2 of 2 total orders.

Help    Program Policies    English ▾      © 1999-2021, Am

FEEDBACK

2021/6/10  Manage Orders

Case 4:21-cv-00492-O  Document 104-3  Filed 06/24/21  Page 56 of 223  PageID 12010

Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services B2B

relax CO CO | United States  English ▾  Search

# Manage Orders Learn more | Video tutorials

ASIN  B08MPXH9F9

Go back to order list  **5 orders** Custom Date Range

Ship-by date (ascending)  Results per page: 100  Set Tab

From: 11/1/20  To: 6/30/21

Action on 0 selected:  Buy shipping  Print packing slip  Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **7 months ago**<br>11/8/2020<br>1:20 PM PST | **111-4606090-9861046**<br><br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPXH9F9**<br>SKU: BSJ202033B<br>Quantity: 1<br>Item subtotal: US$9.99 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped |
| ☐ **7 months ago**<br>11/14/2020<br>7:00 PM PST | **114-8344183-5328218**<br><br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPXH9F9**<br>SKU: BSJ202033B<br>Quantity Shipped: 1<br>Item subtotal: US$9.99<br><br>2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MQ5ZVTG**<br>SKU: BSJ202033A<br>Quantity Shipped: 1<br>Item subtotal: US$9.99<br><br>2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MQM6ZQ6**<br>SKU: BSJ202030A<br>Quantity Shipped: 1<br>Item subtotal: US$7.99 | **Standard**<br>Ship by date: Nov 19, 2020 to Nov 20, 2020<br>Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped |
| ☐ **7 months ago**<br>11/15/2020<br>5:57 PM PST | **111-2099140-6326636**<br><br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPXH9F9**<br>SKU: BSJ202033B<br>Quantity: 1<br>Item subtotal: US$9.99 | **Standard**<br>Ship by date: Nov 19, 2020 to Nov 20, 2020<br>Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped |
| ☐ **7 months ago**<br>11/19/2020<br>6:56 AM PST | **114-8773474-7793018**<br><br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MQ5ZVTG**<br>SKU: BSJ202033A<br>Quantity Shipped: 1<br>Item subtotal: US$9.99 | **Standard**<br>Ship by date: Nov 25, 2020 to Nov 27, 2020<br>Deliver by date: Dec 2, 2020 to Dec 9, 2020 | Shipped |

FEEDBACK

| ☐ | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|-----------|---------------|-------|--------------|-----------------|--------------|

 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for
ASIN: **B08MPXH9F9**
SKU: BSJ202033B
Quantity Shipped: **1**
Item subtotal: US$9.99

☐ **6 months ago**
12/14/2020
8:21 PM PST

**111-4925909-7339457**

Fulfillment method: Seller
Sales channel: Amazon.com

 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for Family,Friend (DD)
ASIN: **B08MPXH9F9**
SKU: BSJ202033B
Item subtotal: US$9.99

Canceled

 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for Family,Friend (CC)
ASIN: **B08MQ5ZVTG**
SKU: BSJ202033A
Item subtotal: US$9.99

← Previous | 1 | Next →

Showing orders 1 - 5 of 5 total orders.

Help    Program Policies    [English ▾]                                   © 1999-2021, Am

relax CO CO | United States    English    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

# Manage Orders   Learn more | Video tutorials

ASIN    B08MQ5ZVTG

Go back to order list    **3 orders** Custom Date Range

Ship-by date (ascending)    Results per page: 100    Set Tab

From:   11/1/20    To:   6/30/21

Action on 0 selected:    Buy shipping    Print packing slip    Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ 7 months ago<br>11/14/2020<br>7:00 PM PST | 114-8344183-5328218<br>Buyer name:<br>Virginia<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPXH9F9**<br>SKU: BSJ202033B<br>Quantity Shipped: **1**<br>Item subtotal: US$9.99 | **Standard**<br>Ship by date: Nov 19, 2020 to Nov 20, 2020<br>Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped<br>**Refund applied (3)** |
| | | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MQ5ZVTG**<br>SKU: BSJ202033A<br>Quantity Shipped: **1**<br>Item subtotal: US$9.99 | | |
| | | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MQM6ZQ6**<br>SKU: BSJ202030A<br>Quantity Shipped: **1**<br>Item subtotal: US$7.99 | | |
| ☐ 7 months ago<br>11/19/2020<br>6:56 AM PST | 114-8773474-7793018<br>Buyer name:<br>Erin<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MQ5ZVTG**<br>SKU: BSJ202033A<br>Quantity Shipped: **1**<br>Item subtotal: US$9.99 | **Standard**<br>Ship by date: Nov 25, 2020 to Nov 27, 2020<br>Deliver by date: Dec 2, 2020 to Dec 9, 2020 | Shipped |
| | | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPXH9F9**<br>SKU: BSJ202033B<br>Quantity Shipped: **1**<br>Item subtotal: US$9.99 | | |
| ☐ 6 months ago<br>12/14/2020<br>8:21 PM PST | 111-4925909-7339457<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for Family,Friend (DD)<br>ASIN: **B08MPXH9F9**<br>SKU: BSJ202033B<br>Item subtotal: US$9.99 | | Canceled |

FEEDBACK

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| | |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for Family,Friend (CC) ASIN: **B08MQ5ZVTG** SKU: BSJ202033A Item subtotal: US$9.99 | | |

← Previous    **1**    Next →

Showing orders 1 - 3 of 3 total orders.

---

Help | Program Policies    English ▾                    © 1999-2021, Am

| | relax CO CO | United States | English ▾ | Search |

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders   Learn more | Video tutorials

| ASIN | B08MPRVRB2 |

Go back to order list

| Ship-by date (ascending) | Results per page: 100 | Set Tab |

**41 orders** Custom Date Range

From: 11/1/20   To: 6/30/21

| Action on 0 selected: | Buy shipping | Print packing slip | Confirm shipment |

| | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | **7 months ago**<br>11/5/20<br>2:04 PM PST | 111-5515675-9738629<br>Buyer name:<br>Norma<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 12, 2020 to Nov 13, 2020<br>Deliver by date: Nov 18, 2020 to Nov 25, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/7/2020<br>1:05 PM PST | 112-0336602-2648270<br>Buyer name:<br>Bobbi<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped<br>**Refund applied (1)** |
| ☐ | **7 months ago**<br>11/7/2020<br>5:14 PM PST | 114-4166194-6837842<br>Buyer name:<br>Holly<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/8/2020<br>10:15 AM PST | 111-8587981-9093052<br>Buyer name:<br>erin<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped<br>**Refund applied (1)** |
| ☐ | **7 months ago**<br>11/8/2020<br>1:01 PM PST | 114-0442420-3281822<br>Buyer name:<br>kelley<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/8/2020<br>1:21 PM PST | 114-2538006-8745020<br>Buyer name:<br>DONNA<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped<br>**Refund applied (1)** |

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **7 months ago**<br>11/8/2020<br>3:07 PM PST | Buyer name:<br>Sunny<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped |
| **7 months ago**<br>11/8/2020<br>3:16 PM PST | Buyer name:<br>angie<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped<br>**Refund applied (1)** |
| **7 months ago**<br>11/8/2020<br>3:42 PM PST | Buyer name:<br>heather<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped<br>**Refund applied (1)** |
| **7 months ago**<br>11/8/2020<br>5:48 PM PST | Buyer name:<br>Crystal<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 13, 2020 to Nov 16, 2020<br>Deliver by date: Nov 19, 2020 to Nov 27, 2020 | Shipped |
| **7 months ago**<br>11/9/2020<br>6:52 PM PST | Buyer name:<br>Casey<br>Fulfillment method: Seller<br>Sales channel: Amazon.com |  | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 16, 2020 to Nov 17, 2020<br>Deliver by date: Nov 20, 2020 to Nov 30, 2020 | Shipped |
| **7 months ago**<br>11/10/2020<br>7:54 PM PST | Buyer name:<br>Sandra<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 17, 2020 to Nov 18, 2020<br>Deliver by date: Nov 23, 2020 to Dec 1, 2020 | Shipped |
| **7 months ago**<br>11/11/2020<br>10:24 AM PST | Buyer name:<br>Denee<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 17, 2020 to Nov 18, 2020<br>Deliver by date: Nov 23, 2020 to Dec 1, 2020 | Shipped |

FEEDBACK

| | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | **7 months ago**<br>11/11/2020<br>7:58 PM PST | **113-8156978-8965029**<br>Buyer name:<br>Ada<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **4**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 17, 2020 to Nov 18, 2020<br>Deliver by date: Nov 23, 2020 to Dec 1, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/12/2020<br>11:02 AM PST | **113-4732929-3869045**<br>Buyer name:<br>judy<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 18, 2020 to Nov 19, 2020<br>Deliver by date: Nov 24, 2020 to Dec 2, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/12/2020<br>12:49 PM PST | **114-3700522-2569842**<br>Buyer name:<br>Rue<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 18, 2020 to Nov 19, 2020<br>Deliver by date: Nov 24, 2020 to Dec 2, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/12/2020<br>12:49 PM PST | **112-5307723-9228202**<br>Buyer name:<br>Mark<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 18, 2020 to Nov 19, 2020<br>Deliver by date: Nov 24, 2020 to Dec 2, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/13/2020<br>9:54 AM PST | **111-6733759-4093865**<br>Buyer name:<br>Amy<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 19, 2020 to Nov 20, 2020<br>Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped |
| ☐ | **7 months ago**<br>11/13/2020<br>5:25 PM PST | **113-3456511-5254616**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for Family,Friend (A+B)<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Item subtotal: US$15.00 | | Canceled |
| ☐ | **7 months ago**<br>11/13/2020<br>5:55 PM PST | **111-8781698-7517803**<br>Buyer name:<br>Gina<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: **B08MPRVRB2**<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Nov 19, 2020 to Nov 20, 2020<br>Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped |

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **7 months ago** 11/13/2020 7:23 PM PST | Buyer name: Vernaleana Fulfillment method: Seller Sales channel: Amazon.com | | **7-1416322-2671451** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped |
| **7 months ago** 11/14/2020 7:51 AM PST | Buyer name: Julie Fulfillment method: Seller Sales channel: Amazon.com | | **111-0153054-5565038** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **3** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped |
| **7 months ago** 11/14/2020 11:31 AM PST | Buyer name: Matthew Fulfillment method: Seller Sales channel: Amazon.com | | **114-7878341-5365059** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Nov 25, 2020 to Dec 3, 2020 | Shipped **Refund applied (1)** |
| **7 months ago** 11/16/2020 4:39 AM PST | Buyer name: Heather Fulfillment method: Seller Sales channel: Amazon.com | | **112-0346066-0610645** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 20, 2020 to Nov 23, 2020 Deliver by date: Nov 27, 2020 to Dec 4, 2020 | Shipped |
| **7 months ago** 11/16/2020 5:17 PM PST | Buyer name: Jason Fulfillment method: Seller Sales channel: Amazon.com | | **113-0877047-5864257** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **2** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 20, 2020 to Nov 23, 2020 Deliver by date: Nov 27, 2020 to Dec 4, 2020 | Shipped |
| **7 months ago** 11/18/2020 6:35 PM PST | Buyer name: Jason Fulfillment method: Seller Sales channel: Amazon.com | | **111-1963632-5281010** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 24, 2020 to Nov 25, 2020 Deliver by date: Dec 1, 2020 to Dec 8, 2020 | Shipped |
| **7 months ago** 11/18/2020 9:03 PM PST | Buyer name: Nicole Fulfillment method: Seller Sales channel: Amazon.com | | **111-5347300-6909841** 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 24, 2020 to Nov 25, 2020 Deliver by date: Dec 1, 2020 to Dec 8, 2020 | Shipped |

FEEDBACK

| | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **7 months ago** 11/19/2020 8:13 PM PST | Buyer name: **Kristi** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 25, 2020 to Nov 27, 2020 Deliver by date: Dec 2, 2020 to Dec 9, 2020 | Shipped |
| ☐ **7 months ago** 11/21/2020 6:22 PM PST | Buyer name: **Gina** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 27, 2020 to Nov 30, 2020 Deliver by date: Dec 3, 2020 to Dec 10, 2020 | Shipped |
| ☐ **7 months ago** 11/22/2020 5:01 AM PST | Buyer name: **Tammy** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 27, 2020 to Nov 30, 2020 Deliver by date: Dec 3, 2020 to Dec 10, 2020 | Shipped |
| ☐ **7 months ago** 11/23/2020 6:57 AM PST | Buyer name: **Alexis** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 30, 2020 to Dec 1, 2020 Deliver by date: Dec 4, 2020 to Dec 11, 2020 | Shipped |
| ☐ **7 months ago** 11/23/2020 12:53 PM PST | Buyer name: **ashley** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **2** Item subtotal: US$15.00 | **Standard** Ship by date: Nov 30, 2020 to Dec 1, 2020 Deliver by date: Dec 4, 2020 to Dec 11, 2020 | Shipped |
| ☐ **6 months ago** 11/24/2020 8:16 PM PST | Buyer name: **troy** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Dec 1, 2020 to Dec 2, 2020 Deliver by date: Dec 7, 2020 to Dec 14, 2020 | Shipped |
| ☐ **6 months ago** 11/25/2020 12:05 AM PST | Buyer name: **Santos** Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for ASIN: **B08MPRVRB2** SKU: BSJ202031 Quantity: **1** Item subtotal: US$15.00 | **Standard** Ship by date: Dec 1, 2020 to Dec 2, 2020 Deliver by date: Dec 7, 2020 to Dec 14, 2020 | Shipped |

