EXHIBIT A

| Doe No. | Marketplace | Store Name | Status | Investigator Comments | Appendix Citation |
|---|---|---|---|---|---|
| 189 | Amazon | Shan-S | Investigated-Inconclusive | This building is a residential building. No one answered / opened the door. No one was seen in the whole building, and no one could be found to ask about the situation for 45mins. | 1-2 |
| 195 | Amazon | DJked | Investigated-Unverified | Company not match<br>Store not here | 3-4 |
| 196 | Amazon | Sauahy #Delivery 10-15 days# | Investigated-Unverified | The whole building is being renovated. There is no company in this building. | 5-6 |
| 204 | Amazon | Makeupstory | Investigated-Unverified | Not Amazon store "Makeupstory"/only found out 402 NOT 402A. She doesn't know "Amazon store "Makeupstory" and ShenzhenshiMumushu JiancaipifaYouxiangongsi. Their company is electronics company. Operativs didn't see the company name. | 7-8 |
| 206 | Amazon | Debouor | Investigated-Unverified | Mr. Wei said YangmeiCUN 25hao 102 is invalid address. | 9-11 |
| 224 | Amazon | Dermanony | Investigated-Unverified | All 3rd floor is Agricultural Bank of China<br>No other company | 11-13 |
| 226 | Amazon | Vdaye | Investigated-Unverified | Company not match<br>Store not here | 14-16 |
| 228 | Amazon | CO CO-US | Investigated-Unverified | Contact not found, no Room 103 in the buiding | N/A |
| 230 | Amazon | limentar | Investigated-Unverified | All 7th floor. 3 rooms are closed | 17-19 |
| 232 | Amazon | milkcha | Investigated-Unverified | There is no Milkcha store in this office. Ms. Zhao said she doesn't know shenzhenshiqunjiajiajuyongpinyouxiangongsi and milkcha. They are not the Amazon store we are looking for. | 20-21 |
| 237 | Amazon | NCG US | Investigated-Unverified | Not NCG US address. This is a rental house for residence. Xiu Hua doesn't know shenzhenshiyongxingwangluokejiyouxiangongsi and NCG US. He said there is no any company in this building. Operative rang the bell of No. 501, no answers. | 22-23 |

EXHIBIT

| 242 | Amazon | Kuerqi | Investigated-Unverified | Contact not found, 7th floor is Wuhan Zhiren measurement and Control Technology Co., Ltd | 24-26 |
|---|---|---|---|---|---|
| 245 | Amazon | mutila | Investigated-Unverified | It's a Snack Bar, closed. Contact not found | 27-28 |
| 249 | Amazon | S5E5X | Investigated-Unverified | Residential Area<br>Contact not found,<br>not aware of ecommerce store | 29-31 |
| 253 | Amazon | bfik`dl | Investigated-Unverified | Company not match<br>Store not here | 32-33 |
| 257 | Amazon | Heitaisi | Investigated-Unverified | Company not match<br>Store not here | 34-35 |
| 261 | Amazon | XiaoRui Office Supplies | Investigated-Unverified | Company not match<br>Store not here | 36-37 |
| 271 | Amazon | Satoni | Investigated-Unverified | Contact not found,<br>Address is a building still under construction, no company in it | 38-40 |
| 275 | Amazon | AmiTF | Investigated-Unverified | The industrial park will be demolished soon, no company in it now | 41-42 |
| 285 | Amazon | IKevan | Investigated-Unverified | Not "Ikevan" Store/there is no room number 906, but 9006. Contact person: Mr. Li said he don't know "Ikevan". Their company is not Amazon store. | 43-44 |
| 287 | Amazon | KHugun | Investigated-Unverified | Mr. Wu said there is no any company in the building.<br>No person in the apartment of Room 204. This building is a residential building. No one answered / opened the door when operative rang the bell of Room 204. | 45-46 |
| 289 | Amazon | Mingyi Department Store | Investigated-Inconclusive | Residential Area<br>Nobody home when visit at 17:30 2021/08/02 | 47-49 |
| 299 | Amazon | Grergina-US Within 7-15 Days | Investigated-Unverified | Company not match<br>Store not here<br>No room 1004 in 10th floor | 50-52 |
| 300 | Amazon | Alonea (SHIP BY AIR 2-17 DAYS FAST DELIVERY) | Investigated-Unverified | They are doing network technology development, 3c products and accessories | 53-55 |

