UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-580<br><br>    Defendants | Civil Action No. 4:21-CV-00492-O |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Naughtys LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 192: USA FAST SHIPMENT (7-10 DAYS) – Alsolike Direct, (Amazon Merchant ID A13LBU53T5DNN2)

- DOE 217: Fortantoz, (Amazon Merchant ID A1PLVNPHZ8SGW)

- DOE 224: Dermanony, (Amazon Merchant ID A1UUJB9KUW0IIF)

- DOE 234: Ourona, (Amazon Merchant ID A1YQRCTLLOTJUA)

- DOE 236: 🚀MANDIY🚀 7-15 day Delivery🚀, (Amazon Merchant ID A1ZYV4RGN5VRSH)

- DOE 240: Beuttiful, (Amazon Merchant ID A2134N6J9K3RTZ)

- DOE 259: Mcengwui, (Amazon Merchant ID A2DZ7P6YFNR9QW)

- DOE 267: Arystk, (Amazon Merchant ID A2II7TCRITMOY3)

- DOE 281: Wohan45-US SHIPPING, (Amazon Merchant ID A2OSOUUXS2A0JC)

- DOE 315: WOMENQAQ(ship US 7-15 days), (Amazon Merchant ID A3AHC4MYIU8LGV)

- DOE 316: LAODIA, (Amazon Merchant ID A3AKP75IXYEA24)

- <u>DOE 360:</u> iFOMO, (Amazon Merchant ID AJN5J7HU3AQ23)

- <u>DOE 439:</u> jihemei_2, (eBay Merchant ID 2083326542)

- <u>DOE 525:</u> trendymall, (Wish Merchant ID 55e65ac6f09cc444e8ab3c3c)

- <u>DOE 541:</u> huibaikeji, (Wish Merchant ID 57e5d855d30d8048e218fc98)

- <u>DOE 556:</u> beautymirror, (Wish Merchant ID 58f7184f509aa411c3f800b6)

- <u>DOE 558:</u> honour house, (Wish Merchant ID 593e481225c4f55bb7e4a54e)

Dated: August 5, 2021

Respectfully Submitted,

**CREEDON PLLC**

By: <u>/s/ Charles A. Wallace</u>
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, TX 75034
Tel.    972.850.6864
Fax    972.920.3290
jhcreedon@creedon.com
cwallace@creedon.com

**ATTORNEYS FOR PLAINTIFF
THE NAUGHTYS LLC**

### CERTIFICATE OF SERVICE

I certify that on August 5, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

<u>/s/ Charles A. Wallace</u>
Charles A. Wallace