UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>DOES 1-580<br><br>　　　Defendants | Civil Action No. 4:21-CV-00492-O |

**APPENDIX TO PLAINTIFF'S RENEWED**
**MOTION FOR ALTERNATIVE SERVICE OF PROCESS**

EXHIBIT 1 – Chart of 376 Defendants for Whom Physical Addresses are Unknown..............2-49

EXHIBIT 2 – Declaration of Charles A. Wallace.........................................................................50

EXHIBIT 3 – Declaration of Cynthia Dee Reichert.................................................................51-52