UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-580<br><br>    Defendants | Civil Action No. 4:21-CV-00492-O |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Naughtys LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 54: Worth Choosing Dropshipping Store, (AliExpress Merchant ID cn1522609559uger)
- DOE 58: Newlife world Store, (AliExpress Merchant ID cn1523692164fviv)
- DOE 62: Shop4438009 Store, (AliExpress Merchant ID cn1524342228ytuo)
- DOE 80: Trendy commodity Store, (AliExpress Merchant ID cn1526761527iexx)
- DOE 84: HaiMie Store, (AliExpress Merchant ID cn1526931393smre)
- DOE 89: Boutique storage Store, (AliExpress Merchant ID cn1526914435muse)
- DOE 93: House 123 Store, (AliExpress Merchant ID cn1527223827kipe)
- DOE 99: TDZ Life Store, (AliExpress Merchant ID cn1527833274feyi)
- DOE 107: THE WORTH LIFE Store, (AliExpress Merchant ID cn1528179559zdqn)
- DOE 108: YaYa Ya Store, (AliExpress Merchant ID cn1528225350kiwc)
- DOE 111: AI-HOME Store, (AliExpress Merchant ID cn1527826172mhqi)
- DOE 133: DioorHome Store, (AliExpress Merchant ID cn1529309849vfrt)

- DOE 137: SHYHOME Store, (AliExpress Merchant ID cn1529342934ummv)
- DOE 167: Shop910547161 Store, (AliExpress Merchant ID cn1533839509uaod)
- DOE 171: Shop910673020 Store, (AliExpress Merchant ID cn1533801184mwta)
- DOE 178: Shop911053124 Store, (AliExpress Merchant ID cn1533787166mubb)
- DOE 186: Shop911388093 Store, (AliExpress Merchant ID cn1538632088vjhv)
- DOE 228: CO CO-US, (Amazon Merchant ID A1W5KL4IQSIBZ4)
- DOE 249: S5E5X, (Amazon Merchant ID A264V8PHSDLG81)
- DOE 285: lKevan, (Amazon Merchant ID A2PNVJLXEFHG1V)
- DOE 333: SurgicaL, (Amazon Merchant ID A3QPGQWLCIBGAR)
- DOE 399: chenpi-49, (eBay Merchant ID 2003566513)
- DOE 420: gangti_66, (eBay Merchant ID 1790688252)
- DOE 424: goodshop_268, (eBay Merchant ID 1004338309)
- DOE 430: hewanz43, (eBay Merchant ID 1962377725)
- DOE 431: high_8875, (eBay Merchant ID 2129501009)
- DOE 465: onfineshop, (eBay Merchant ID 1050640452)
- DOE 502: weiqi9586, (eBay Merchant ID 1826975021)
- DOE 503: weiweipay-9, (eBay Merchant ID 1634801733)
- DOE 506: wwgo8, (eBay Merchant ID 1000600428)
- DOE 507: xiuru_14, (eBay Merchant ID 1932002024)
- DOE 510: xuxu_1229, (eBay Merchant ID 1824125915)
- DOE 512: ycy_168, (eBay Merchant ID 1837966647)
- DOE 514: yinl_9025, (eBay Merchant ID 1831064709)
- DOE 518: zhangmall, (eBay Merchant ID 2104362978)

Dated: September 9, 2021                    Respectfully Submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, TX 75034
Tel.    972.850.6864
Fax    972.920.3290
jhcreedon@creedon.com
cwallace@creedon.com

**ATTORNEYS FOR PLAINTIFF
THE NAUGHTYS LLC**

## CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

*/s/ Charles A. Wallace*
Charles A. Wallace