**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

THE NAUGHTYS LLC

    Plaintiff,

v.

DOES 1-580

    Defendants

Civil Action No. 4:21-CV-00492-O

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Naughtys LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- **DOE 189:** Shan-S, (Amazon Merchant ID 17562833402)

- **DOE 206:** Debouor, (Amazon Merchant ID 194031248802)

- **DOE 221:** Mariee, (Amazon Merchant ID 191922623302)

- **DOE 238:** chenJBO (Halloween clearance&Christmas clearance ), (Amazon Merchant ID 43329072602)

- **DOE 250:** xatos, (Amazon Merchant ID A2680OJ8Z1U4L1)

- **DOE 390:** atlanta1816, (eBay Merchant ID 1730224337)

- **DOE 391:** atlantamart2005, (eBay Merchant ID 1051243090)

- **DOE 395:** bigbigshow2012, (eBay Merchant ID 1139903604)

- **DOE 396:** bodhi1998, (eBay Merchant ID 1379762497)

- **DOE 402:** cincinatistore, (eBay Merchant ID 1047100346)

- **DOE 406:** denver0806, (eBay Merchant ID 1803325535)

- **DOE 411:** e1xytrep, (eBay Merchant ID 2125832156)

- <u>DOE 412:</u> easyshopping66, (eBay Merchant ID 1281661672)

- <u>DOE 413:</u> eridu905, (eBay Merchant ID 1533880849)

- <u>DOE 414:</u> eriophoroidesxx, (eBay Merchant ID 1906190127)

- <u>DOE 422:</u> gilroy2012, (eBay Merchant ID 1069173240)

- <u>DOE 423:</u> globalfashion2010, (eBay Merchant ID 1230111501)

- <u>DOE 426:</u> greatspringfield, (eBay Merchant ID 1116182804)

- <u>DOE 433:</u> hongyinlon0, (eBay Merchant ID 1494228351)

- <u>DOE 434:</u> hotdeal320, (eBay Merchant ID 1259965583)

- <u>DOE 437:</u> hutrsate51, (eBay Merchant ID 1985899305)

- <u>DOE 443:</u> kansasdeal, (eBay Merchant ID 1066739026)

- <u>DOE 460:</u> nannouth, (eBay Merchant ID 2062738051)

- <u>DOE 466:</u> ppktjfa8612, (eBay Merchant ID 1980188905)

- <u>DOE 474:</u> rockfoilcrabbh, (eBay Merchant ID 1894628078)

- <u>DOE 486:</u> szbhkei12, (eBay Merchant ID 1958872572)

- <u>DOE 501:</u> watch_deal, (eBay Merchant ID 1148956086)

- <u>DOE 505:</u> wishmart2014, (eBay Merchant ID 1298582910)

- <u>DOE 511:</u> xxzfalcon849, (eBay Merchant ID 1831531401)

- <u>DOE 515:</u> yishengmall2014, (eBay Merchant ID 1238262661)

- <u>DOE 516:</u> yupaxxs, (eBay Merchant ID 1979207030)

- <u>DOE 526:</u> bismarck, (Wish Merchant ID 561b7eec896a480f447778cd)

- <u>DOE 527:</u> montgomery, (Wish Merchant ID 5631ec03ad825b10042072c1)

- <u>DOE 532:</u> Bakheng, (Wish Merchant ID 56d92bf41e15ff11682576b1)

- <u>DOE 533:</u> Adriaticgo, (Wish Merchant ID 56e13f89e3749434d5a0a00e)

- DOE 538: ashur80, (Wish Merchant ID 572c4a8d46d36f06aaf07698)

- DOE 560: yingli520, (Wish Merchant ID 5981e9610ec30f350adc3f9a)

- DOE 561: yangsuiqwe, (Wish Merchant ID 59882ccf439a9819dd64e209)

- DOE 575: aishengheji, (Wish Merchant ID 5ea2a9c1994bf073177495ad)

- DOE 576: LiusaIuy, (Wish Merchant ID 5ea698832622f4f041866e00)


Dated: September 27, 2021                    Respectfully Submitted,

                                            **CREEDON PLLC**

                                            By: */s/ Charles A. Wallace*
                                            James H. Creedon
                                            Texas Bar No. 24092299
                                            Charles A. Wallace
                                            Texas Bar No. 24110501
                                            5 Cowboys Way, Suite 300
                                            Frisco, TX 75034
                                            Tel.    972.850.6864
                                            Fax     972.920.3290
                                            jhcreedon@creedon.com
                                            cwallace@creedon.com

                                            **ATTORNEYS FOR PLAINTIFF**
                                            **THE NAUGHTYS LLC**


## CERTIFICATE OF SERVICE

I certify that on September 27, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

                                            */s/ Charles A. Wallace*
                                            Charles A. Wallace

3