# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

THE NAUGHTYS LLC

    Plaintiff,

v.

DOES 1-580

    Defendants

Civil Action No. 4:21-CV-00492-O

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Naughtys LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 245: mutila, (Amazon Merchant ID A24J049VN9E9TW)
- DOE 272: Strade, (Amazon Merchant ID A2K5YJN371AM9O)
- DOE 273: lanzen, (Amazon Merchant ID A2L1DVIDH5NWRH)
- DOE 293: qwrew05, (Amazon Merchant ID A2UXJHD3ORIO0Y)
- DOE 298: Fotcmcop America Store, (Amazon Merchant ID A304VBRPRH0K20)
- DOE 303: leveraYo, (Amazon Merchant ID A328BOWIXB5RKQ)
- DOE 364: astolily, (Amazon Merchant ID ALIRK4XJKG8NI)
- DOE 367: GREFER, (Amazon Merchant ID APNZNAE2AP5KH)

Dated: October 20, 2021  Respectfully Submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, TX 75034
Tel.    972.850.6864
Fax    972.920.3290
jhcreedon@creedon.com
cwallace@creedon.com

**ATTORNEYS FOR PLAINTIFF
THE NAUGHTYS LLC**

## CERTIFICATE OF SERVICE

I certify that on October 20, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

*/s/ Charles A. Wallace*
Charles A. Wallace