## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District District of Texas

Case Number: 4:21-CV-00492-O

Plaintiff:
**The Naughtys, LLC**

vs.

Defendant:
**Does 1-580**

For:
Charles A. Wallace
5 Cowboys Way
Suite 300
Frisco, TX 75034

Received by On Time Process Service on the 1st day of December, 2021 at 11:42 am to be served on **AliPay US, Inc c/o registered agent CT Corporation System Inc., 330 N Brand, Glendale, CA 91203**.

I, Sarah Thompson, do hereby affirm that on the **6th day of December, 2021** at **9:26 am, I:**

Executed service by hand delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibits** to: **John Montijo**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **AliPay US, Inc**, at the address of: **330 N Brand, Glendale, CA 91203**, and informed said person of the contents therein, in compliance with state statutes.

Executed in Los Angeles County, CA, on 12/ 8 /2021. "I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit. I declare under the penalty of perjury that the foregoing is true and correct."
My name is Sarah Thompson. My date of Birth is 12/30/1958
My address is 1439 N Highland Ave, # 274, Los Angeles, CA 90028

Sarah Thompson
#6679

**On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999**

Our Job Serial Number: ONT-2021006645
Ref: The Naughtys, LLC

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

