IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-CV-492-O |
| | § | |
| DOES 1-580 | § | |

### FINDINGS, CONCLUSIONS, AND RECOMMENDATION REGARDING SEVERAL MOTIONS

Pending before the Court are several motions that were recently referred to the undersigned: (1) DOE 252's Motion in Opposition to Preliminary Injunction [doc. 86], filed June 11, 2021; (2) Shan Defendants' Motion to Dissolve [doc. 104], filed June 24, 2021; (3) Plaintiff's Motion for Leave to File Sur-Reply to Shan Defendants' Motion to Dissolve Preliminary Injunction and Motion to Strike Shan Defendants' Reply for Exceeding Page Limit [doc. 128], filed August 2, 2021; (4) DOE 292's Motion to Dismiss Plaintiff's Complaint and Vacate Preliminary Injunction Order [doc. 135], filed August 10, 2021; and (5) Shan Defendants' Motion for Hearing on Motion to Dissolve Preliminary Injunction [doc. 145], filed August 24, 2021. Having carefully considered the motions and based on the information set forth by Plaintiff in Plaintiff's Supplemental Briefing Re: *Johnson v. TheHuffingtonPost.com, Inc.*, filed January 3, 2022, the Court **FINDS** and **CONCLUDES** that the above-listed motions should be **DENIED AS MOOT** for the following reasons: (1) DOE 252 was dismissed by Plaintiff on August 16, 2021 [doc. 140]; (2) Plaintiff dismissed DOE 292 on October 6, 2021 [doc. 153] and (3) Plaintiff and the Shan Defendants successfully settled at mediation, as noticed to the Court on October 7, 2021 [doc. 154].

1

Based on the foregoing, the Court **RECOMMENDS** that the following motions be **DENIED AS MOOT**:

(1) DOE 252's Motion in Opposition to Preliminary Injunction [doc. 86], filed June 11, 2021;

(2) Shan Defendants' Motion to Dissolve [doc. 104], filed June 24, 2021;

(3) Plaintiff's Motion for Leave to File Sur-Reply to Shan Defendants' Motion to Dissolve Preliminary Injunction and Motion to Strike Shan Defendants' Reply for Exceeding Page Limit [doc. 128], filed August 2, 2021;

(4) DOE 292's Motion to Dismiss Plaintiff's Complaint and Vacate Preliminary Injunction Order [doc. 135], filed August 10, 2021; and

(5) Shan Defendants' Motion for Hearing on Motion to Dissolve Preliminary Injunction [doc. 145], filed August 24, 2021.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED
FINDINGS, CONCLUSIONS AND RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to an action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation ("FCR") within fourteen (14) days after the party has been served with a copy of such FCR.   The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1).   Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto*

*Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

### ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **February 9, 2022** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

SIGNED January 26, 2022.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE