IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE NAUGHTYS LLC,  §<br>§<br>Plaintiff,  §<br>§<br>§<br>v.  §<br>§<br>DOES 1-580,  §<br>§<br>Defendants.  §<br>§ | Civil Action No. 4:21-cv-00492-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the following Motions are **DENIED AS MOOT**.

1. DOE 252's Motion in Opposition to Preliminary Injunction (ECF No. 86), filed June 11, 2021;

2. Shan Defendants' Motion to Dissolve (ECF No. 104), filed June 24, 2021;

3. Plaintiffs Motion for Leave to File Sur-Reply to Shan Defendants' Motion to Dissolve Preliminary Injunction and Motion to Strike Shan Defendants' Reply for Exceeding Page Limit (ECF No. 128), filed August 2, 2021;

4. DOE 292's Motion to Dismiss Plaintiffs Complaint and Vacate Preliminary Injunction Order (ECF No. 135), filed August 10, 2021 ; and

5. Shan Defendants' Motion for Hearing on Motion to Dissolve Preliminary Injunction (ECF No. 145), filed August 24, 2021.

**SO ORDERED** on this **17th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE