**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **THE NAUGHTYS LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-00492-O** |
| | § | |
| **DOES 1-580,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a recommendation in this case. *See* ECF Nos. 185, 186. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** as follows:

1. Doe 242's Motion to Dismiss Plaintiff's Complaint (ECF No. 17) is **GRANTED**, and Doe 242 is **DISMISSED** from the case.

2. Plaintiff's Renewed Motion for Alternative Service of Process (ECF No. 142) is **GRANTED**.

Since this Court's July 2, 2021 order (ECF No. 114), Plaintiff has extensively investigated the legitimacy of the Defendants' addresses and is in the process of serving 65 Defendants via the

Hague Convention (ECF No. 141). Accordingly, Plaintiff fully and diligently complied with this Court's instructions, and pending now before the Court is Plaintiff's Renewed Motion for Alternative Service of Process. Upon consideration of the foregoing, the record in this case, and all other required matters, it is hereby **ORDERED** that Plaintiff may provide notice of these proceedings to all Defendants in Exhibit 1 to Plaintiff's Renewed Motion for Alternative Service of Process (ECF No. 143-1), including notice of this Order and service of process pursuant to Federal Rule of Civil Procedure 4(f)(3), via the following means: (1) by email to (a) the attorneys for Defendants with whom Plaintiff has already been communicating and (b) the email addresses provided for Defendants by third parties hosting their webstores, such as AliExpress, Amazon, DHgate, eBay, Walmart, Wish, etc.; and (2) by publishing all of the pleadings in this lawsuit, including the complaint and the issued summonses, to the following website: https://creedon.com/naughtys

Providing notice via these means, along with any notice that Defendants receive from any banks, savings and loan associations, payment processors, e-commerce marketplaces, or other financial institutions, including without limitation, AliExpress, Amazon, DHgate, eBay, Walmart, and Wish, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections. Plaintiff's Renewed Motion for Alternative Service of Process must therefore be in all respects **GRANTED**.

**SO ORDERED** on this **17th day** of **March, 2022**.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**