IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE NAUGHTYS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00492-O |
| | § | |
| DOES 1-580, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 208. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** as follows:

1. Plaintiffs Motion for Default Judgment and Permanent Injunction (ECF No. 197) is **GRANTED** as to Defendant Does listed in Categories 2, 3, 4,[1] and 5 as set forth in Exhibit 1 of Plaintiff's Report on Defaulting Defendant Categories (ECF No. 204-2).

---

[1] On September 28, 2022, Plaintiff filed a Notice of Voluntary Dismissal (ECF No. 209) for its claims against Defendant Does 26, 27, 51, 66, 78, 83, 87, 88, and 90. This Court's Order granting default judgment does not apply against these dismissed Defendants, despite their inclusion in Category 4 of Exhibit 1 of Plaintiff's Report on Defaulting Defendant Categories (ECF No. 204-2).

2. Plaintiffs Motion for Default Judgment and Permanent Injunction (ECF No. 197) is **DENIED** as to Defendant Does listed in Category 1[2] as set forth in Exhibit 1 of Plaintiff's Report on Defaulting Defendant Categories (ECF No. 204-2).

3. Default Judgment is hereby **ENTERED** as set forth in the accompanying Final Judgment.

**SO ORDERED** on this **5th day** of **October, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[2] On September 13, 2022, Plaintiff filed a Notice of Voluntary Dismissal (ECF No. 207) for its claims against Defendant Doe 495. This Court's Order denying default judgment does not apply against this dismissed Defendant, despite its inclusion in Category 1 of Exhibit 1 of Plaintiff's Report on Defaulting Defendant Categories (ECF No. 204-2).