Order numbers (Order details header links):
- 114-4478912-3053067
- 111-0046368-7193018
- 113-9457643-0312262
- 114-5204166-6900264
- 112-2495138-4123432
- 114-4635994-9997854
- 112-1541207-1460259

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|

| ☐ **6 months ago**<br>11/25/2020<br>7:21 PM PST | **112-9655339-9013806**<br>Buyer name:<br>**Bridget**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Dec 2, 2020 to Dec 3, 2020<br>Deliver by date: Dec 8, 2020 to Dec 15, 2020 | Shipped<br><span style="color:red">Refund applied (1)</span> |
| ☐ **6 months ago**<br>12/1/2020<br>6:44 AM PST | **111-5612277-3807434**<br>Buyer name:<br>**Elizabeth**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Quantity: **2**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Dec 7, 2020 to Dec 8, 2020<br>Deliver by date: Dec 11, 2020 to Dec 18, 2020 | Shipped |
| ☐ **6 months ago**<br>12/4/2020<br>5:56 PM PST | **113-8718651-1013060**<br>Buyer name:<br>**Jennifer**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Dec 10, 2020 to Dec 11, 2020<br>Deliver by date: Dec 16, 2020 to Dec 23, 2020 | Shipped |
| ☐ **6 months ago**<br>12/7/2020<br>8:18 AM PST | **111-5510617-6368252**<br>Buyer name:<br>**meagan**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Dec 11, 2020 to Dec 14, 2020<br>Deliver by date: Dec 17, 2020 to Dec 24, 2020 | Shipped |
| ☐ **6 months ago**<br>12/12/2020<br>8:25 PM PST | **114-1589858-8988223**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for Family,Friend (A+B)<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Item subtotal: US$15.00 | | Canceled |
| ☐ **6 months ago**<br>12/14/2020<br>9:59 AM PST | **112-9421171-9991424**<br>Buyer name:<br>**Marcey**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Dec 18, 2020 to Dec 21, 2020<br>Deliver by date: Dec 24, 2020 to Jan 4, 2021 | Shipped |
| ☐ **4 months ago**<br>2/1/2021<br>10:01 PM PST | **114-4838053-2724268**<br>Buyer name:<br>**christina**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | 2020 Christmas Ornaments,Naughty Santa Christmas Decorations,Christmas Tree Hanging Naked Santa Ornaments, Perfect Ornament Creative Blessing Gift for<br>ASIN: B08MPRVRB2<br>SKU: BSJ202031<br>Quantity: **1**<br>Item subtotal: US$15.00 | **Standard**<br>Ship by date: Feb 5, 2021 to Feb 8, 2021<br>Deliver by date: Feb 11, 2021 to Feb 19, 2021 | Shipped |

← Previous   | 1 |   Next →

Showing orders 1 - 41 of 41 total orders.

Help   Program Policies    English ▾          © 1999-2021, Am

FEEDBACK

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

THE NAUGHTYS LLC )
)
Plaintiff, )
)
) Case No. 4:21-cv-00492
v. )
) Judge Reed C. O'Connor
)
DOES 1-580 )
)
Defendants. )

### Declaration of Luo Ningbo

I, Luo Ningbo, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon stores: Chenjbo (aka Halloween clearance&Christm as clearance), Mariee, and Shan-s (the "Stores").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before April 19, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Stores.

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 6 items of the accused products for $77.8, and the last sale occurred on February 25, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

1

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in August 24, 2017 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

_Luo Ningbo_
Luo Ningbo

# Exhibit A

chenJBO | United States　　English ▼　　Search

Messages | Help | Settings

Catalog　Inventory　Pricing　Orders　Advertising　Stores　Growth　Reports　Performance　Apps & Services　B2B

**Listing Tools:**　All Inventory　　Suppressed and Inactive Products (822)　　Listing Quality Dashboard NEW　　Manage Pricing

Price Alerts (1)

**FBA Inventory Tools:**　FBA Inventory　　Inventory Dashboard　　Shipping Queue

# Manage Inventory　Learn more　Take the tour

Add a Variation　　Add a product　　Preferences: 11 columns hidden　NEW

Action on 0 selected　　naughty Santa　　Search　　0 product(s)

Filters:

Status:　○ All　○ Active　○ Inactive　○ Incomplete　○ Listing Removed　　Fulfilled By:　○ All　○ Amazon　○ Merchant

Search:　○ Title/Keyword　○ SKU　○ ASIN　○ UPC, EAN　○ FNSKU　　Additional filters

| ☑ | Status | Image | SKU | Product Name | Date Created | Available | Price | Lowest Price | Sales Rank | Buy Box Price | Buy Box Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Condition | ASIN | | | + Shipping | + Shipping | | + Shipping | | |
| | | | | | Status Changed Date | | | | | | | |

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help　Program Policies　English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

Mariee | United States     English ▼     Search

Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**    All Inventory    Suppressed and Inactive Products (632)    Listing Quality Dashboard NEW    Manage Pricing

**FBA Inventory Tools:**    FBA Inventory    Inventory Dashboard    Remove Unfulfillable Inventory (2)    Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation     Add a product     Prefer

| Action on 0 selected | naughty santa | Search | 0 product(s) |
|---|---|---|---|

Filters:

Status: ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed     Fulfilled By: ● All  ○ Amazon  ○ Merchant     Search: ● Title/Keyword  ○ SKU  ○ ASIN

Additional filters

| ☑ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br><br>Status Changed Date | Available | Reserved | Estimated fee per unit sold | Price<br>+<br>Shipping | Lowest Price<br>+ Shipping | Sales Rank | Buy Box Price<br>+ Shipping | Your Minimum Price | Your Maximum Price | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

Help     Program Policies     English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

Shan-S | United States    English ▼    Search     Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory    Suppressed and Inactive Products (1329)    Listing Quality Dashboard   NEW    Manage Pricing

Price Alerts (17)

**FBA Inventory Tools:**   FBA Inventory    Inventory Dashboard    Shipping Queue

# Manage Inventory   Learn more   Take the tour

[ Add a Variation ]   [ Add a product ]   [ Preferences: 10 columns hidden ] NEW

[ Action on 0 selected ]    [ naughty Santa ] [ Search ]    0 product(s)

Filters:

Status: ◉ All ◯ Active ◯ Inactive ◯ Incomplete ◯ Listing Removed     Fulfilled By: ◉ All ◯ Amazon ◯ Merchant

Search: ◉ Title/Keyword ◯ SKU ◯ ASIN ◯ UPC, EAN ◯ FNSKU     [ Additional filters ]

| ☑ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date<br>Created<br><br>Status<br>Changed<br>Date | Available | Estimated<br>fee per<br>unit sold | Price<br>+<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Buy Box<br>Price<br>+ Shipping | Buy Box<br>Eligible | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

[ 250 results per page ]

Help   Program Policies   English ▼       © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

# Exhibit B

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

chenJBO | United States        English ▼        Search

## Manage Orders    *Learn more* | *Video tutorials*

| Product name | naughty Santa |

Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

| Go back to order list | | Order date (descending) | Results per page: 50 | Set Tab |

**3 orders**  Custom Date Range

From:  8/23/18    To:  6/10/21    Date Ra

Action on 0 selected:    Buy shipping    Print packing slip    Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **3 months ago** 2/25/2021 12:33 AM PST | 114-1499963-7694629 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | Cnebo Christmas Ornaments, 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa for Christmas Tree Decorations Hanging Orname ASIN: B08N6SNZG5 SKU: MIA2020WHA201102082A Quantity: **1** Item subtotal: $3.99 | **Standard** Ship by date: Feb 26, 2021 to Mar 1, 2021 Deliver by date: Mar 18, 2021 to Apr 8, 2021 | Shipped |
| ☐ **3 months ago** 2/24/2021 7:40 PM PST | 113-1520661-3697830 Fulfillment method: Seller Sales channel: Amazon.com | | Cnebo Christmas Ornaments, 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa for Christmas Tree Decorations Hanging Ornaments Home Décor ASIN: B08N6SNZG5 SKU: MIA2020WHA201102082A Item subtotal: $3.99 | | Canceled |
| ☐ **5 months ago** 1/11/2021 8:38 PM PST | 113-1859284-5589038 Buyer name: James Fulfillment method: Seller Sales channel: Amazon.com | | Cnebo Christmas Ornaments, 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa for Christmas Tree Decorations Hanging Orname ASIN: B08N6QQ5DB SKU: MIA2020WHA201107082A Quantity: **1** Item subtotal: $3.99 | **Standard** Ship by date: Jan 12, 2021 to Jan 13, 2021 Deliver by date: Feb 2, 2021 to Feb 24, 2021 | Shipped |

← Previous    **1**    Next →

Showing orders 1 - 3 of 3 total orders.

Help    Program Policies    English ▼                                        © 1999-2021, Am

FEEDBACK



Case 4:21-cv-00492-O Document 104-3 Filed 06/24/21 Page 75 of 223 PageID 12029

Mariee | United States English Search

Catalog Inventory Pricing Orders Advertising Stores Growth Reports Performance Apps & Services B2B

# Manage Orders

Learn more | Video tutorials

ASIN B08NVTBKSY

Go back to order list

**1 orders** Custom Date Range

Ship-by date (ascending) Results per page: 15 Set Tab

From: 5/28/20 To: 6/10/21 Date Ra

Action on 0 selected: Buy shipping Print packing slip Confirm shipment

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **3 months ago** 2/24/2021 7:00 PM PST | **113-8613826-6286618** Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | MZRI 2Pc Christmas Ornament Doll Naughty Naked Santa Christmas Tree Decorations Merry Christmas and Happy New Years Deco Toy ASIN: **B08NVTBKSY** SKU: MR2011110092 Quantity: **1** Item subtotal: $9.80 | **Standard** Ship by date: Mar 1, 2021 to Mar 2, 2021 Deliver by date: Mar 8, 2021 to Mar 12, 2021 | Shipped |

← Previous 1 Next →

Showing orders 1 - 1 of 1 total orders.

Help Program Policies English

© 1999-2021, Am

FEEDBACK

075

Shan-S | United States    English ▼    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders   Learn more | Video tutorials

| Product name | naughty  Santa |

⚠ Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

| Go back to order list | | Ship-by date (ascending) | Results per page: 100 | Set Tab |

**3 orders**   Custom Date Range

From: 8/24/17   To: 6/10/21   Date Ra

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **6 months ago** <br> 11/28/2020 <br> 4:12 PM PST | **112-9856607-5164213** <br> Buyer name: <br> Yvetta <br> Fulfillment method: Seller <br> Sales channel: Amazon.com | | Shan-S Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa 2020 Christmas Ornament Decorating Kit, Cute and Unique Decorations, I <br> ASIN: **B08MWF3HBV** <br> SKU: Peng123WHA201102082B <br> Quantity: **3** <br> Item subtotal: $5.98 | **Standard** <br> Ship by date: Nov 30, 2020 to Dec 1, 2020 <br> Deliver by date: Dec 18, 2020 to Jan 12, 2021 | Shipped |
| ☐ **6 months ago** <br> 11/29/2020 <br> 3:45 PM PST | **112-9619265-1739403** <br> Buyer name: <br> Yvetta <br> Fulfillment method: Seller <br> Sales channel: Amazon.com | | Shan-S Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa 2020 Christmas Ornament Decorating Kit, Cute and Unique Decorations, I <br> ASIN: **B08MWF3HBV** <br> SKU: Peng123WHA201102082B <br> Quantity: **2** <br> Item subtotal: $5.98 | **Standard** <br> Ship by date: Nov 30, 2020 to Dec 1, 2020 <br> Deliver by date: Dec 18, 2020 to Jan 12, 2021 | Shipped |
| ☐ **3 months ago** <br> 2/24/2021 <br> 6:06 PM PST | **113-3481639-7538615** <br> Buyer name: <br> John <br> Fulfillment method: Seller <br> Sales channel: Amazon.com | | Shan-S Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa 2020 Christmas Ornament Decorating Kit, Cute and Unique Decorations, I <br> ASIN: **B08MWF3HBV** <br> SKU: Peng123WHA201102082B <br> Quantity: **1** <br> Item subtotal: $5.98 | **Standard** <br> Ship by date: Feb 25, 2021 to Feb 26, 2021 <br> Deliver by date: Mar 17, 2021 to Apr 7, 2021 | Shipped |

← Previous   **1**   Next →

Showing orders 1 - 3 of 3 total orders.