EXHIBIT 1

| 305 | Amazon | Neptunesr | Investigated-Unverified | The Security Mr. Long and a female employee don't allow operative go inside of the building B 202. Mr. Long said there is no any office on the 2nd floor of B building. There was an education services company in the office/202. But they moved away a few months ago. | 56-57 |
|---|---|---|---|---|---|
| 307 | Amazon | TBKOMH（👑2021 Golden Moment: Up to 80% off👑） | Investigated-Unverified | 4th floor is GYM, no ecommerce company | 58-60 |
| 308 | Amazon | Boomsy | Investigated-Unverified | Residential Area<br>Contact not found,<br>no company in this buidling | 61-63 |
| 309 | Amazon | CUWFQ | Investigated-Unverified | There is No 109 room in the Xingqiang building/(Xingqiang dasha). There is only 1 hotel/Kyriad in Xingqiang Building. Security Mr. Ma said the hotel is quarantine hotel for COVID-19. Operatives can not get into the hotel. He doesn't know Amazon store "CUWFQ" | 64-65 |
| 313 | Amazon | much MUCHYOU 💥 90% Discount Cyber Monday 💥Direct | Investigated-Unverified | Contact name match,<br>they didn't operate any store on Amazon | 66-67 |
| 314 | Amazon | ✿derenzide✿ | Investigated-Unverified | It's hotel here, No ecommerce company in this hotel | 68-70 |
| 315 | Amazon | WOMENQAQ(ship US 7-15 days) | Investigated-Inconclusive | Door closed, people in it don't willing to share any info | 71-72 |
| 329 | Amazon | SunShineBiBe | Investigated-Unverified | Invalid address, no office on the first floor. The security, Mr. Zhou said there is no office in the first floor. There is no room 102. | 73-74 |

EXHIBIT 1

| 333 | Amazon | SurgicaL | Investigated-Unverified | No Amazon store "SurgicaL" He said there is only company name in the "xinxulonggongyequ"/Xinxulong industrial park: Creat Power Technology company. "xinxulonggongyequ" is locate at No. 331, Guiyue Road. We didn't find out the name of "xinxulonggongyequ". But we confirmed with Mr. Ma this is "Xinxulong industrial park". We also searched online that No. 331, Guiyue Road is Xinxulong industrial park. Mr. Ma doesn't know Amazon store "SurgicaL and shenzhenshi nuolin YUNshu YOUXIANGONGSI | 75-77 |
| 335 | Amazon | ZEFOTIM Big Promotion!!! | Investigated-Unverified | Residential Area Contact not found, not aware of ecommerce store | 78-79 |
| 337 | Amazon | ANKEEN | Investigated-Inconclusive | Residential Area Nobody home when visit at 17:50 2021/08/02 | 80-82 |
| 342 | Amazon | PIKAqiu33 | Investigated-Unverified | Contact not found | 83-84 |
| 347 | Amazon | Crowing tribe | Investigated-Unverified | The business name matches but is not an Ecommerce store. Miss Xu, Beautician, Don't know the info of Ecommerce store but the name of the salon is Crowing Tribe | 85 |
| 351 | Amazon | 🎄Merry Christmas~🎄🎉Shotbow | Investigated-Inconclusive | Residential Area Nobody home when visit at 13:50 2021/08/02 | 86-88 |
| 356 | Amazon | AW-US | Investigated-Unverified | No Block 7 in this park, no this company in this park | 89-90 |
| 360 | Amazon | iFOMO | Investigated-Unverified | There are 2 offices on the 8 floor. None of office is iFOMO office. Contact people don't know iFOMO and Shenzhenshi Kanuoyi Kejiyouxiangongsi. | 91-93 |
| 365 | Amazon | Aunavey | Investigated-Unverified | The address is an electronic store. This is a shopping mall selling electrical appliances. Operative asked people inside, nobody knows Pixie and Aunavey. | 94-95 |