Help   Program Policies    English ▼         © 1999-2021, Am

FEEDBACK

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O' Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| Defendants. | ) | |

Declaration of Wu Shuqi

I, Wu Shuqi, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon store: YHCWJZP (the "Store").

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Store on April 16, 2021. Attached in Exhibit A is evidence that the accused product and the relevant listing are no longer available in the Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 3 items

1

of the accused products for $22.11, and the last sale occurred on February 24, 2021. Attached in Exhibit B is a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened in December 29, 2018, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

吴柏樱

Wu Shuqi

2

078

# Exhibit A

YHCWJZP | United States    English ▼    Search

Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**    All Inventory    Suppressed and Inactive Products (843)    Listing Quality Dashboard NEW    Listing Enhancements (6)
Manage Pricing    Price Alerts (46)

**FBA Inventory Tools:**    FBA Inventory    Inventory Dashboard    Shipping Queue

# Manage Inventory   Learn more    Take the tour

Add a Variation    Add a product    Preferences: 8 colum

Action on 0 selected    |    Naughty Santa    |    Search    |    0 product(s)

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed      Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ● Title/Keyword  ○ SKU  ○ ASIN  ○ UPC, EAN  ○ FNSKU      Additional filters

| ☑ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date<br>Created<br><br>Status<br>Changed<br>Date | Available | Estimated<br>fee per<br>unit sold | Price<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Buy Box<br>Price<br>+ Shipping | Buy Box<br>Eligible | Your<br>Minimum<br>Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help    Program Policies    English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

https://sellercentral.amazon.com/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnI...    1/1

YHCWJZP | United States    English ▼    Search    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory   Suppressed and Inactive Products (843)   Listing Quality Dashboard NEW   Listing Enhancements (6)
Manage Pricing   Price Alerts (46)

**FBA Inventory Tools:**   FBA Inventory   Inventory Dashboard   Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation    Add a product    Preferences: 8 colun

Action on 0 selected     B08NX191RG     Search     0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed     Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN ○ FNSKU     Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created | Available | Estimated fee per unit sold | Price Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Status Changed Date | | | | | | | | | | |

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help   Program Policies   English ▼     © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

YHCWJZP | United States     English ▼     Search             Messages | Help | Settings

Catalog    **Inventory**    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**    All Inventory     Suppressed and Inactive Products (843)     Listing Quality Dashboard  NEW     Listing Enhancements (6)
Manage Pricing     Price Alerts (46)

**FBA Inventory Tools:**    FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory   Learn more    Take the tour

[ Add a Variation ]   [ Add a product ]   [ Preferences: 8 colum ]

[ Action on 0 selected ]    [ B08NX37STB ] [ Search ]    0 product(s)

Filters:

Status: ◉ All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed     Fulfilled By: ◉ All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ◉ ASIN ○ UPC, EAN ○ FNSKU     [ Additional filters ]

| ☑ | **Status** | **Image** | **SKU**<br>Condition | **Product Name**<br>ASIN | **Date Created**<br>Status Changed Date | **Available** | **Estimated fee per unit sold** | **Price**<br>Shipping | **Lowest Price**<br>+ Shipping | **Sales Rank** | **Buy Box Price**<br>+ Shipping | **Buy Box Eligible** | **Your Minimum Price** | **Your Maximum Price** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

[ 250 res ]

Help    Program Policies    [ English ▼ ]                 © 1999–2021, Amazon.com, Inc. or its affiliates

[ FEEDBACK ]

# Exhibit B

YHCWJZP | United States   English ▼   Search

Catalog   **Inventory**   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

## Manage Orders   Learn more | Video tutorials

ASIN   B08NX37STB

⚠ Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

Go back to order list

**2 orders** Custom Date Range

Ship-by date (ascending)   Results per page: 50   Set Tab

From: 12/29/18   To: 6/10/21   Date Ra

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **6 months ago** 12/12/2020 2:45 PM PST | 112-8428679-4424231 Buyer name: Jill Fulfillment method: Seller Sales channel: Amazon.com | | YHCWJZP Christmas Ornament, Naughty Naked Santa Claus Doll Xmas Tree Decor Pendant New Year Gift 11 8cm ASIN: B08NX191RG SKU: PY4OXH4VMS8WJ97K62OXY551L Quantity Shipped: 1 Item subtotal: $4.09 | Standard Ship by date: Dec 14, 2020 to Dec 15, 2020 Deliver by date: Jan 5, 2021 to Jan 27, 2021 | Shipped |
| | | | YHCWJZP Christmas Ornament, Naughty Naked Santa Claus Doll Xmas Tree Decor Pendant New Year Gift 22 8cm ASIN: B08NX37STB SKU: RAAY4YKF4BHY88 Quantity Shipped: 1 Item subtotal: $4.09 | | |
| ☐ **3 months ago** 2/24/2021 8:06 PM PST | 113-7231437-4717018 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | YHCWJZP Christmas Ornament, Naughty Naked Santa Claus Doll Xmas Tree Decor Pendant New Year Gift 22 8cm ASIN: B08NX37STB SKU: RAAY4YKF4BHY88 Quantity: 1 Item subtotal: $4.09 | Standard Ship by date: Feb 25, 2021 to Feb 26, 2021 Deliver by date: Mar 17, 2021 to Apr 7, 2021 | Shipped |

← Previous   1   Next →

Showing orders 1 – 2 of 2 total orders.

Help   Program Policies   English ▼                    © 1999–2021, Am

FEEDBACK

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O'Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of Xie Tong

I, Xie Tong, of the City of Huainan, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon store: xatos (the "Store").

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Store on April 14, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 2 items of the accused products for $10.96, and the last sale occurred on February 24, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the

1

restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7.  If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened in March 18, 2019, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8.  I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Huainan, China.


Xie Tong
Xie Tong

2

# Exhibit A

xatos | United States     English ▼     Search          Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory       Suppressed and Inactive Products (626)       Listing Quality Dashboard  NEW       Manage Pricing

**FBA Inventory Tools:**   FBA Inventory       Inventory Dashboard       Fix stranded inventory (1)       Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation     Add a product     Preferences: 12 columns hidden   NEW

| Action on 0 selected | B08MZNNXHF | Search | 0 product(s) |
|---|---|---|---|

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed          Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN  ○ FNSKU     Additional filters

| ☑ | **Status** | **Image** | **SKU** Condition | **Product Name** ASIN | **Date Created** Status Changed Date | **Available** | **Estimated fee per unit sold** | **Price** Shipping | **Business Price** + Shipping | **Lowest Price** + Shipping | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English ▼                                © 1999–2021, Amazon.com, Inc. or its affiliates

FEEDBACK

xatos | United States    English ▼    Search

Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory        Suppressed and Inactive Products (626)        Listing Quality Dashboard  NEW        Manage Pricing

**FBA Inventory Tools:**   FBA Inventory        Inventory Dashboard        Fix stranded inventory (1)        Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation      Add a product      Preferences: 12 columns hidden   NEW

Action on 0 selected        Naughty Santa        Search        0 product(s)

Filters:
Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed        Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ● Title/Keyword  ○ SKU  ○ ASIN  ○ UPC, EAN  ○ FNSKU        Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price Shipping | Business Price + Shipping | Lowest Price + Shipping | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help     Program Policies     English ▼

© 1999–2021, Amazon.com, Inc. or its affiliates

FEEDBACK

# Exhibit B

Case 4:21-cv-00492-O   Document 104-3   Filed 06/24/21   Page 91 of 223   PageID 12045

xatos | United States          English ▼        Search

Catalog   **Inventory**   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

## Manage Orders   Learn more | Video tutorials

|  |  |
|---|---|
| ASIN | B08MZNNXHF |

Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

| Go back to order list |  |  | Ship-by date (ascending) | Results per page: 15 | Set Tab |
|---|---|---|---|---|---|
| **2 orders** Custom Date Range |  | From: 3/1/19 | To: 6/30/21 | Date Ra |

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **7 months ago** 11/21/2020 12:42 PM PST | 113-2190589-8511465 Buyer name: Audris Fulfillment method: Seller Sales channel: Amazon.com |  | xatos Hallmark Christmas Ornaments 2020,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa ASIN: B08MZNNXHF SKU: XTHFL0110901A Quantity: 1 Item subtotal: $5.48 | **Standard** Ship by date: Dec 8, 2020 to Dec 14, 2020 Deliver by date: Dec 17, 2020 to Jan 5, 2021 | Shipped |
| ☐ **3 months ago** 2/24/2021 8:11 PM PST | 113-4090868-3400215 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com |  | xatos Christmas Ornaments 2020,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa ASIN: B08MZNNXHF SKU: XTHFL0110901A Quantity: 1 Item subtotal: $5.48 | **Standard** Ship by date: Mar 11, 2021 to Mar 17, 2021 Deliver by date: Mar 22, 2021 to Apr 6, 2021 | Shipped |

← Previous   **1**   Next →

Showing orders 1 – 2 of 2 total orders.

Help   Program Policies      English ▼                                    © 1999–2021, Am

FEEDBACK

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O'Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of Xie Huichang

I, Xie Huichang, of the City of Shenzhen, China, declare as follows:

1.  I am over eighteen (18) years of age.  I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein.  I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.  I am a manager supervising the operations of the following Amazon stores: Ikevan and SurgicaL (the "Stores").

3.  I have access and control of the Stores.

4.  I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before April 15, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Stores.

5.  After a diligent search of sale record and to the best of my knowledge, the Stores sold 1 item of the accused products for $12.63, and the last sale occurred on February 24, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

1

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in May 1, 2016 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Xie Huichang

Xie Huichang

2

# Exhibit A

# Delete time：2021.4.14

## B08MVP63Y9



## B08MVPRLM8



## B08MVQ4NX3



## B08MVQWSWF



# B08MVSJY9K



# B08MVPBJQC



# Delete Time: 2021/4/15

### Asin: B08NTLJYRT



### Asin: B08NTMTJXW



### Asin: B08NTPRYGP



097

## Asin: B08NTQM3MX



## Asin: B08NTM82LG

## Asin: B08NTP32WZ



# Exhibit B

B08MVSJY9K

B08MVQ4NX3

B08MVQWSWF

B08MVPBJQC



B08MVP63Y9



B08MVPRLM8



**SurgicaL | United States**    English ▼    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders  Learn more | Video tutorials

ASIN    B08NTQM3MX

Go back to order list

**0 orders** Custom Date Range

Ship-by date (ascending)    Results per page: 15    Set Tab

From:    5/1/18    To:    6/11/21    Date Ra

No orders were found that match the given search criteria.

Help    Program Policies    English ▼    © 1999-2021, Am

FEEDBACK

https://sellercentral.amazon.com/orders-v3/search?page=1&date-range=1525104000000-1623427199000&q=B08NTQM3MX&qt=asin    1/1

| Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services | B2B |
|---------|-----------|---------|--------|-------------|--------|--------|---------|-------------|-----------------|-----|

**SurgicaL | United States**   English ▾   Search

## Manage Orders   Learn more | Video tutorials

ASIN     B08NTPRYGP

Go back to order list          Ship-by date (ascending)   Results per page: 15   Set Tab

**0 orders** Custom Date Range          From:   5/1/18   To:   6/11/21   Date Ra

No orders were found that match the given search criteria.

Help    Program Policies    English ▾                                    © 1999-2021, Am

SurgicaL | United States          English ▼        Search

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

# Manage Orders   Learn more | Video tutorials

ASIN          B08NTP32WZ

Go back to order list                                                           Ship-by date (ascending)    Results per page: 15    Set Tab

**0 orders** Custom Date Range                                         From:    5/1/18     To:    6/11/21    Date Ra

No orders were found that match the given search criteria.

Help    Program Policies    English ▼                                                                    © 1999-2021, Am

FEEDBACK

https://sellercentral.amazon.com/orders-v3/search?page=1&date-range=1525104000000-1623427199000&q=B08NTP32WZ&qt=asin                    1/1

**SurgicaL | United States**          English ▾          Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

# Manage Orders  Learn more | Video tutorials

ASIN        B08NTMTJXW

| | | |
|---|---|---|
| Go back to order list | Ship-by date (ascending) | Results per page: 15 | Set Tab |

**0 orders**  Custom Date Range

From:  5/1/18    To:  6/11/21    Date Ra

No orders were found that match the given search criteria.

Help    Program Policies    English ▾                                    © 1999-2021, Am

FEEDBACK

https://sellercentral.amazon.com/orders-v3/search?page=1&date-range=1525104000000-1623427199000&q=B08NTMTJXW&qt=asin                    1/1

**SurgicaL | United States**    English ▾    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders  Learn more | Video tutorials

ASIN    B08NTM82LG

Go back to order list

Ship-by date (ascending)    Results per page: 15    Set Tab

**0 orders** Custom Date Range

From:    5/1/18    To:    6/11/21    Date Ra

No orders were found that match the given search criteria.