EXHIBIT

| 366 | Amazon | minge-qin | Investigated-Unverified | The door is closed at 10am Monday. Operatives knocked at the door, nobody opened. According to Property Management system records, there is no company in the address/C building 1517 room. | |
|---|---|---|---|---|---|
| 367 | Amazon | GREFER | Investigated-Unverified | No Room 804 in 8 floor, contact not found | 96-97<br>98-100 |
| 369 | Amazon | Emenx | Investigated-Unverified | Address cannot be found | N/A |
| 391 | eBay | atlantamart2005 | Investigated-Inconclusive | Contact work here, But not in, can't confirm store info | 101-103 |
| 395 | eBay | bigbigshow2012 | Investigated-Unverified | The tenant's surname is Zhang, nobody home when visit. 15:30 2021/08/02 | 104-105 |
| 396 | eBay | bodhi1998 | Investigated-Unverified | Contact not found | 106-107 |
| 399 | eBay | bigbigshow2012 | Investigated-Unverified | The tenant's surname is Zhang, nobody home when visit. 15:30 2021/08/02 | 108-109 |
| 406 | eBay | denver0806 | -Investigated-Verified | Ms. Li said "denver0806" is their company store. Contact person 贾冬娥 is the boss of denver0806 and their company "Bluelans network". | 110-111 |
| 411 | eBay | e1xytrep | Investigated-Unverified | There are no companies in 601 The office has been emptied. | 112-113 |
| 420 | eBay | gangti_66 | Investigated-Unverified | Invalid address,no office on the first floor. Ms. Zhou said there is no office in the first floor. There is no room 109. He doesn't know 刚宁 李. | 114-115 |
| 424 | eBay | goodshop_268 | Investigated-Unverified | Residential Area Contact don't live here, not aware of ecommerce store | 116-118 |
| 435 | eBay | hufe-4567 | Investigated-Unverified | Only 5 floor in this building, No Room 1917, contact not found | 119-120 |
| 460 | eBay | nannouth | Investigated-Unverified | Contact don't work here | 121-123 |
| 474 | eBay | rockfoilcrabbh | Investigated-Unverified | Contact don't work here | 124-125 |
| 484 | eBay | sunshinetrees | Investigated-Unverified | Residential area Contact don't live here | 126-127 |
| 486 | eBay | szbhkei12 | Investigated-Unverified | Contact don't work here | 128-129 |

EXHIBIT 6

| 502 | eBay | weiqi9586 | Investigated-Unverified | No Room 2208 in 22th floor, contact not found | 130-131 |
|---|---|---|---|---|---|
| 514 | eBay | yinl_9025 | Investigated-Unverified | No Room 1307 in this building, Contact not foor | 132-134 |
| 533 | Wish | Adriaticgo | Investigated-Unverified | Contact not found, No Room 612 in 6th floor | 135-137 |
| 540 | Wish | sikefandianzi | Investigated-Unverified | Address can't find | N/A |
| 542 | Wish | get your save | Investigated-Unverified | Contact not found | 138-139 |
| 553 | Wish | robothome | Investigated-Unverified | 1st floor is workshop, no room 101, contact not found | 140-141 |

EXHIBIT

## [Seller # 189]

**Ecommerce Store Name:**

Shan–S

**Address:**

bujijiedao JIN PAI SHE QU fengweixincun 78DONG1LOU102

shenzhenshi LONG GANG QU

GuangDong

518114

CNCN

**Contact Name:**

shenzhenshiQI WAN MO kejiyouxiangongsi

**Photos:**



EXHIBIT 6



EXHIBIT 1

## [Seller # 195]

**Ecommerce Store Name:**
DJked
<u>They don't know this store</u>
**Address:**
TianhequLongkoudonglu129hao1508fang
GuangZhoushi
Guangdong
510000
CN


**Contact Name:**
GuangZhouxunfuQicheyongpinYouxiangongsi
<u>Contact not found, only 1 company in 15th floor is Guangzhou Eton Trading Co.,Ltd</u>
**Photos:**



EXHIBIT 8











EXHIBIT 8

## [Seller # 196]

**Ecommerce Store Name:**

Sauahy

**Address:**

ruyilu492haojinqiudasha401
longgangqulongchengjiedaoailianshequ
shenzhenshi
guangdongsheng
518172
CN

**Contact Name:**

ShenZhenShiBeiNuoSenDianZiYouXianGongSi

**Photos:**

 

EXHIBIT 3



EXHIBIT 8

## [Seller # 204]

**Ecommerce Store Name:**

Makeupstory

**Address:**

1970Wenhuachuangyi ChanyeyuanAdong402A LonghuaquMinzhijiedao
Shenzhenshi
guagndongsheng
518131
CN

**Contact Name:**

Contact person: Nancy, sales

**Photos:**



EXHIBIT 8





EXHIBIT 8

# [Seller # 206]

**Ecommerce Store Name:**
Debouor

**Address:**
Longgangquban TianjiedaoYANGMEISHEQU

YangmeiCUN 25hao 102

ShenzhenSHI

GuangDONGSheng

518129

CN

**Contact Name:**
ShenzhenshixinhuangyudianziSHANGWUYOUXIANGONGSI

**Photos:**



EXHIBIT 8



EXHIBIT 6

## [Seller # 224]

**Ecommerce Store Name:**
Dermanony

**Address:**
Hantangdasha 318
Shahejiedao Xinglongjie
Shenzhenshi Nanshanqu
Guang Dong
518053
CN

**Contact Name:**
Shenzhenshi Yeruimaoyi Youxian Gongsi
Only 1 company in 3rd floor is Agricultural Bank of China
**Photos:**