Help    Program Policies    English ▾    © 1999-2021, Am

FEEDBACK

https://sellercentral.amazon.com/orders-v3/search?page=1&date-range=1525104000000-1623427199000&q=B08NTM82LG&qt=asin    1/1

**SurgicaL | United States**    English ▼    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders  Learn more | Video tutorials

ASIN    B08NTLJYRT

Go back to order list

**1 orders** Custom Date Range

Ship-by date (ascending)    Results per page: 15    Set Tab

From:   5/1/18    To:   6/11/21    Date Ra

| Action on 0 selected: | Buy shipping | Print packing slip | Confirm shipment |
| --- | --- | --- | --- |

| | Order date | Order details | Image | Product name | Customer option | Order Status |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ | **3 months ago** 2/24/2021 11:12 PM PST | 114-7446608-0732221 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | Byedog Santa Ornaments, Naughty Santa Christmas Tree Ornament, Stocking Cap Naked Santa for Christmas Decorations (C+D) ASIN: **B08NTLJYRT** SKU: B94h96yujkj8CD Quantity: **1** Item subtotal: $11.89 | **Standard** Ship by date: Feb 25, 2021 to Feb 26, 2021 Deliver by date: Mar 4, 2021 to Mar 10, 2021 | Shipped |

← Previous    **1**    Next →

Showing orders 1 - 1 of 1 total orders.

Help    Program Policies    English ▼      © 1999-2021, Am

FEEDBACK

https://sellercentral.amazon.com/orders-v3/search?page=1&date-range=1525104000000-1623427199000&q=B08NTLJYRT&qt=asin    1/1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| | Plaintiff, ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| | v. ) | |
| | ) | Judge Reed C. O'Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| | Defendants. ) | |

## Declaration of Yanfang Zeng

I, Yanfang Zeng, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon store: Hilyo, a.k.a. dingulasi (the "Store").

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Store on February 25, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 9 items of the accused products for $99.55, and the last sale occurred on February 24, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

1

6. The asset restraining order has prevented me from withdrawing any funds from the restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened on June 13, 2019, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Yanfang Zeng
Yanfang Zeng

# Exhibit A

dingulasi | United States    English ▾    Search    Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:** All Inventory    Suppressed and Inactive Products (68)    Listing Quality Dashboard  NEW    Manage Pricing

**FBA Inventory Tools:** FBA Inventory    Inventory Dashboard    Remove Unfulfillable Inventory (1)    Shipping Queue

# Manage Inventory    Learn more    Take the tour

Add a Variation    Add a product

Action on 0 selected    | B08NPT5W42 |    Search    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed        Fulfilled By: ● All ○ Amazon ○ Merchant        Search: ○ Title/Keyword ○ SKU ○

Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Inbound | Reserved | Estimated fee per unit sold | Price Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | FNS |
|---|--------|-------|---------------|-------------------|----------------------------------|-----------|---------|----------|-----------------------------|----------------|-------------------------|------------|--------------------------|------------------|-----|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

Help    Program Policies    English ▾

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

dingulasi | United States          English ⌄          Search

Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**   All Inventory          Suppressed and Inactive Products (68)          Listing Quality Dashboard  NEW          Manage Pricing

**FBA Inventory Tools:**   FBA Inventory          Inventory Dashboard          Remove Unfulfillable Inventory (1)          Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation      Add a product

Action on 0 selected        B08NPV5BN5          Search        0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed      Fulfilled By: ● All ○ Amazon ○ Merchant      Search: ○ Title/Keyword ○ SKU ○

Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Inbound | Reserved | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | FNS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

Help    Program Policies      English ⌄

© 1999-2021, Amazon.com, Inc. or its affiliates

dingulasi | United States   English   Search   Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (68)      Listing Quality Dashboard   NEW      Manage Pricing

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Remove Unfulfillable Inventory (1)      Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation   Add a product

Action on 0 selected   | B08NPV5BN5   | Search   0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed      Fulfilled By: ● All ○ Amazon ○ Merchant      Search: ○ Title/Keyword ○ SKU ○

Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created | Available | Inbound | Reserved | Estimated fee per unit sold | Price Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | FNS |
|---|--------|-------|---------------|-------------------|--------------|-----------|---------|----------|-----------------------------|----------------|--------------------------|------------|--------------------------|------------------|-----|
|   |        |       |               |                   | Status Changed Date |      |         |          |                             |                |                          |            |                          |                  |     |

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

Help   Program Policies   English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

# Exhibit B

dingulasi | United States    English ⌄    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders   Learn more | Video tutorials

| Product name | naughty santa |
|---|---|

> Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in **Archived order report**

| Go back to order list | **9 orders** Custom Date Range | | Ship-by date (ascending) | Results per page: 50 | Set Tab |
|---|---|---|---|---|---|

From: 1/1/18    To: 6/1/21    Date Ra...

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| ☐ **7 months ago** 11/17/2020 4:32 PM PST | 113-7341651-7362615 Buyer name: Candice Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPV5BN5 SKU: Tang2020111731B Quantity: 1 Item subtotal: US$8.99 | **Standard** Ship by date: Nov 18, 2020 to Nov 19, 2020 Deliver by date: Dec 9, 2020 to Dec 31, 2020 | Shipped |
| ☐ **7 months ago** 11/17/2020 5:13 PM PST | 113-3813102-8506613 Buyer name: Ed Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPV5BN5 SKU: Tang2020111731B Quantity: 1 Item subtotal: US$8.99 | **Standard** Ship by date: Nov 18, 2020 to Nov 19, 2020 Deliver by date: Dec 9, 2020 to Dec 31, 2020 | Shipped |
| ☐ **7 months ago** 11/18/2020 10:23 AM PST | 113-9084321-8773024 Buyer name: Alexa Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPT5W42 SKU: Tang2020111731AB Quantity: 1 Item subtotal: US$5.75 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Dec 10, 2020 to Jan 4, 2021 | Shipped |
| ☐ **7 months ago** 11/18/2020 11:28 AM PST | 114-0887267-0549811 Buyer name: Shannon Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPT5W42 SKU: Tang2020111731AB Quantity: 2 Item subtotal: US$5.75 | **Standard** Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Dec 10, 2020 to Jan 4, 2021 | Shipped |
| ☐ **6 months ago** 11/25/2020 3:28 PM PST | 113-3268838-5686618 Buyer name: Wendolynn Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPV5BN5 SKU: Tang2020111731B Quantity: 1 Item subtotal: US$9.99 | **Standard** Ship by date: Nov 27, 2020 to Nov 30, 2020 Deliver by date: Dec 17, 2020 to Jan 11, 2021 | Shipped |

FEEDBACK

| | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | **6 months ago** 12/11/2020 8:45 PM PST | 113-7787035-1981826 Buyer name: NGHANGHIA Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPV3SVY SKU: Tang2020111731CB Quantity: **2** Item subtotal: US$5.75 | **Standard** Ship by date: Dec 14, 2020 to Dec 15, 2020 Deliver by date: Jan 5, 2021 to Jan 27, 2021 | Shipped |
| ☐ | **6 months ago** 12/12/2020 10:12 AM PST | 114-1971541-8127423 Buyer name: haley Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPT5W42 SKU: Tang2020111731AB Quantity: **1** Item subtotal: US$5.75 | **Standard** Ship by date: Dec 14, 2020 to Dec 15, 2020 Deliver by date: Jan 5, 2021 to Jan 27, 2021 | Shipped |
| ☐ | **6 months ago** 12/22/2020 8:30 AM PST | 113-2137884-8157003 Buyer name: Becky Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPV5BN5 SKU: Tang2020111731B Quantity: **1** Item subtotal: US$9.99 | **Standard** Ship by date: Dec 23, 2020 to Dec 24, 2020 Deliver by date: Jan 14, 2021 to Feb 5, 2021 | Shipped |
| ☐ | **3 months ago** 2/24/2020 10:15 PM PST | 114-6384307-4033819 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | UpdateClassic Christmas Ornaments 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Hanging Christmas Tree Decoration Pen ASIN: B08NPT5W42 SKU: Tang2020111731AB Quantity: **1** Item subtotal: US$5.75 | **Standard** Ship by date: Feb 25, 2021 to Feb 26, 2021 Deliver by date: Mar 17, 2021 to Apr 7, 2021 | Shipped |

← Previous   | 1 |   Next →

Showing orders 1 - 9 of 9 total orders.

Help   Program Policies   English ⌄                                        © 1999-2021, Am

FEEDBACK

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE NAUGHTYS LLC                        )
                                        )
                    Plaintiff,          )
                                        )
                                        )   Case No. 4:21-cv-00492
                    v.                  )
                                        )   Judge Reed C. O'Connor
                                        )
DOES 1-580                              )
                                        )
                    Defendants.         )

### Declaration of Zhao Dan

I, Zhao Dan, of the City of Shenzhen, China, declare as follows:

1.  I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.  I am a manager supervising the operations of the following Amazon stores: Shimigy, COL beans, milkcha (a/k/a Shangshancoco), PIKAqiu33, and cocounut (the "Stores").

3.  I have access and control of the Stores.

4.  I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before April 15, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Stores.

5.  After a diligent search of sale record and to the best of my knowledge, the Stores sold 82 items of the accused products for $935.49, and the last sale occurred on February 24, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

1

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in April 18, 2019 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

*Zhao Dan*

Zhao Dan

# Exhibit A

Shimigy | United States        English ▼        Search

Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:**   All Inventory      Listing Quality Dashboard  NEW      Manage Pricing

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation      Add a product      Preferences: 9 columns hidden   NEW

Action on 0 selected        B08ML2Z48T        Search        0 product(s)

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed        Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN  ○ FNSKU        Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Eligible | UPC/EAN | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help   Program Policies      English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

COL beans | United States     English ▾       Search                    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory     Listing Quality Dashboard  NEW     Manage Pricing

**FBA Inventory Tools:**   FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory  Learn more  Take the tour          Add a Variation   Add a product   Preferences: 12 columns hidden  NEW

| Action on 0 selected | | B08MKRJTW7 | Search | 0 product(s) |

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed      Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN  ○ FNSKU      Additional filters

| ☑ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br>Status Changed<br>Date | Available | Estimated fee per<br>unit sold | Price<br>+<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help   Program Policies     English ▾                                    © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

COL beans | United States    English ▼    Search

Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

**Listing Tools:**   All Inventory      Listing Quality Dashboard  NEW      Manage Pricing

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation     Add a product     Preferences: 12 columns hidden   NEW

Action on 0 selected         B08MKTSD24     Search      0 product(s)

Filters:

Status:  ⦿ All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed      Fulfilled By:  ⦿ All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ⦿ ASIN  ○ UPC, EAN  ○ FNSKU      Additional filters ▼

| ☑ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br>Status Changed<br>Date | Available | Estimated fee per<br>unit sold | Price<br>+<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help     Program Policies      English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

COL beans | United States     English ▼     Search      Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**    All Inventory     Listing Quality Dashboard NEW     Manage Pricing

**FBA Inventory Tools:**    FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory   Learn more   Take the tour

     Add a Variation    Add a product    Preferences: 12 columns hidden   NEW

| Action on 0 selected | | B08ML313J3 | Search | 0 product(s) |

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed      Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN ○ FNSKU      Additional filters

| ☑ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date Created<br>Status Changed<br>Date | Available | Estimated fee per<br>unit sold | Price<br>+<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English ▼            © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

**Delete Asin: B08MKJYMVW**





We're building a better Seller Central. Experience it for yourself.    Use new navigation

cocounut | United States        English        Search 🔍        Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

**Listing Tools:**    All Inventory        Suppressed and Inactive Products (43)        Listing Quality Dashboard NEW        Manage Pricing

**FBA Inventory Tools:**    FBA Inventory        Inventory Dashboard        Shipping Queue

## Manage Inventory    Learn more    Take the tour

Add a Variation    Add a product    Preferences: 11 columns hidden    NEW

Action on 0 selected        B08MBW2ZZQ        Search

0 product(s)

**Filters:**

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed        Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN  ○ FNSKU        Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Buy Box Price + Shipping | Buy Box Eligible | Save all |
|---|--------|-------|---------------|-------------------|----------------------------------|-----------|-----------------------------|------------------|-------------------------|--------------------------|------------------|----------|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per page

Help    Program Policies    English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

126

# Exhibit B

Shimigy | United States　　　English ▼　　Search

Catalog　　Inventory　　Pricing　　Orders　　Advertising　　Stores　　Growth　　Reports　　Performance　　Apps & Services

## Manage Orders  Learn more | Video tutorials

ASIN | B08ML2Z48T

**3 orders** Custom Date Range

Ship-by date (ascending) | Results per page: 50 | Set Tab

From: | 4/18/19 | To: | 6/11/21 | Date Ra

Action on 0 selected: | Buy shipping | Print packing slip | Confirm shipment

| ☐ | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | **7 months ago**<br>11/18/2020<br>6:30 AM PST | 111-3076849-4049822<br>Buyer name:<br>Pamela<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Shimigy Naughty Santa Christmas<br>Ornament Stocking Cap Naked Santa<br>Xmas Tree Pendant Decro<br>ASIN: B08ML2Z48T<br>SKU: CXXWHA201031082<br>Quantity: **2**<br>Item subtotal: $3.99 | **Standard**<br>Ship by date: Nov 19, 2020 to Nov 20,<br>2020<br>Deliver by date: Dec 10, 2020 to Jan 4,<br>2021 | Shipped |
| ☐ | **6 months ago**<br>12/13/2020<br>9:38 PM PST | 111-4846067-8829849<br>Buyer name:<br>Tammy<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Shimigy Naughty Santa Christmas<br>Ornament Stocking Cap Naked Santa<br>Xmas Tree Pendant Decro<br>ASIN: B08ML2Z48T<br>SKU: CXXWHA201031082<br>Quantity: **1**<br>Item subtotal: $3.99 | **Standard**<br>Ship by date: Dec 14, 2020 to Dec 15,<br>2020<br>Deliver by date: Jan 5, 2021 to Jan 27,<br>2021 | Shipped |
| ☐ | **5 months ago**<br>12/26/2020<br>9:57 AM PST | 111-2716005-2935406<br>Buyer name:<br>Debbie<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Shimigy Naughty Santa Christmas<br>Ornament Stocking Cap Naked Santa<br>Xmas Tree Pendant Decro<br>ASIN: B08ML2Z48T<br>SKU: CXXWHA201031082<br>Quantity: **5**<br>Item subtotal: $3.99 | **Standard**<br>Ship by date: Dec 28, 2020 to Dec 29,<br>2020<br>Deliver by date: Jan 19, 2021 to Feb 9,<br>2021 | Shipped |

← Previous | 1 | Next →

Showing orders 1 - 3 of 3 total orders.