EXHIBIT 8







EXHIBIT 8

## [Seller # 226]

**Ecommerce Store Name:**
Vdaye

**Address:**
shenzhenshinanshanqunanshanjiedao
gaoxinkejiyuanhouhaidadao2388hao yihuajinrongkejidasha13ceng
shenzhenshi
guangdongsheng
518055
CN

**Contact Name:**
zhongketai（shenzhen）shiyeyouxiangongsi
<u>Contact not found, no company operate Amazon store in this floor</u>

**Photos:**







## [Seller # 230]

**Ecommerce Store Name:**
limentar

**Address:**
luohuquguiyuanjiedaohonglingzhonglu
2118haojianshejituandashaAzuo702-703
shenzhenshi
guangdongsheng
518001
CN

**Contact Name:**
shenzhenshi xinyankeji youxiangongsi
Contact not found, Room 702-703 is empty, no company in 7th floor

**Photos:**



EXHIBIT 8



EXHIBIT 8



## [Seller # 232]

**Ecommerce Store Name:**

Milkcha

**Address:**

LongGangquJiHuajiedaoShuiJingshequ
JiHualu242haozhongnanmingzhudaxia801
ShenZhenshi
Guangdongsheng
518112
CN

**Contact Name:**

shenzhenshiqunjiajiajuyongpinyouxiangongsi

**Photos:**







## [Seller # 237]

**Ecommerce Store Name:**
NCG US

**Address:**
xiangjiaotangshequxuexianghuayuanxincun41dong501
bantianjiedao
shenzhenshi
longgangqu
518116
CN/

**Contact Name:**
shenzhenshiyongxingwangluokejiyouxiangongsi

**Photos:**



EXHIBIT 8



EXHIBIT 8

## [Seller #242 ]

**Ecommerce Store Name:**
Kuerqi

**Address:**
donghuxinJISHUkaifaquBINHULU26hao
SAGEjishuyanFAZHONGXIN2dong7ceng02shi-8
WUHANSHI
HUBEISHENG
430223
CN

**Contact Name:**
WuhanLiYuZHUANGshiYOUxiangongSI
<u>Contact not found, 7th floor is Wuhan Zhiren measurement and Control Technology Co., Ltd</u>

**Photos:**



EXHIBIT O







## [Seller # 245]

**Ecommerce Store Name:**
mutila

**Address:**
luohuquguiyuanjiedaoguimuyuanshequ
guiyuanlu3haohongweijie4-1hao
shenzhenshi
guangdongsheng
518001
CN

**Contact Name:**
Shenzhenshi Tianyunyouyang Shangmaoyouxiangongsi
<u>Contact not found, it's a snack bar, closed</u>

**Photos:**



EXHIBIT 8



EXHIBIT 8

# [Seller # 249]

**Ecommerce Store Name:**
S5E5X

**Address:**
LONG CHENG JIE DAO BAO LI SHANG CHENG 6DONG 1005
SHEN ZHEN SHI LONG GANG QU
GUANG DONG
518172
CN

**Contact Name:**
SHENZHEN SHI QUAN FANG WEI DIAN ZI YOUXIAN GONG SI
<u>Residential Area, Contact not found, not aware of ecommerce store</u>

**Photos:**



App. 29

EXHIBIT 8





# [Seller #253]

**Ecommerce Store Name:**
bfik`dl

**Address:**
nantoujiedaohonghuayuanshequnanshandadao2329xinhaidasha16G
shenzhenshinanshanqu
Guangdong
518056
CN

**Contact Name:**
shenzhenshi FEI LIAN JIA FANG YOU XIAN GONG SI
Contact not found, 16G is company HONSY, no amazon store operated

**Photos:**





EXHIBIT 9

## [Seller # 257]

**Ecommerce Store Name:**
Heitaisi

**Address:**
Donghuxinjishukaifaqu Shendunyilu199hao Bangonglou 4ceng411h
Wuhanshi
Hubeisheng
430000
CN

**Contact Name:**
Wuhan Hexinxitai Dianzishangwu Youxiangongsi
Contact not found, no ecommerce store operated, factory area, not allowed to visit