Help | Program Policies | English ▼ 　　　　　　　　　　　　　　　　　© 1999-2021, Am

FEEDBACK

COL beans | United States      English ▾      Search        Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B

## Manage Orders   Learn more | Video tutorials

| | Product name | Naughty Santa | Search |

Go back to order list

**8 orders** Custom Date Range

Ship-by date (ascending)   15   Set Table Preferences   Refresh

From: 11/20/19   To: 6/10/21   Custom Date Range

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| | Order date | Order details | Image | Product name | Customer option | Order Status | Action |
|---|---|---|---|---|---|---|---|
| ☐ | 7 months ago 11/16/2020 4:26 AM PST | 112-3942513-2346647 Buyer name: Tabitha Fulfillment method: Seller Sales channel: Amazon.com | | Christmas Decor DIY Hanging Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christ ASIN: cl110320 SKU: cl110320 Quantity: 6 Item subtotal: $9.87 | Standard Ship by date: Nov 19, 2020 to Nov 20, 2020 Deliver by date: Nov 27, 2020 to Dec 3, 2020 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 7 months ago 11/20/2020 9:44 AM PST | 115-9794032-3259446 Buyer name: chris Fulfillment method: Seller Sales channel: Amazon.com | | Christmas Decor DIY Hanging Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christ ASIN: B08ML313J3 SKU: cl110320 Quantity: 1 Item subtotal: $9.87 | Standard Ship by date: Nov 25, 2020 to Nov 27, 2020 Deliver by date: Dec 3, 2020 to Dec 9, 2020 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 7 months ago 11/24/2020 5:31 AM PST | 115-5050103-9425066 Buyer name: EMMA Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christmas Tree Hang ASIN: B08MKRJTW7 SKU: cl110319B Quantity Shipped: 2 Item subtotal: $6.99  2020 Christmas Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christmas Tree Hang ASIN: B08MKTSD24 SKU: cl110319A Quantity Shipped: 2 Item subtotal: $6.99 | Expedited Ship by date: Nov 30, 2020 to Dec 1, 2020 Deliver by date: Dec 3, 2020 to Dec 8, 2020 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 6 months ago 11/28/2020 9:26 AM PST | 114-0810976-6731403 Buyer name: Amanda Fulfillment method: Seller Sales channel: Amazon.com | | Christmas Decor DIY Hanging Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christ ASIN: B08ML313J3 SKU: cl110320 Quantity: 1 Item subtotal: $9.87 | Standard Ship by date: Dec 2, 2020 to Dec 3, 2020 Deliver by date: Dec 9, 2020 to Dec 15, 2020 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 6 months ago 12/3/2020 2:30 PM PST | 115-0864804-4114645 Buyer name: Amanda Fulfillment method: Seller Sales channel: Amazon.com | | Christmas Decor DIY Hanging Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christ ASIN: B08ML313J3 SKU: cl110320 Quantity: 1 Item subtotal: $9.87 | Standard Ship by date: Dec 8, 2020 to Dec 9, 2020 Deliver by date: Dec 15, 2020 to Dec 21, 2020 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 6 months ago 12/5/2020 10:08 AM PST | 115-6832696-8213069 Buyer name: susan Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christmas Tree Hang ASIN: B08MKTSD24 SKU: cl110319A Quantity: 1 Item subtotal: $6.99 | Standard Ship by date: Dec 9, 2020 to Dec 10, 2020 Deliver by date: Dec 16, 2020 to Dec 22, 2020 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 5 months ago 1/6/2021 5:29 PM PST | 112-3368138-1621833 Buyer name: darcykennedy Fulfillment method: Seller Sales channel: Amazon.com | | Christmas Decor DIY Hanging Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christ ASIN: B08ML313J3 SKU: cl110320 Quantity: 1 Item subtotal: $9.87 | Standard Ship by date: Jan 11, 2021 to Jan 12, 2021 Deliver by date: Jan 19, 2021 to Jan 25, 2021 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |
| ☐ | 3 months ago 2/24/2021 6:58 PM PST | 115-7042052-6499437 Buyer name: John Fulfillment method: Seller Sales channel: Amazon.com | | 2020 Christmas Ornaments, Classic Elements Design, Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Funny Christmas Tree Hang ASIN: B08MKTSD24 SKU: cl110319A Quantity: 1 Item subtotal: $7.30 | Standard Ship by date: Mar 1, 2021 to Mar 2, 2021 Deliver by date: Mar 8, 2021 to Mar 12, 2021 | Shipped | Edit shipment Print packing slip Refund Order   More information ▾ |

← Previous   1   Next →

Showing orders 1 – 8 of 8 total orders.

Results per page: 15

Help   Program Policies   English ▾                    © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

shangshancoco | United States     English ▾     Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders   Learn more   Video tutorials

|  | ASIN | B08MKJYMVW |
| --- | --- | --- |

Go back to order list

**12 orders** Custom Date Range

| Order date (descending) | Results per page: 15 | Set Tab |
| From: | 3/1/20 | To: | 6/1/21 | Date Ra |

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| ☐ Order date | Order details | Image | Product name | Customer option | Order Status |
| --- | --- | --- | --- | --- | --- |
| ☐ 3 months ago<br>2/24/2021<br>7:24 PM PST | **1-1455187-6996222**<br>Buyer name:<br>**John**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor<br>ASIN: **B08MKJYMVW**<br>SKU: MILKCHAWHA201031082<br>Quantity: **1**<br>Item subtotal: $0.01 | Standard<br>Ship by date: Feb 25, 2021 to Feb 26, 2021<br>Deliver by date: Mar 17, 2021 to Apr 7, 2021 | Shipped |
| ☐ 4 months ago<br>2/5/2021<br>6:57 AM PST | **111-9533370-0721841**<br>Buyer name:<br>**Pam**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor<br>ASIN: **B08MKJYMVW**<br>SKU: MILKCHAWHA201031082<br>Quantity: **1**<br>Item subtotal: $0.01 | Standard<br>Ship by date: Feb 8, 2021 to Feb 9, 2021<br>Deliver by date: Mar 1, 2021 to Mar 22, 2021 | Shipped |
| ☐ 6 months ago<br>12/16/2020<br>8:39 PM PST | **111-9902956-5165849**<br>Buyer name:<br>**Jeannette**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor<br>ASIN: **B08MKJYMVW**<br>SKU: MILKCHAWHA201031082<br>Quantity: **1**<br>Item subtotal: $0.01 | Standard<br>Ship by date: Dec 17, 2020 to Dec 18, 2020<br>Deliver by date: Jan 8, 2021 to Feb 1, 2021 | Shipped |
| ☐ 6 months ago<br>12/14/2020<br>7:58 AM PST | **112-9007817-6500220**<br>Buyer name:<br>**kathy**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor<br>ASIN: **B08MKJYMVW**<br>SKU: MILKCHAWHA201031082<br>Quantity: **1**<br>Item subtotal: $0.01 | Standard<br>Ship by date: Dec 15, 2020 to Dec 16, 2020<br>Deliver by date: Jan 6, 2021 to Jan 28, 2021 | Shipped |
| ☐ 6 months ago<br>12/12/2020<br>6:19 AM PST | **113-3902077-3256242**<br>Buyer name:<br>**Dan**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor<br>ASIN: **B08MKJYMVW**<br>SKU: MILKCHAWHA201031082<br>Quantity: **1**<br>Item subtotal: $0.01 | Standard<br>Ship by date: Dec 14, 2020 to Dec 15, 2020<br>Deliver by date: Jan 5, 2021 to Jan 27, 2021 | Shipped |
| ☐ 6 months ago<br>12/4/2020<br>5:38 PM PST | **114-0901374-8688230**<br>Buyer name:<br>**Sheri**<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor<br>ASIN: **B08MKJYMVW**<br>SKU: MILKCHAWHA201031082<br>Quantity: **1**<br>Item subtotal: $0.01 | Standard<br>Ship by date: Dec 7, 2020 to Dec 8, 2020<br>Deliver by date: Dec 28, 2020 to Jan 20, 2021 | Shipped |

FEEDBACK

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|

**6 months ago**
11/27/2020
6:28 PM PST

**111-2542535-9809829**
Fulfillment method: Seller
Sales channel: Amazon.com



milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor
ASIN: B08MKJYMVW
SKU: MILKCHAWHA201031082
Item subtotal: $0.01

Canceled

---

**7 months ago**
11/22/2020
10:27 AM PST

**113-9662103-6762604**
Buyer name:
Eric
Fulfillment method: Seller
Sales channel: Amazon.com



milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor
ASIN: B08MKJYMVW
SKU: MILKCHAWHA201031082
Quantity Shipped: 1
Item subtotal: $0.01

Standard
Ship by date: Nov 23, 2020 to Nov 24, 2020
Deliver by date: Dec 14, 2020 to Jan 6, 2021

Shipped



milkcha Christmas Ornaments 2020,Personalized Survived Family of Ornament 2020 Christmas Holiday Decorations Hallmark Christmas Ornaments 2020
ASIN: B08L9FP4B1
SKU: MILKCHALIP200925002
Quantity Shipped: 1
Item subtotal: $0.01

---

**7 months ago**
11/22/2020
9:59 AM PST

**114-0143593-5277803**
Buyer name:
kim
Fulfillment method: Seller
Sales channel: Amazon.com



milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor
ASIN: B08MKJYMVW
SKU: MILKCHAWHA201031082
Quantity: 1
Item subtotal: $0.01

Standard
Ship by date: Nov 23, 2020 to Nov 24, 2020
Deliver by date: Dec 14, 2020 to Jan 6, 2021

Shipped

---

**7 months ago**
11/21/2020
7:33 PM PST

**113-7255475-2837852**
Buyer name:
JASON
Fulfillment method: Seller
Sales channel: Amazon.com



milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor
ASIN: B08MKJYMVW
SKU: MILKCHAWHA201031082
Quantity: 1
Item subtotal: $0.01

Expedited
Ship by date: Nov 23, 2020 to Nov 24, 2020
Deliver by date: Nov 27, 2020 to Dec 2, 2020

Shipped

---

**7 months ago**
11/20/2020
8:56 AM PST

**111-3112431-2142618**
Buyer name:
craig
Fulfillment method: Seller
Sales channel: Amazon.com



milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor
ASIN: B08MKJYMVW
SKU: MILKCHAWHA201031082
Quantity: 1
Item subtotal: $0.01

Standard
Ship by date: Nov 23, 2020 to Nov 24, 2020
Deliver by date: Dec 14, 2020 to Jan 6, 2021

Shipped

---

**7 months ago**
11/15/2020
4:00 PM PST

**111-7368603-3317047**
Buyer name:
Sara
Fulfillment method: Seller
Sales channel: Amazon.com

milkcha New Year Decorations,Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa,for Desk Decor
ASIN: B08MKJYMVW
SKU: MILKCHAWHA201031082
Quantity: 1
Item subtotal: $0.01

Standard
Ship by date: Nov 16, 2020 to Nov 17, 2020
Deliver by date: Dec 7, 2020 to Dec 29, 2020

Shipped

---

← Previous    1    Next →

Showing orders 1 - 12 of 12 total orders.