**Photos:**







## [Seller # 261]

**Ecommerce Store Name:**
XiaoRui Office Supplies

**Address:**
henanshengzhengzhoushizhengdongxinqushangdulu22hao
zhengdongjiancaijiajuchengC4haolou1-3ceng15hao
zhengzhou
henan
450000
CN

**Contact Name:**
henanzhuozhongzhizhongfangshuigongchengyouxiangong
Contact not found, company name not match, no ecommerce store operated

**Photos:**





EXHIBIT 8

# [Seller #271 ]

**Ecommerce Store Name:**
Satoni

**Address:**
WUHANSHI JIANGXIAQU
DAQIAOXINQUBANSHICHU YUMUCUN JUCHENGYIJIANGDASHA ADANYUAN 26
wuhanshi
hubeisheng
430060
CN

**Contact Name:**
WUHANJIUTAICHANGZUANYOUXIANGONGSI
<u>Contact not found, JUCHENGYIJIANGDASHA is still under constuction</u>

**Photos:**







EXHIBIT 10



EXHIBIT G

## [Seller #275 ]

**Ecommerce Store Name:**
AmiTF

**Address:**
longhuaqudalangjiedao tongshengshequ SHANGheng
langgongyequbaifuligongyeyuan changfang C DONG2CENG
Shenzhenshi
Guang Dong
518100
CN

**Contact Name:**
Shenzhenshi yueqiXING kejiyouxiangongsi
Contact not found, factory area already shut down, park name been removed, no
company in it

**Photos:**



EXHIBIT 8



EXHIBIT 8

## [Seller # 285]

**Ecommerce Store Name:**

IKevan

**Address:**

Longhua Xinqu Minzhi Dadao Xiangrong Shangwu Dasha 906
Longhuaxinqu
ShenZhen
Guang Dong
518100
CN

**Contact Name:**

Mr. Li, owner

**Photos:**



EXHIBIT 70



EXHIBIT D

## [Seller # 287]

**Ecommerce Store Name:**

KHugun

**Address:**

longgangqubantianjiedaoyangmeishequ

wangtang10xiang19hao204

shenzhenshi

guangdongsheng

518129

CN

**Contact Name:**

Shenzhenshihejiaxingjiajuyouxiangongsi

**Photos:**

 

EXHIBIT 8



EXHIBIT 8

## [Seller #289 ]

**Ecommerce Store Name:**
Mingyi Department Store

**Address:**
No. 904, Unit 3, Building 19, No. 634, Zhongzhou Avenue
Zhengzhou City
Jinshui District
Henan Province
450000
CN

**Contact Name:**
zhengzhoushijinshuiqumingyibaihuodian
Unverified, nobody home when visit

**Photos:**



EXHIBIT O



EXHIBIT 8



EXHIBIT 8

## [Seller #299 ]

**Ecommerce Store Name:**
Grergina-US Within 7-15 Days

**Address:**
ZhaoShangJieDaoYanShanSheQuNanHaiDaDao1069HaoLianHeDaSha1004
ShenZhenShiNanShanQu
GuangDongSheng
518000
CN

**Contact Name:**
ShenZhenShiShanYuChengKeJiYouXianGongSi
<u>Contact not found, no ecommerce store operated, no room 1004 in 10th floor</u>

**Photos:**



EXHIBIT O



EXHIBIT 8





EXHIBIT 8

## [Seller # 300 ]

**Ecommerce Store Name:  Shenzhen Kaya Network Technology**

**Address:** Longgang Qu Bantian Bulonglu Wangang Dasha 6 Lou Shenzhen Shi GuangDong 518100 CN

**Contact Name: He don't want to share his name but they are doing network technology development, 3c products and accessories**

**Photos:**



Outside view of the commercial buildings

EXHIBIT 8



Company entrance Area

EXHIBIT 8



Workspace area of the company (Due to Covid, they don't allow us to enter there)

EXHIBIT 2

## [Seller # 305]

**Ecommerce Store Name:**

Neptunesr

**Address:**

guang dong sheng shen zhen
long gang qu heng gang jie dao fu kang lu 101 hao B dong 202
shen zhen
guang dong sheng
518115
CN