---

Help    Program Policies    English ▾                                    © 1999-2021, Am





We're building a better Seller Central. Experience it for yourself.    Use new navigation

cocunut | United States    English    Search 🔍    Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B

## Manage Orders    Learn more | Video tutorials

ASIN    B08MBW2ZZQ    Search

⚠ Your search date range starts from an archived date. For orders w ere placed before 1/1/2016, you can find them in Archived order report

Go back to order list    Ship-by date (ascending)    Results per page: 15    Set Table Preferences    Refresh

**1 orders** Custom Date Range    From: 6/1/19    To: 6/10/21    Date Range: Custom Date Range

Action on 0 selected:    Buy shipping    Print packing slip    Confirm shipment

| ☐ | Order date | Order details | Image | Product name | Customer option | Order Status | Action |
|---|---|---|---|---|---|---|---|
| ☐ | **3 months ago**<br>2/24/2021<br>8:20 PM PST | 113-2293617-4186607<br>Buy er name:<br>John<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Naughty Santa Christmas Ornament<br>Stocking Cap Santa Ornament Naked<br>Santa,2020 Santa Ornaments Tree Santa<br>On The Throne Christmas Ornaments (A)<br>ASIN: **B08MBW2ZZQ**<br>SKU: WHA201031081A<br>Quantity: 1<br>Item subtotal: US$8.99 | **Standard**<br>Ship by date: Mar 4, 2021 to Mar 10, 2021<br>Deliv er by date: Mar 24, 2021 to Apr 19, 2021 | **Shipped** | Edit shipment<br>Print packing slip<br>Refund Order<br><br>More information ⌄ |

← Previous    1    Next →

Showing orders 1 - 1 of 1 total orders.

Results per page: 15

Help    Program Policies    English    © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

THE NAUGHTYS LLC                    )
                                    )
                    Plaintiff,      )
                                    )
                                    )   Case No. 4:21-cv-00492
            v.                      )
                                    )   Judge Reed C. O'Connor
                                    )
DOES 1-580                          )
                                    )
                    Defendants.     )

### Declaration of Zhou Shixiong

I, Zhou Shixiong, of the City of Shenzhen, China, declare as follows:

1.  I am over eighteen (18) years of age.  I have never been convicted of a felony or any
    criminal offense involving moral turpitude, and I am fully competent to testify to the
    matters stated herein.  I have personal knowledge of every statement made in this
    Declaration and such statements are true and correct.

2.  I am a manager supervising the operations of the following Amazon store: TBKOMH ( ♛

    2021 Golden Moment: Up to 80% off♛) (the "Store").

3.  I have access and control of the Store.

4.  I confirm that all sales of the accused products in this case have ceased, and the product was
    permanently removed from the Store on February 26, 2021. Attached in **Exhibit A** is
    evidence that the accused product and the relevant listing are no longer available in the
    Store.

5.  After a diligent search of sale record and to the best of my knowledge, the Store sold 440
    items of the accused products for $3,482, and the last sale occurred on February 25, 2021.

1

6. The asset restraining order has prevented me from withdrawing any funds from the restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened on August 3, 2020, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Zhou Shixiong
_____
Zhou Shixiong

2

Exhibit A

Amazon.com : naughty santa

Deliver to
New York 10010    ТВКОМН ▾    naughty santa

Hello, Sign in    Returns    0
Account & Lists ▾    & Orders

All    Best Sellers    Customer Service    Prime ▾    New Releases    Today's Deals    Books    Pharmacy    Fashion    Kindle Books    Toys & Games

No results for naughty santa.
Try checking your spelling or use more general terms

## Need help?

Visit the help section or contact us

## Recommended based on your browsing history Sponsored

Page 1 of 2


Floerns Women's Mock Neck Polka Dots Puff Sleeve Blouse Tops
798
$20.99


Mock Turtleneck for Women Long Sleeve Basic Stretchy Layering Slim Fit T Shirt Tops
79
$18.99


Miskely Women's Leopard Print Long Sleeve Tops Shirt Twist Knot Front Casual...
140
$17.99


Menswear House Mens Dress Shirts Long Sleeve Regular Fit Printed Button Down Shirts
1,299
$23.99


SID Womens Floating Bomber Lambskin Leather Jacket, Biker Jacket
32
$189.99

## Featured items from our brands

Page 1 of 5


Amazon Basics Velvet Clothing Hangers - 50-Pack, Black
117,700
#1 Best Seller ⬛ in Standard Hangers
$19.97


Amazon Basics CL3 Rated High-Speed 4K HDMI Cable - 6 Feet, Pack of 3
325,102
$10.39


Amazon Basics Kitchen Rolling Microwave Cart on Wheels, Storage Rack, Wood/Chrome
7,584
$55.84 $59.99
Lowest price in 30 days


Amazon Basics 20-Pocket Over-the-Door Hanging Large-Size Shoe Organizer
18,959
$10.84


Amazon Basics 3-Shelf Heavy Duty Shelving Storage Unit on 2" Wheel Casters, Metal Organizer Wire Rack, Chrome (23.2L x...
43,831
$33.99

### Your Browsing History    View or edit your browsing history  ›

See personalized recommendations
Sign in
New customer? Start here



Back to top

Get to Know Us    Make Money with Us    Amazon Payment Products    Let Us Help You

https://www.amazon.com/s?k=naughty+santa&me=A32XO0Z2PLGYT8&ref=nb_sb_noss    1/2

Careers                       Amazon                        Signature Cards                        19
Blog                                                        Amazon.com Store Card                   Your Account
About Amazon                  Sell apps on Amazon           Amazon Secured Card                     Your Orders
Sustainability                Become an Affiliate           Amazon Business Card                    Shipping Rates &
Press Center                  Become a Delivery                                                     Policies
                              Driver                         Amazon Business Line of Credit
Investor Relations                                           Shop with Points                       Amazon Prime
                              Start a package delivery
Amazon Devices                business                       Credit Card Marketplace               Returns &
                                                                                                    Replacements
                              Advertise Your Products        Reload Your Balance
                                                                                                    Manage Your Content
                              Self-Publish with Us           Amazon Currency Converter              and Devices

                              Host an Amazon Hub                                                    Amazon Assistant

                              › See More Make Money                                                 Help
                              with Us

| English | United States |
| --- | --- |

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | iMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

**TBKOMH** | United States    English ▼    Search      Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services

**Listing Tools:**   All Inventory     Suppressed and Inactive Products (360)     Listing Quality Dashboard NEW     Manage Pricing

**FBA Inventory Tools:**   FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory   Learn more   Take the tour

[ Add a Variation ]   [ Add a product ]   [ Preferences: 7 colur ]

Action on 0 selected     [ naughty santa     Search ]     0 product(s)

Filters:

Status: ◉ All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed     Fulfilled By: ◉ All ○ Amazon ○ Merchant

Search: ◉ Title/Keyword ○ SKU ○ ASIN ○ UPC, EAN ○ FNSKU     [ Additional filters ]

| ☑ | Status | Image | SKU Condition ASIN | Product Name | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

[ 250 res ]

Help    Program Policies    [ English ▼ ]            © 1999-2021, Amazon.com, Inc. or its affiliates

https://sellercentral.amazon.com/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnI…    1/1

TBKOMH | United States     English  ▼     Search     Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:**  All Inventory     Suppressed and inactive Products (360)     Listing Quality Dashboard NEW     Manage Pricing

**FBA Inventory Tools:**  FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory Learn more  Take the tour

[Add a Variation]  [Add a product]  [Preferences: 7 colur]

Action on 0 selected    B08MVWS93F    [Search]    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed     Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN ○ FNSKU     [Additional filters]

| | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help     Program Policies     English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

TBKOMH | United States        English  ▼    Search                    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:**  All Inventory     Suppressed and Inactive Products (360)     Listing Quality Dashboard  new     Manage Pricing

**FBA Inventory Tools:**  FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory  Learn more   Take the tour

[ Add a Variation ]   [ Add a product ]   [ Preferences: 7 colur ]

Action on 0 selected      [ B08N6H31PJ ]   [ Search ]    0 product(s)

Filters:

Status:  ● All   ○ Active   ○ Inactive   ○ Incomplete   ○ Listing Removed      Fulfilled By:  ● All   ○ Amazon   ○ Merchant

Search:  ○ Title/Keyword   ○ SKU   ● ASIN   ○ UPC, EAN   ○ FNSKU      [ Additional filters ]

| ✔ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help     Program Policies     [ English  ▼ ]                              © 1999-2021, Amazon.com, Inc. or its affiliates

**TBKOMH | United States** · English ▼   Search   Messages | Help | Settings

Catalog   **Inventory**   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:** All Inventory     Suppressed and Inactive Products (360)     Listing Quality Dashboard NEW     Manage Pricing

**FBA Inventory Tools:** FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory Learn more   Take the tour

Add a Variation   Add a product   Preferences: 7 colur

Action on 0 selected   B08MVXNB4S   Search   0 product(s)

Filters:

Status: ◉ All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed     Fulfilled By: ◉ All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ◉ ASIN ○ UPC, EAN ○ FNSKU     Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help   Program Policies   English ▼                                © 1999-2021, Amazon.com, Inc. or its affiliates

Case 4:21-cv-00492-O    Document 104-3    Filed 06/24/21    Page 143 of 223    PageID 12097

**TBKOMH | United States**     English ▼    Search      Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services

**Listing Tools:**   All Inventory     Suppressed and Inactive Products (360)     Listing Quality Dashboard NEW     Manage Pricing

**FBA Inventory Tools:**   FBA Inventory     Inventory Dashboard     Shipping Queue

# Manage Inventory   Learn more   Take the tour

[ Add a Variation ]   [ Add a product ]   [ Preferences: 7 colu⋯ ]

Action on 0 selected    [ B08MVVQ9RX ]   [ search ]    0 product(s)

Filters:

Status: ◉ All ◯ Active ◯ Inactive ◯ Incomplete ◯ Listing Removed     Fulfilled By: ◉ All ◯ Amazon ◯ Merchant

Search: ◯ Title/Keyword ◯ SKU ◉ ASIN ◯ UPC, EAN ◯ FNSKU     [ Additional filters ]

| ☑ | Status | Image | SKU Condition ASIN | Date Created<br>Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|--------|-------|--------------------|------------------------------------|-----------|-----------------------------|------------------|-------------------------|------------|--------------------------|------------------|--------------------|--------------------|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

[ 250 res ]

Help    Program Policies    [ English ▼ ]           © 1999-2021, Amazon.com, Inc. or its affiliates

143

TBKOMH | United States        English   ▼   Search            Messages ┊ Help ┊ Settings

| Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services |
|---|---|---|---|---|---|---|---|---|---|

**Listing Tools:**  All Inventory      Suppressed and Inactive Products (360)      Listing Quality Dashboard  NEW      Manage Pricing

**FBA Inventory Tools:**  FBA Inventory      Inventory Dashboard      Shipping Queue

# Manage Inventory  Learn more    Take the tour

[ Add a Variation ]    [ Add a product ]    [ Preferences: 7 colur ]

Action on 0 selected    [ B08N6GYR4X ]   [ Search ]    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed      Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN ○ FNSKU     [ Additional filters ]

| ✔ | Status | Image | SKU<br>Condition | Product Name<br>ASIN | Date<br>Created<br><br>Status<br>Changed<br>Date | Available | Estimated<br>fee per<br>unit sold | Price<br>+<br>Shipping | Lowest<br>Price<br>+ Shipping | Sales<br>Rank | Buy Box<br>Price<br>+ Shipping | Buy Box<br>Eligible | Your<br>Minimum<br>Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help     Program Policies     [ English ▼ ]

© 1999-2021, Amazon.com, Inc. or its affiliates

https://sellercentral.amazon.com/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnl…   1/1

TBKOMH | United States    English ▼    Search      Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:**   All Inventory    Suppressed and Inactive Products (360)    Listing Quality Dashboard NEW    Manage Pricing

**FBA Inventory Tools:**   FBA Inventory    Inventory Dashboard    Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation   Add a product   Preferences: 7 colur

Action on 0 selected    | B08N6FVDPW | Search    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed    Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN ○ FNSKU    Additional filters

| ✔ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help    Program Policies    English ▼      © 1999-2021, Amazon.com, Inc. or its affiliates

https://sellercentral.amazon.com/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnI...   1/1



TBKOMH | United States   English ▼   Search    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:** All Inventory    Suppressed and Inactive Products (360)    Listing Quality Dashboard NEW    Manage Pricing

**FBA Inventory Tools:** FBA Inventory    Inventory Dashboard    Shipping Queue

# Manage Inventory Learn more Take the tour

Add a Variation | Add a product | Preferences: 7 colur

Action on 0 selected    B08MVV6RP4    Search    0 product(s)

Filters:

Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed    Fulfilled By: ● All ○ Amazon ○ Merchant

Search: ○ Title/Keyword ○ SKU ● ASIN ○ UPC, EAN ○ FNSKU    Additional filters

| ☑ | Status | Image | SKU Condition ASIN | Product Name | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 res