**Contact Name:**

shenzhenshihaishenshijishiyeyouxiangongsi

**Photos:**



EXHIBIT 6






EXHIBIT 8

## [Seller #307 ]

**Ecommerce Store Name:**
TBKOMH（?2021 Golden Moment: Up to 80% off?)

**Address:**
kejiyuanlu12haorongfengdasha401
longgangqu nanwanjiedao xialilangshequ
shenzhenshi
guangdongsheng
518114
CN

**Contact Name:**
shenzhenshi qidi dianzishangwu youxiangongsi
No contact found, 4th is Gym club, no other company

**Photos:**



EXHIBIT 8



EXHIBIT 8



EXHIBIT 8

# [Seller #308 ]

**Ecommerce Store Name:**
Boomsy

**Address:**
kunshanxilu148-8hao
huangguqu
shenyangshi
liaoningsheng
110000
CN

**Contact Name:**
shenyanghaojianzhucailiaoyouxiangongsi
<u>No contact found, no company or people in 148-8hao</u>

**Photos:**



EXHIBIT 8





## [Seller # 309]

**Ecommerce Store Name:**
CUWFQ

**Address:**
longhuaqu
dalangjiedaogaofengshequxingqiangdasha109
shenzhenshi
guangdongsheng
518110
CN

**Contact Name:**
Contact person: Mr. Ma Security

**Photos:**





## [Seller #313 ]

**Ecommerce Store Name:**
much MUCHYOU ?? 90% Discount Cyber Monday??Direct

**Address:**
LONGGANGQU nanwanjiedao
xiayuanlu22haoAdong3lou
SHENZHENSHI
guangdong
518114
CN

**Contact Name:**
SHENZHENSHI JIEXIJIA FUZHUANGYOUXIAN GONGSI
<u>Contact name match, no store operated</u>

**Photos:**



EXHIBIT 8



EXHIBIT 8

## [Seller #314 ]

**Ecommerce Store Name:**
?derenzide?

**Address:**
DongQu108HaoHongTaiDaSha1301
ZhangGeLaoCunZhangGeSheQuFuChengJieDaoLongHuaQu
ShenZhenShi
GuangDongSheng
518000
CN

**Contact Name:**
ShenZhenShiFengZhiMinDianZiShangWuYouXianGongSi
No contact found, address is hotel, no ecommerce company in the hotel

**Photos:**



EXHIBIT 10



EXHIBIT 8



## [Seller # 315]

**Ecommerce Store Name:**
WOMENQAQ(ship US 7-15 days)
Not operating a Amazon store
**Address:**
fushanshequcaitianlu2048haofujiandashaAzuo606
FUTIANQUFUTIANJIEDAO
SHENZHENshi
GUANGDONGsheng
518016
CN

**Contact Name:**
shenzhenSHIWANJIUwanjuyouxianGONGSI
Not the company above, no company name, door closed, people in it not willing to
share any info about company

**Photos:**

  



## [Seller # 329]

**Ecommerce Store Name:**

SunShineBiBe

**Address:**

longhuaqulonghuajiedao yousonglufukangkejidashayilou102

shenzhenshi

guangdong

518109

**Contact Name:**

Mr. Zhou, Security of the building The security

**Photos:**



EXHIBIT O



EXHIBIT 8

## [Seller # 333]

**Ecommerce Store Name:**

SurgicaL

**Address:**

GUANLANJIEDAO kukengcunxinxulonggongyequ Bdong 1102hao
SHENZHENSHI LONGHUAQU
guangdong
518100
CN

**Contact Name:**

Mr. Ma, staff at the guard'room

**Photos:**



EXHIBIT 8







EXHIBIT 8

## [Seller #335 ]

**Ecommerce Store Name:**
ZEFOTIM Big Promotion!!!

**Address:**
nanhaidadao 2616hao yuehaidasha A-3C
nanshanqu yuehaijiedao chuangyelushequ
shenzhenshi
guangdongsheng
518054
CN

**Contact Name:**
shenzhenshifeinizhekejiyouxiangongsi - Zhang Zhe
<u>Residential Area, Contact not found, not aware of ecommerce store</u>

**Photos:**



EXHIBIT 8



EXHIBIT 8

## [Seller # 337]

**Ecommerce Store Name:**
ANKEEN

**Address:**
Room 901, Unit 1, Building 3, No. 80, Qianjin Road,
Zhengzhou City
Zhongyuan District
Henan Province
450000
CN

**Contact Name:**
zhengzhousitaikeshangmaoyouxiangongsi
Unverified, Residential Area, nobody home when visit

**Photos:**



EXHIBIT 6



EXHIBIT 8





## [Seller #342 ]

**Ecommerce Store Name:**
PIKAqiu33

**Address:**
  nanhaidadaoxiguimiaolu beiyangguanghuayidasha1dong4lou4E01
  shen zhenshi nanshanqunanshanjiedao
  guangdong
  518054
  CN