Help   Program Policies   English ▼      © 1999-2021, Amazon.com, Inc. or its affiliates

Manage Inventory

TBKOMH | United States    English ▼    Search    Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services

**Listing Tools:**    All Inventory    Suppressed and Inactive Products (360)    Listing Quality Dashboard NEW    Manage Pricing

**FBA Inventory Tools:**    FBA Inventory    Inventory Dashboard    Shipping Queue

# Manage Inventory  Learn more   Take the tour

[ Add a Variation ]  [ Add a product ]   [ Preferences: 7 colur

Action on 0 selected    [ B08MVX17Q7 ]  [ Search ]    0 product(s)

Filters:

Status: ● All ⚪ Active ⚪ Inactive ⚪ Incomplete ⚪ Listing Removed    Fulfilled By: ● All ⚪ Amazon ⚪ Merchant

Search: ⚪ Title/Keyword ⚪ SKU ● ASIN ⚪ UPC, EAN ⚪ FNSKU    [ Additional filters ]

| ☑ | Status | Image | SKU Condition ASIN | Product Name | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

[ 250 res

Help    Program Policies   [ English ▼ ]    © 1999-2021, Amazon.com, Inc. or its affiliates

Manage Inventory

TBKOMH | United States    English  ▼    Search                    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (360)      Listing Quality Dashboard NEW      Manage Pricing

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Shipping Queue

# Manage Inventory  Learn more   Take the tour

[Add a Variation]   [Add a product]   [Preferences: 7 colur]

Action on 0 selected       [B08MVX5NZN          ]  [Search]    0 product(s)

Filters:

Status:  ◉ All  ◯ Active  ◯ Inactive  ◯ Incomplete  ◯ Listing Removed      Fulfilled By:  ◉ All  ◯ Amazon  ◯ Merchant

Search:  ◯ Title/Keyword  ◯ SKU  ◉ ASIN  ◯ UPC, EAN  ◯ FNSKU      [Additional filters]

| ☑ | Status | Image | SKU Condition ASIN | Product Name | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Buy Box Eligible | Your Minimum Price | Your Maximum Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

: 250 res

Help    Program Policies    English  ▼                                    © 1999-2021, Amazon.com, Inc. or its affiliates

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O'Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| Defendants. | ) | |

## Declaration of Tan Long

I, Tan Long, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age.  I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein.  I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon store: ZEFOTIM Big Promotion!!! (the "Store").

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Store on January 4, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 6 items of the accused products for $110.75, and the last sale occurred on January 3, 2021. Attached in **Exhibit B** is a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the

1

restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened on August 25, 2018, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

*Tan Long*

Tan Long

2

# Exhibit A

2021/6/10 Amazon.com : naughty santa

ZEFOTIM Big Promotion!!! ▾   naughty santa

All  Best Sellers  Customer Service  Prime  New Releases  Today's Deals  Books  Pharmacy  Fashion  Kindle Books  Toys & Games

No results for naughty santa.
Try checking your spelling or use more general terms

## Need help?

Visit the help section or contact us

## Recommended based on your browsing history Sponsored

Page 1 of 2

    

Floerns Women's Mock Neck Polka Dots Puff Sleeve Blouse Tops
798
$20.99

Mock Turtleneck for Women Long Sleeve Basic Stretchy Layering Slim Fit T Shirt Tops
79
$18.99

Miskely Women's Leopard Print Long Sleeve Tops Shirt Twist Knot Front Casual...
140
$17.99

Menswear House Mens Dress Shirts Long Sleeve Regular Fit Printed Button Down Shirts
1,299
$23.99

SID Womens Floating Bomber Lambskin Leather Jacket, Biker Jacket
32
$189.99

## Featured items from our brands

Page 1 of 5

    

Amazon Basics Velvet Clothing Hangers - 50-Pack, Black
117,700
#1 Best Seller in Standard Hangers
$19.97

Amazon Basics CL3 Rated High-Speed 4K HDMI Cable - 6 Feet, Pack of 3
325,103
$10.39

Amazon Basics Kitchen Rolling Microwave Cart on Wheels, Storage Rack, Wood/Chrome
7,585
$55.84 $59.99
Lowest price in 30 days

Amazon Basics 20-Pocket Over-the-Door Hanging Large-Size Shoe Organizer
18,959
$10.84

Amazon Basics 3-Shelf Heavy Duty Shelving Storage Unit on 2" Wheel Casters, Metal Organizer Wire Rack, Chrome (23.2L x...
45,831
$33.99

### Your Browsing History  View or edit your browsing history ›

See personalized recommendations
Sign in
New customer? Start here.

 

https://www.amazon.com/s?k=naughty+santa&me=A3S32WABNDXJ65&ref=nb_sb_noss   1/2

Careers                        Amazon                          Signature Cards
Blog                           Sell apps on Amazon             Amazon.com Store Card          Your Account
About Amazon                   Become an Affiliate             Amazon Secured Card            Your Orders
Sustainability                 Become a Delivery               Amazon Business Card           Shipping Rates &
Press Center                   Driver                          Amazon Business Line of Credit Policies
Investor Relations             Start a package delivery        Shop with Points               Amazon Prime
Amazon Devices                 business                        Credit Card Marketplace        Returns &
                               Advertise Your Products         Reload Your Balance            Replacements
                               Self-Publish with Us            Amazon Currency Converter       Manage Your Content
                               Host an Amazon Hub                                             and Devices
                               › See More Make Money                                          Amazon Assistant
                               with Us                                                        Help

| English | United States |
|---------|---------------|

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

153

ZEFOTIM | United States          English      ▼          Search                                    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B   Brands

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (51454)      Listing Quality Dashboard  NEW      Listing Enhancements (3)
Potential Duplicates (2)      Manage Pricing      Price Alerts (5)      Brand Health (0)

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Remove Unfulfillable Inventory (2)      Shipping Queue

# Manage Inventory   Learn more   Take the tour

| | | Add a Variation | Add a product | Preferences: 9 columns hidden |

Action on 0 selected          | naughty santa |   Search   |   0 product(s)

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed          Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ● Title/Keyword  ○ SKU  ○ ASIN  ○ UPC, EAN  ○ FNSKU          | Additional filters |

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Your Minimum Price | Your Maximum Price | Save al |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

| 250 results per pa |

Help     Program Policies     | English  ▼ |                              © 1999-2021, Amazon.com, Inc. or its affiliates

ZEFOTIM | United States    English ▼   Search                    Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services   B2B   Brands

**Listing Tools:**   All Inventory      Suppressed and Inactive Products (51454)      Listing Quality Dashboard NEW      Listing Enhancements (3)
Potential Duplicates (2)      Manage Pricing      Price Alerts (5)      Brand Health (0)

**FBA Inventory Tools:**   FBA Inventory      Inventory Dashboard      Remove Unfulfillable Inventory (2)      Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation      Add a product      Preferences: 9 columns hidden

Action on 0 selected      | B08PC83F1V |   Search      0 product(s)

Filters:

Status:  ⦿ All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed      Fulfilled By:  ⦿ All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ⦿ ASIN  ○ UPC, EAN  ○ FNSKU      | Additional filters |

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Your Minimum Price | Your Maximum Price | | Save al |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per pa

Help      Program Policies      | English ▼ |                    © 1999-2021, Amazon.com, Inc. or its affiliates

https://sellercentral.amazon.ca/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnId"...   1/1

ZEFOTIM | United States    English ▼    Search                    Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services    B2B    Brands

**Listing Tools:**  All Inventory    Suppressed and Inactive Products (51454)    Listing Quality Dashboard  NEW    Listing Enhancements (3)
Potential Duplicates (2)    Manage Pricing    Price Alerts (5)    Brand Health (0)

**FBA Inventory Tools:**  FBA Inventory    Inventory Dashboard    Remove Unfulfillable Inventory (2)    Shipping Queue

# Manage Inventory  Learn more    Take the tour

Add a Variation    Add a product    Preferences: 9 columns hidden

Action on 0 selected        B08PC8QFH9        Search        0 product(s)

Filters:

Status:  ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed        Fulfilled By:  ● All  ○ Amazon  ○ Merchant

Search:  ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN  ○ FNSKU        Additional filters

| ☑ | Status | Image | SKU Condition ASIN | Product Name | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Your Minimum Price | Your Maximum Price | | Save al |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per pa

Help    Program Policies    English ▼                    © 1999-2021, Amazon.com, Inc. or its affiliates

# Exhibit B

**ZEFOTIM | United States**     English  ▼   Search

| Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services | B2B | Brands |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Manage Orders   Learn more   Video tutorials

| Product name | naughty santa |
|---|---|

> Your search date range starts from an archived date. For orders were placed before 1/1/2016, you can find them in Archived order report

|  | Ship-by date (ascending) | Results per page: 100 | Set Tab |
|---|---|---|---|

**6 orders** Custom Date Range     From: `8/25/18`   To: `6/11/21`   Date Ra

Action on 0 selected:   Buy shipping   Print packing slip   Confirm shipment

| ↑ Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **6 months ago** 12/9/2020 1:58 PM PST | 112-2894149-0735458 Buyer name: Denae Fulfillment method: Seller Sales channel: Amazon.com |  | BATKKM 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Christmas Tree Decoration Pendant ASIN: B08PC8QFH9 SKU: cqlWHA201107084 Quantity: 1 Item subtotal: $19.96 | **Standard** Ship by date: Dec 10, 2020 to Dec 11, 2020 Deliver by date: Dec 16, 2020 to Dec 23, 2020 | Shipped |
| **6 months ago** 12/12/2020 8:53 AM PST | 112-3013207-1638656 Buyer name: Alison Fulfillment method: Seller Sales channel: Amazon.com |  | BATKKM 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Christmas Tree Decoration Pendant ASIN: B08PC8QFH9 SKU: cqlWHA201107084 Quantity: 1 Item subtotal: $19.96 | **Standard** Ship by date: Dec 14, 2020 to Dec 15, 2020 Deliver by date: Dec 18, 2020 to Dec 28, 2020 | Shipped |
| **5 months ago** 12/25/2020 2:35 PM PST | 114-9036214-4773819 Buyer name: Erik Fulfillment method: Seller Sales channel: Amazon.com |  | BATKKM 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Christmas Tree Decoration Pendant ASIN: B08PC8QFH9 SKU: cqlWHA201107084 Quantity: 1 Item subtotal: $19.96 | **Standard** Ship by date: Dec 28, 2020 to Dec 29, 2020 Deliver by date: Jan 4, 2021 to Jan 11, 2021 | Shipped |
| **5 months ago** 12/26/2020 3:27 PM PST | 114-3400951-9217021 Buyer name: Patrick Fulfillment method: Seller Sales channel: Amazon.com |  | BATKKM 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Christmas Tree Decoration Pendant ASIN: B08PC83F1V SKU: cqlWHA201102083 Quantity: 1 Item subtotal: $8.73 | **Standard** Ship by date: Dec 28, 2020 to Dec 29, 2020 Deliver by date: Jan 4, 2021 to Jan 11, 2021 | Shipped |
| **5 months ago** 12/28/2020 8:22 AM PST | 111-8097170-4686641 Buyer name: carmen Fulfillment method: Seller Sales channel: Amazon.com |  | BATKKM 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Christmas Tree Decoration Pendant ASIN: B08PC8QFH9 SKU: cqlWHA201107084 Quantity: 1 Item subtotal: $19.96 | **Standard** Ship by date: Dec 29, 2020 to Dec 30, 2020 Deliver by date: Jan 5, 2021 to Jan 12, 2021 | Shipped |
| **5 months ago** 1/3/2021 12:25 AM PST | 114-9653667-7153066 Buyer name: Mary Fulfillment method: Seller Sales channel: Amazon.com |  | BATKKM 2020 Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Naked Santa, Christmas Tree Decoration Pendant ASIN: B08PC8QFH9 SKU: cqlWHA201107084 Quantity: 1 Item subtotal: $19.96 | **Standard** Ship by date: Jan 4, 2021 to Jan 5, 2021 Deliver by date: Jan 8, 2021 to Jan 15, 2021 | Shipped Refund applied (1) |

https://sellercentral.amazon.com/orders-v3/search?page=1&ref_=xx_swlang_head_xx&mons_sel_locale=en_US&languageSwitched=1&date-ran...   1/2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| | Plaintiff, ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| | v. ) | |
| | ) | Judge Reed C. O'Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| | Defendants. ) | |

## Declaration of Jiang Weijun

I, Jiang Weijun, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following Amazon store: GREFER (the "Store").

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Store on April 16, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 1 items of the accused products for $3.99, and the last sale occurred on February 25, 202. Attached in **Exhibit B** is a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the

1

159

restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened in June 14, 2017, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 13, 2021 in Shenzhen, China.