**Contact Name:**
Shenzhenshi Huashizhinengshibiejishu youxian gongs
No contact found

**Photos:**



EXHIBIT 8



## [Seller # 347]

**Ecommerce Store Name:**
Crowing tribe
<u>Beautician in the store don't know the info of Amazon Ecommerce store</u>
**Address:**
   Lian Chi Qu Long Chang Lu 65 Hao
   Bao Ding Shi
   He Bei Sheng
   071000
   CN


**Contact Name:**
Bao Ding Shi Lian Chi Qu Jia Ye Mei Rong Yuan


**Photos:**



EXHIBIT 8

## [Seller # 351]

**Ecommerce Store Name:**
??Merry Christmas~????Shotbow ??

**Address:**
  wuhan DONGHU xinjishu KAIFAQURUANJIAN yuan 10hao
qingjiangshanshui8dong18ceng03shi
wuhanshi
hubeisheng
430223
CN


**Contact Name:**
WUHANhanyiyigeKEkejiyouxiangongsi
<u>Unverified, Residential Area, nobody home when visit</u>

**Photos:**





EXHIBIT 8



## [Seller #356 ]

**Ecommerce Store Name:**
AW-US

**Address:**
longhuaqufu cheng jie daozhang geshequ tangqiangong yequ
1 hao zhong zhi chuang yichan ye yuan 7 dong603
shen zhen shi
guang dong
518109
CN

**Contact Name:**
SHENZHENSHIMENG MIN JINGPIN YOUXIANGONGSI
<u>Contact not found, no block 7 in this park</u>

**Photos:**



EXHIBIT 8



## [Seller # 360]

**Ecommerce Store Name:**

iFOMO

**Address:**

Longhuaxinqu Longhuajiedao Yousonglu Fukangkejidasha 8lou

Shenzhen

Guangdong

518109

CN

**Contact Name:**

Mr. Li.  Designer of Tenveo and
Lisa from icarom.

**Photos:**









EXHIBIT 6

## [Seller # 365]

**Ecommerce Store Name:**
Aunavey

**Address:**
No.75 Guanlan Street on Guanlan Avenue
Longhua District
Shenzhen
GuangDong
518110
CN

**Contact Name:**
Pixie

**Photos:**



EXHIBIT 6



EXHIBIT 8

# [Seller # 366]

## Ecommerce Store Name:
minge-qin

## Address:
longgangqu pinghujiedao xinmu shequ
xinmulu 321-3 hao xinmu banli dasha C zuo 1517
shenzhenshi
guangdongsheng
518111
CN

## Contact Name:
shenzhen shi xin di wanju youxian gongsi

## Photos:





EXHIBIT 8

# [Seller # 367]

**Ecommerce Store Name:**
GREFER

**Address:**
LongHuaQu YouSongLu FuKangKeJiDaSha 8Lou AQu 4Shi
ShenZhen
GuangDong
518109
CN

**Contact Name:**
ShenzhenshiGaoBaTianKeJiYouXianGongSi

**Photos:**











EXHIBIT 8

## [Seller #391 ]

**Ecommerce Store Name:**
atlantamart2005

**Address:**
深圳市龙岗区坂田街道五和社区光雅园工业园一区 2 号厂房二楼、三楼

Shenzhen
广东省
518000
China

**Contact Name:**
楊帆
Contact work here, But not at the place, can't confirm store info

**Photos:**



EXHIBIT 8







EXHIBIT 8

# [Seller #395 ]

**Ecommerce Store Name:**
bigbigshow2012

**Address:**
深圳市南山区南山街道南海大道西桂庙路北阳光华艺大厦 1 栋 6BC-17

Shenzhen
广东省
518000
China

**Contact Name:**
晓峰 程
The tenant's surname is Zhang, nobody home when visit.

**Photos:**



EXHIBIT 8



EXHIBIT

## [Seller #396 ]

**Ecommerce Store Name:**
bodhi1998

**Address:**
Longgangquwuheshequguangyayuangongyequyiqu2haolouerlouBfengeti

Shenzhen
广东省
518000
China

**Contact Name:**
YUCHUN CHEN
<u>Contact not found, no work in this place</u>

**Photos:**





EXHIBIT 4

# [Seller #399]

**Ecommerce Store Name:**
bigbigshow2012

**Address:**
深圳市南山区南山街道南海大道西桂庙路北阳光华艺大厦 1 栋 6BC-17

Shenzhen
广东省
518000
China

**Contact Name:**
萍 陈
The tenant's surname is Zhang, nobody home when visit.

**Photos:**



EXHIBIT 4



EXHIBIT

# [Seller # 406]

**Ecommerce Store Name:**
denver0806

**Address:**
深圳市龙岗区坂田街道五和社区光雅园工业园一区2号厂房二楼,三楼

深圳
Unknown
518000
China

**Contact Name:**
冬娥 贾

**Photos:**

 