Jiang Weijun

# Exhibit A

GREFER | United States   English ▼   Search   Messages | Help | Settings

Catalog   Inventory   Pricing   Orders   Advertising   Stores   Growth   Reports   Performance   Apps & Services

**Listing Tools:**   All Inventory   Suppressed and Inactive Products (54748)   Listing Quality Dashboard NEW   Potential Duplicates (1)   Manage Pricing

**FBA Inventory Tools:**   FBA Inventory   Inventory Dashboard   Shipping Queue

# Manage Inventory   Learn more   Take the tour

Add a Variation   Add a product   Preferences: 8 columns hidden

Action on 0 selected   |   Naughty Santa   Search   |   0 product(s)

Filters:

Status: ⦿ All ◯ Active ◯ Inactive ◯ Incomplete ◯ Listing Removed     Fulfilled By: ⦿ All ◯ Amazon ◯ Merchant

Search: ◯ Title/Keyword ◯ SKU ◯ ASIN ⦿ UPC, EAN ◯ FNSKU     Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price Shipping + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Your Minimum Price | Your Maximum Price | Save all |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per pa

Help   Program Policies   English ▼     © 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

https://sellercentral.amazon.com/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnI…

GREFER | United States        English ▼      Search

Messages | Help | Settings

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services

---

Listing Tools:    All Inventory        Suppressed and Inactive Products (54748)        Listing Quality Dashboard  NEW        Potential Duplicates (1)        Manage Pricing

FBA Inventory Tools:    FBA Inventory        Inventory Dashboard        Shipping Queue

## Manage Inventory    Learn more    Take the tour

Add a Variation        Add a product        Preferences: 8 columns hidden

| Action on 0 selected | B08NPYY8WV | Search | 0 product(s) |
|---|---|---|---|

Filters:

Status: ● All  ○ Active  ○ Inactive  ○ Incomplete  ○ Listing Removed        Fulfilled By: ● All  ○ Amazon  ○ Merchant

Search: ○ Title/Keyword  ○ SKU  ● ASIN  ○ UPC, EAN  ○ FNSKU        Additional filters

| ☑ | Status | Image | SKU Condition | Product Name ASIN | Date Created Status Changed Date | Available | Estimated fee per unit sold | Price + Shipping | Lowest Price + Shipping | Sales Rank | Buy Box Price + Shipping | Your Minimum Price | Your Maximum Price | Save al |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

You currently have no listings that meet this criteria. Use the filters below the search bar to view more of your listings.

250 results per pa

---

Help    Program Policies        English ▼

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK

https://sellercentral.amazon.com/inventory/ref=xx_invmgr_dnav_xx?tbla_myitable=sort:%7B"sortOrder"%3A"DESCENDING"%2C"sortedColumnI...        1/1

Exhibit B

GREFER | United States        English ▼    Search

Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Apps & Services

## Manage Orders  Learn more | Video tutorials

ASIN    B08NPYY8WV

Go back to order list

**1 orders**  Custom Date Range

Ship-by date (ascending)    Results per page: 15    Set Tab

From:  1/1/20    To:  6/10/21    Date Ra

| Action on 0 selected: | Buy shipping | Print packing slip | Confirm shipment |

| | Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|---|
| ☐ | **3 months ago**<br>2/25/2021<br>12:03 AM PST | 114-9554756-0120264<br>Buyer name:<br>John<br>Fulfillment method: Seller<br>Sales channel: Amazon.com | | Christmas Decorations Naughty Santa Ornaments Stocking Cap Naked Santa Christmas Tree Pendant Xmas Decoration-1/2 Pack<br>ASIN: **B08NPYY8WV**<br>SKU: USJWJWHA201031081B<br>Quantity: **1**<br>Item subtotal: $3.99 | **Standard**<br>Ship by date: Feb 26, 2021 to Mar 1, 2021<br>Deliver by date: Mar 18, 2021 to Apr 8, 2021 | Shipped |

← Previous    **1**    Next →

Showing orders 1 - 1 of 1 total orders.

Help    Program Policies    English ▼    © 1999-2021, Am

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O' Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of Donge Jia

I, Donge Jia, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following eBay stores: Atlanta1816, CincinatiStore, globalfashion2010, wishmart2014, bodhi1998, hongyinlon0, eridu905, eriophoroidesxx, rockfoilcrabbh, SZbhkei12, Yupaxxs, and Nannouth (the "Store").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on April 16, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the Stores.

1

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 0 items of the accused products for $0.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in February 7, 2011 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Donge Jia
Donge Jia

2

167

Exhibit A

ebay

Seller Hub

Overview   Orders   Listings   Marketing   Performance   Payments   Research   Reports

## Manage active listings (3,417)

Search   Summary

Listing sites selected: All

All categories

Item title

Search

Quick filters

Quick filters don't apply to your current search results.

Results: 0

LISTINGS
Active
Unsold
Drafts
Scheduled
Ended

Downloads

Uploads

All listings

Listing templates

Automation preferences

Business policies

169



## Manage active listings (2,314)

**Results: 0**





175









# Seller Hub

Overview   Orders   Listings   Marketing   Performance   Payments   Research   Reports

## Manage active listings (1,208)

21 of your listings are missing the item location ZIP Code
Adding the ZIP Code improves search visibility and increases sales. Add item location ZIP Code

### Search   Summary

Listing sells selected: All

All categories

Item title          contains    naughty santa          All formats (1,208)          All statuses (1,208)

Search          Reset

### Quick filters

Quick filters don't apply to your current search results.

## Results: 0

Edit

Action



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| THE NAUGHTYS LLC | | ) |
|---|---|---|
| | | ) |
| | Plaintiff, | ) |
| | | ) |
| | | ) Case No. 4:21-cv-00492 |
| | v. | ) |
| | | ) Judge Reed C. O' Connor |
| | | ) |
| DOES 1-580 | | ) |
| | | ) |
| | Defendants. | ) |

### Declaration of Fan Yang

I, Fan Yang, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following eBay stores: AtlantaMart2005, xxzfalcon849, and elxytrep (the "Store").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before April 16, 2021. Attached in Exhibit A is evidence that the accused product and the relevant listing are no longer available in the Stores.

1

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 14 items of the accused products for 115.6AUD and 11.84GBP, and the last sale occurred on March 22, 2021.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in September 4, 2018 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Fan Yang
Fan Yang

2

182

# Exhibit A







UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:21-cv-00492 |
| v. | ) | |
| | ) | Judge Reed C. O' Connor |
| | ) | |
| DOES 1-580 | ) | |
| | ) | |
| Defendants. | ) | |

## Declaration of Xiaofeng Cheng

I, Xiaofeng Cheng, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager supervising the operations of the following eBay stores: bigbigshow2012, KansasDeal, GreatSpringfield, watch_deal, gilroy2012, hotdeal320, yishengmall2014, Denver0806, hutrsate51, and ppktjfa8612 (the "Store").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before April 16, 2021. Attached in **Exhibit A** is evidence that the accused product and the relevant listing are no longer available in the

1

Stores.

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 0 items of the accused products for $0.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in June 27, 2011 at the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.

Xiaofeng Cheng

Exhibit A





ebay

**Seller Hub**   greatgaragesale (14,987) 

Overview   Orders   Listings   Marketing   Performance   Payments   Research   Reports

Inventory

# Manage active listings (2,368)

LISTINGS

Active

Unsold

Drafts

Scheduled

Ended

Downloads

Uploads

SETTINGS

Listing Templates

Automation
Preferences

Business Policies

Item Location Zip
Code

^ Search   Summary

Listing titles selected: All

All categories

Item title   contains   naughty kama

Search   Reset

^ Quick filters

Quick filters don't apply to your current search results.

Results: 0

Edit ▾

Actions



Seller Hub

Overview   Orders   Listings   Marketing   Performance   Payments   Research   Reports

## Manage active listings (0)

Seller Hub

Overview   Orders   Listings   Marketing   Performance   Payments   Research   Reports

Manage active listings (883)

^ Quick filters

Results: 0







UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE NAUGHTYS LLC                    )
                                    )
                    Plaintiff,      )
                                    )
                                    )   Case No. 4:21-cv-00492
                    v.              )
                                    )   Judge Reed C. O' Connor
                                    )
DOES 1-580                          )
                                    )
                    Defendants.     )

## Declaration of Xiaochao Liu

I, Xiaochao Liu, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal

   offense involving moral turpitude, and I am fully competent to testify to the matters stated

   herein. I have personal knowledge of every statement made in this Declaration and such

   statements are true and correct.

2. I am a manager supervising the operations of the following eBay store: easyshopping66 (the

   "Store" ).

3. I have access and control of the Store.

4. I confirm that all sales of the accused products in this case have ceased, and the product was

   permanently removed from the Store on April 16, 2021. Attached in Exhibit A is evidence

   that the accused product and the relevant listing are no longer available in the Store.

5. After a diligent search of sale record and to the best of my knowledge, the Store sold 2 items

1

of the accused products for $11.81, and the last sale occurred on December 17, 2021.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained account, including any future income, no matter whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Store as normal and not act to close the Store. The Store was opened in September 11, 2014, and has been in continuous operation. The withdrawal of funds from the account will be limited to the extent that is necessary to operate the Store business as normal.

8. I have never threatened or planned to drain assets from the Store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 12, 2021 in Shenzhen, China.


_Xiaochao Liu_
Xiaochao Liu

# Exhibit A



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE NAUGHTYS LLC )
)
)
Plaintiff, )
)
) Case No. 4:21-cv-00492
v. )
) Judge Reed C. O' Connor
DOES 1-580 )
)
)
Defendants. )

### Declaration of Yingli Li

I, Yingli Li, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully
competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true
and correct.

2. I am a manager supervising the operations of the following Wish stores: yingli520, yangsuiqwe, aishenghejj, Liusaluy, Bakheng, Bismarck,
adriaticgo, ashur80, and montgomery (the "Stores").

3. I have access and control of the Stores.

4. I confirm that all sales of the accused products in this case have ceased, and the product was permanently removed from the Stores on or before
March 11, 2021. Attached in Exhibit A is evidence that the accused product and the relevant listing are no longer available in the Stores.

5. After a diligent search of sale record and to the best of my knowledge, the Stores sold 0 items of the accused products for $0. Attached in Exhibit B is
a complete sale record of the accused product.

6. The asset restraining order has prevented me from withdrawing any funds from the restrained accounts, including any future income, no matter
whether they are related to the sale of accused products, and caused damages to my business. The damages increase each day that I am prevented
from accessing funds needed to operate the business.

7. If the asset restraint is lifted, I will keep operating the Stores as normal and not act to close the Stores. The Stores were opened in October 12, 2015 at
the earliest, and has been in continuous operation. The withdrawal of funds from the accounts will be limited to the extent that is necessary to operate
the Stores business as normal.

8. I have never threatened or planned to drain assets from the Stores.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 13, 2021 in Shenzhen, China.

Yingli Li
Yingli Li

1

# Exhibit A



















Exhibit B

For Merchants
SKUs
All currencies on this page are in CNY
Previous Next
Add Product
Thumbnail
Reject Reason
Product ID
Product Name
Parent SKU
Wishes
Sales
ProductBoost
Returns Enrolled
SKU
Price (CNY ¥)
Enabled
Primary Inventory
Country Shipping Price
Last Updated
Date Uploaded
Removed

For Merchants

aishengheji | English

Home | Products | Orders | Support Tickets | Performance New | Infractions | Notifications | ProductBoost | FBW New | FBS New | Early Payment New | Help New | Account

4 SKUs

Learn about the All-Star Shipper Badge

All currencies on this page are in CNY.

Previous | Next

Download All [STANDARD] (334 rows) CSV | Export CSV (4 rows) | 50 | 1 to 4 SKUs

Search Results For '5fbcbd875d905ea587106468'

Add Product | Review Status: Pending Review, Approved, Rejected | State: Enabled, Disabled, Removed | Badges | Product Id: 5fbcbd875d905ea587106468

| Thumbnail | Reject Reason | Product ID | Product Name | Parent SKU | Wishes | Sales | ProductBoost | Returns Enrolled | SKU | Price (CNY ¥) | Enabled | Primary Inventory | Country Shipping Price | Last Updated | Date Uploaded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  Removed | Counterfeit | 5fbcbd875d905ea587106468 | Naughty Santa Christmas Ornament Stocking Cap Santa Ornament Santa Cute and funny Christmas decoration pendant | 30007697_aishenghejiG_deleted_0d3b3fd8-3de5-46df-bb21-603fe072f1c8 | 0 | 0 | | | U2455782_aishengheji_deleted_0d3b3fd8-3de5-46df-bb21-603fe072f1c8 | 22 | | 2000 | | 04-15-2021 UTC | 11-24-2020 UTC |
| | | | | | | | | | U2455783_aishengheji_deleted_0d3b3fd8-3de5-46df-bb21-603fe072f1c8 | 22 | | 2000 | | | |
| | | | | | | | | | U2455785_aishengheji_deleted_0d3b3fd8-3de5-46df-bb21-603fe072f1c8 | 27 | | 2000 | | | |
| | | | | | | | | | U2455784_aishengheji_deleted_0d3b3fd8-3de5-46df-bb21-603fe072f1c8 | 27 | | 2000 | | | |