# [Seller # 411]

**Ecommerce Store Name:**

e1xytrep

**Address:**

龙岗区龙城街道龙城中路14号维百盛大厦601-A02
深圳市
广东省
518116
China

**Contact Name:**

庆 周

**Photos:**



EXHIBIT



EXHIBIT 8

# [Seller # 420]

**Ecommerce Store Name:**

gangti_66

**Address:**

深圳市龙华区龙华街道油松路富康科技大厦一楼109

深圳市

广东省

518109

China

**Contact Name:**

Mr. Zhou, Security of the building The security

**Photos:**



EXHIBIT 8



## [Seller #424 ]

**Ecommerce Store Name:**
goodshop_268

**Address:**
Rm707 19Dong,Fengrunhuayuan,Renminbeilu,Longhuazhen

Shenzhen, Guangdong
广东省
518109
China

**Contact Name:**
进瑜 李
<u>Residential Area, Contact don't live here, not aware of ecommerce store</u>

**Photos:**



EXHIBIT 9



EXHIBIT 6



## [Seller #435 ]

**Ecommerce Store Name:**
hufe-4567

**Address:**
广州市越秀区水荫路 115 号 1917 房

广州市
广东省
510075
China

**Contact Name:**
芬菲 胡
Contact not found, no 19th floor in this building, it's a 5 floor building

**Photos:**





EXHIBIT

# [Seller #460 ]

**Ecommerce Store Name:**
nannouth

**Address:**
深圳市南山区南山街道东滨路濠盛商务中心 7 楼 703-1

深圳市
广东省
518000
China

**Contact Name:**
林 易
Contact not found, not work here

**Photos:**



EXHIBIT 6





EXHIBIT 3

## [Seller # 474]

**Ecommerce Store Name:**
rockfoilcrabbh

**Address:**
深圳市福田区福田街道深南中路 3039 号国际文化大厦 2303B

深圳市
广东省
518000
China

**Contact Name:**
杰 王

**Photos:**



EXHIBIT 8



EXHIBIT G

## [Seller #484 ]

**Ecommerce Store Name:**
sunshinetrees

**Address:**
福田区福中路 318 号黄埔雅苑逸悠园 6 栋 17D

深圳市
广东省
518048
China

**Contact Name:**
祥东 吴
Contact not found, contact not live here

**Photos:**





# [Seller # 486]

**Ecommerce Store Name:**
szbhkei12

**Address:**
深圳市福田区福田街道深南中路 3039 号国际文化大厦 2303B

深圳市
广东省
518000
China

**Contact Name:**
杰 王

**Photos:**



EXHIBIT 6



## [Seller #502 ]

**Ecommerce Store Name:**
weiqi9586

**Address:**
广州市越秀区法政路 61 号 2208 房

广州市
广东省
广东省
China

**Contact Name:**
伟强 洪
Contact not found, no room 2208 in the building, only 2201-2205

**Photos:**







## [Seller #514 ]

**Ecommerce Store Name:**
yinl_9025

**Address:**
越秀区环市东路 472 号 1307 房

广州市
广东省
广东省
China

**Contact Name:**
胡 印沥
<u>Contact not found, no room 1307 in the building</u>

**Photos:**





EXHIBIT 8



**[Seller #533 ]**

**Ecommerce Store Name:**
Adriaticgo

**Address:**
6th Floor, 612 East Road, Luohu District, Shenzhen, Sun Gang 3012 people in Times
Square,
Shenzhen,
Guangdong Province,
518000,
China

**Contact Name:**
琳 任
Contact not found, contact not work here, no room 612 in 6th floor, no ecommerce store
operated

**Photos:**







EXHIBIT 6

## [Seller #542 ]

**Ecommerce Store Name:**
get your save

**Address:**
8th Floor Longhua District Longhua Town, Chinese Pine Road, Beverly Science and
Technology Building,
Shenzhen,
Guangdong Province,
518109,
China

**Contact Name:**
清林 王
Contact not found in 8th floor

**Photos:**



EXHIBIT 6







## [Seller #553 ]

**Ecommerce Store Name:**
robothome

**Address:**
深圳市龙华新区大浪街道工业路正欣科技工业园一楼 101 室,
深圳市,
广东省,
518000,
CN

**Contact Name:**
飞扬 温
<u>1st floor is workshop, no room 101, contact not found</u>

**Photos:**



